Thomas R. Califano, Esq.
**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020-1104
Telephone: (212) 335-4500
Facsimile:  (212) 335-4501
thomas.califano@dlapiper.com

*Proposed Counsel to the Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------ x
                                                             :
In re:                                                       :    Chapter 11
                                                             :
ORION HEALTHCORP, INC., et al.,[1]                           :    Case No. 18-71748 (AST)
                                                             :    Case Nos. 18-71749 through 67 (AST)
                    Debtors.                                 :    Case No. 18-71789 (AST)
                                                             :
------------------------------------------------------------ x    (Joint Administration Pending)
```

**NOTICE OF TELEPHONIC HEARING ON CERTAIN FIRST DAY MOTIONS AND ADJOURNMENT OF HEARING ON OTHER FIRST DAY MOTIONS**

**PLEASE TAKE NOTICE THAT** Orion HealthCorp, Inc. and its affiliated debtors (collectively, the "Debtors"), by and through their proposed counsel, DLA Piper LLP (US), filed the following motions and stipulated order seeking an emergency hearing (collectively, the "First Day Motions")[2]:

- *Amended Motion of the Debtors for Entry of an Order Directing the Joint Administration of Their Chapter 11 Cases* [D.I. 10] (the "Joint Administration Motion");

---

[1] The Debtors include all of the affiliated entities that are listed on the **Appendix**, attached hereto.  The corporate headquarters and the mailing address for the Debtors listed above is 1715 Route 35 North, Suite 303, Middletown, NJ 07748.

[2] Copies of this Order and the First Day Motions may be obtained from the Court's website at http://www.nyeb.uscourts.gov/ by obtaining a PACER login and password from the Court's website (a PACER password is obtained by accessing the PACER website at: http://pacer.psc.uscourts.gov).  The First Day Motions are also available at no cost on the following website maintained by the Debtors in these chapter 11 cases: http://dm.epiq11.com/#/case/orionhealthcorp/info.

- *Application for an Order Appointing Epiq Bankruptcy Solutions, LLC as Claims and Noticing Agent for the Debtors Pursuant to 28 U.S.C. §156, 11 U.S.C. 105(a), and E.D.N.Y. Administrative Order No. 658 Nunc Pro Tunc to the Petition Date* [D.I. 4];

- *Motion of the Debtors for Entry of an Order Extending the Debtors' Deadline to File Schedules of Assets and Liabilities and Statements of Financial Affairs* [D.I. 5];

- *Motion of the Debtors for Entry of an Order (I) Authorizing the Debtors to Maintain and File a Consolidated List Creditor Matrix; and (II) Authorizing the Filing of a Consolidated List of Top 75 Unsecured Creditors* [D.I. 6];

- *Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Certain Prepetition Wages and Compensation and Maintain and Continue Employee Benefit Programs in the Ordinary Course and (II) Authorizing Banks to Honor and Process Checks and Transfers Related to Such Employee Obligations* [D.I. 7] (the "Wage Motion");

- *Motion of the Debtors for Entry of Interim and Final Orders Authorizing the Debtors to Continue their Insurance Policies and Pay Prepetition and Postpetition Obligations in Respect Thereof* [D.I. 14];

- *Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors' Proposed Form of Adequate Assurance of Payment, (II) Establishing Procedures for Resolving Objections by Utility Companies, and (III) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Service* [D.I. 15];

- *Motion of the Debtors for Entry of Interim and Final Orders Authorizing (I) Continued Use of Existing Cash Management System, (II) Maintenance of Existing Bank Accounts (III) Continued Transfers Among Debtors and Non-Debtor Affiliates and (IV) Continued use of Existing Business Forms* [D.I. 16] (the "Cash Management Motion");

- *Motion of the Debtors for Entry of Interim and Final Orders (A) Authorizing the Debtors to pay or Honor Prepetition Obligations to Certain Critical Vendors and (B) Authorizing Banks to Honor and Process Checks and Transfers Related to such Critical Vendors Obligations* [D.I. 17];

- *Stipulated Order (I) Authorizing Use of Cash Collateral and (II) Granting Adequate Protection Pursuant to 11 U.S.C. §§ 361 and 363* [D.I. 25] (the "Cash Collateral Stipulation"); and

- *Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Obtain Postpetition Financing Pursuant to 11 U.S.C. §§ 105, 361, 362, 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1), and 364(e) and (B) Use Cash Collateral Pursuant to 11 U.S.C. § 363, (II) Granting Adequate Protection*

*Pursuant to 11 U.S.C. §§ 361, 362, 363, and 364, and (III) Scheduling Final Hearing Pursuant To Bankruptcy Rules 4001(b) and (c)* [D.I. 26] (the "DIP Motion").

**PLEASE TAKE FURTHER NOTICE THAT** the hearing (the "Initial First Day Hearing") on the Joint Administration Motion, the Wage Motion, the Cash Management Motion, the Cash Collateral Stipulation, and the DIP Motion (the "Initial First Day Motions") shall be held on **March 22, 2018 at 11:30 a.m. (prevailing Eastern Time)** telephonically before The Honorable Judge Alan S. Trust.  Any interested party that wishes to dial in to the telephonic Initial First Day Hearing may use the following dial in information:  **Telephone Number:  1-888-472-4293; Access Code:  4238563.**

**PLEASE TAKE FURTHER NOTICE THAT** any responses or objections to the Initial First Day Motions may be presented at the telephonic Initial First Day Hearing on **March 22, 2018 at 11:30 a.m. (prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE THAT** the hearing on the First Day Motions other than the Initial First Day Motions shall be held at a later date to be determined by the Court.

Dated: March 21, 2018  
      New York, New York

Respectfully submitted,

**DLA PIPER LLP (US)**

*/s/ Thomas R. Califano*  
Thomas R. Califano (6144)  
DLA Piper LLP (US)  
1251 Avenue of the Americas  
New York, New York 10020-1104  
Telephone: (212) 335-4500  
Facsimile:  (212) 335-4501  
E-mail:  thomas.califano@dlapiper.com

*Proposed Counsel to the Debtors and Debtors in Possession*

**APPENDIX**

| # | Debtor Name | Case No. | Last 4 Digits of EIN |
|---|---|---|---|
| 1. | Orion HealthCorp, Inc. | 18-71748 (AST) | 7246 |
| 2. | Constellation Healthcare Technologies, Inc. | 18-71749 (AST) | 0135 |
| 3. | NEMS Acquisition, LLC | 18-71750 (AST) | 7378 |
| 4. | Northeast Medical Solutions, LLC | 18-71751 (AST) | 2703 |
| 5. | NEMS West Virginia, LLC | 18-71752 (AST) | unknown |
| 6. | Physicians Practice Plus, LLC | 18-71753 (AST) | 4122 |
| 7. | Physicians Practice Plus Holdings, LLC | 18-71754 (AST) | 6100 |
| 8. | Medical Billing Services, Inc. | 18-71755 (AST) | 2971 |
| 9. | Rand Medical Billing, Inc. | 18-71756 (AST) | 7887 |
| 10. | RMI Physician Services Corporation | 18-71757 (AST) | 7239 |
| 11. | Western Skies Practice Management, Inc. | 18-71758 (AST) | 1904 |
| 12. | Integrated Physician Solutions, Inc. | 18-71759 (AST) | 0543 |
| 13. | NYNM Acquisition, LLC | 18-71760 (AST) | unknown |
| 14. | Northstar FHA, LLC | 18-71761 (AST) | unknown |
| 15. | Northstar First Health, LLC | 18-71762 (AST) | unknown |
| 16. | Vachette Business Services, Ltd. | 18-71763 (AST) | 4672 |
| 17. | MDRX Medical Billing, LLC | 18-71764 (AST) | 5410 |
| 18. | VEGA Medical Professionals, LLC | 18-71765 (AST) | 1055 |
| 19. | Allegiance Consulting Associates, LLC | 18-71766 (AST) | 7291 |
| 20. | Allegiance Billing & Consulting, LLC | 18-71767 (AST) | 7141 |
| 21. | Phoenix Health, LLC | 18-71789 (AST) | 0856 |