**HAHN & HESSEN LLP**
488 Madison Avenue
New York, New York 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400
Mark T. Power, Esq.
John P. Amato, Esq.
Joseph Orbach, Esq.
Annie P. Kubic, Esq.

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------------x

In re:

ORION HEALTHCORP, INC., *et al.*,

Debtors.[1]

---------------------------------------------------------x

Chapter 11

Case No. 18-71748 (AST)

# NOTICE OF APPEARANCE AND
# REQUEST FOR NOTICES AND SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the law firm of **Hahn & Hessen LLP** hereby appears as conflicts counsel in these cases on behalf of the Debtors, and that pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and sections 102(1), 342 and 1109(b) of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), all notices given or required to be given in this case and all papers served or required to be served in this case, be served upon the following:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Orion Healthcorp, Inc. (7246); Constellation Healthcare Technologies, Inc. (0135); NEMS Acquisition, LLC (7378); Northeast Medical Solutions, LLC (2703); NEMS West Virginia, LLC (unknown); Physicians Practice Plus Holdings, LLC (6100); Physicians Practice Plus, LLC (4122); Medical Billing Services, Inc. (2971); Rand Medical Billing, Inc. (7887); RMI Physician Services Corporation (7239); Western Skies Practice Management, Inc. (1904); Integrated Physician Solutions, Inc. (0543); NYNM Acquisition, LLC (unknown) Northstar FHA, LLC (unknown); Northstar First Health, LLC (unknown); Vachette Business Services, Ltd. (4672); Phoenix Health, LLC (0856); MDRX Medical Billing, LLC (5410); VEGA Medical Professionals, LLC (1055); Allegiance Consulting Associates, LLC (7291); Allegiance Billing & Consulting, LLC (7141). The corporate headquarters and the mailing address for the Debtors listed above is 1715 Route 35 North, Suite 303, Middletown, NJ 07748.

Mark T. Power, Esq.
John P. Amato, Esq.
Joseph Orbach, Esq.
Annie P. Kubic, Esq.
**Hahn & Hessen LLP**
488 Madison Avenue
New York, NY  10022
Telephone: (212) 478-7200
Facsimile:  (212) 478-7400
E-mail:  mpower@hahnhessen.com
        jamato@hahnhessen.com
        jorbach@hahnhessen.com
        akubic@hahnhessen.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral and whether transmitted or conveyed by mail, e-mail, facsimile, telephone, telegraph, telex, or otherwise filed or made with regard to the captioned case and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this notice of appearance nor any prior or later appearance, pleading, claim, or suit shall waive any right of the Debtors to (1) have final orders in non-core matters entered only after de novo review by a United States District Court judge, (2) trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) have documents served in accordance with Federal Rule of Bankruptcy Procedure 7004 and Federal Rule of Civil Procedure 4, or to any other rights, claims, actions, or defenses, in law, in equity, or otherwise, all of which rights, claims, actions, and defenses, are expressly reserved.

– 3 –

Dated: New York, New York
       April 3, 2018

**HAHN & HESSEN LLP**

By: */s/ Mark T. Power*
      Mark T. Power
      A Member of the Firm

      488 Madison Avenue
      New York, New York  10022
      Telephone:  (212) 478-7200
      Facsimile:  (212) 478-7400
      mpower@hahnhessen.com

*Conflicts Counsel for the Debtors*