UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------x
In re:                                                   :    Chapter 11
                                                         :
ORION HEALTHCORP, INC., *et al.*,        :    Case No. 18-71748 (AST)
                                                         :
            Debtors.                               :    (Jointly Administered)
--------------------------------------------------------x

## NOTICE OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*

PLEASE TAKE NOTICE that, upon the annexed affidavit of movant in support of this motion, applicant will move this Court before the Honorable Alan S. Trust at the United States Bankruptcy Court, Eastern District of New York located at Alfonse M. D'Amato Federal Courthouse 290 Federal Plaza, Central Islip, New York 11722, pursuant to Rule 2090-1(b) of the Local Rules of the United States Bankruptcy Court for the Eastern District of New York, District Court Local Rule 1.3(c), and District Court Administrative Order 97-13, for an Order allowing the admission of movant, a member of the firm of Quinn Emanuel Urquhart & Sullivan, LLP and a member in good standing of the Bar of the State of New York, and the U.S. District Court for the Southern District of New York, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel.

Dated: April 4, 2018
New York, New York

                                                          /s/   Lindsay M. Weber
                                                    Lindsay M. Weber
                                                    Quinn Emanuel Urquhart & Sullivan, LLP
                                                    51 Madison Avenue, 22nd Floor
                                                    New York, NY 10010
                                                    lindsayweber@quinnemanuel.com
                                                    Phone:  212-849-7000
                                                    Fax:  212-849-7100