UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
In Re:

| | |
|---|---|
| ORION HEALTHCORP, INC. | Case No. 18-71748 (AST) |
| CONSTELLATION HEALTHCARE TECHNOLOGIES, INC. | Case No. 18-71749 (AST) |
| NEMS ACQUISITION, LLC | Case No. 18-71750 (AST) |
| NORTHEAST MEDICAL SOLUTIONS, LLC | Case No. 18-71751 (AST) |
| NEMSWEST VIRGINIA, LLC | Case No. 18-71752 (AST) |
| PHYSICIANS PRACTICE PLUS, LLC | Case No. 18-71753 (AST) |
| PHYSICIANS PRACTICE PLUS HOLDINGS, LLC | Case No. 18-71754 (AST) |
| MEDICAL BILLING SERVICES, INC. | Case No. 18-71755 (AST) |
| RAND MEDICAL BILLING, INC. | Case No. 18-71756 (AST) |
| RMI PHYSICIAN SERVICES CORPORATION | Case No. 18-71757 (AST) |
| WESTERN SKIES PRACTICE MANAGEMENT, INC. | Case No. 18-71758 (AST) |
| INTEGRATED PHYSICIAN SOLUTIONS, INC. | Case No. 18-71759 (AST) |
| NYNMACQUISITION, LLC | Case No. 18-71760 (AST) |
| NORTHSTAR FHA, LLC | Case No. 18-71761 (AST) |
| NORTHSTAR FIRST HEALTH, LLC | Case No. 18-71762 (AST) |
| VACHETTE BUSINESS SERVICES, LTD. | Case No. 18-71763 (AST) |
| MDRXMEDICAL BILLING, LLC | Case No. 18-71764 (AST) |
| VEGA MEDICAL PROFESSIONALS, LLC | Case No. 18-71765 (AST) |
| ALLEGIANCE CONSULTING ASSOCIATES, LLC | Case No. 18-71766 (AST) |
| ALLEGIANCE BILLING &CONSULTING, LLC | Case No. 18-71767 (AST) |
| PHOENIX HEALTH, LLC | Case No. 18-71789 (AST) |
| Debtors. | (Jointly Administered) |

------------------------------------------------------------------------X

## APPOINTMENT OF THE OFFICIAL COMMITTEE
## OF UNSECURED CREDITORS

Under 11 U.S.C. section 1102(a)(1), the following creditors of the above captioned debtors, being among the largest unsecured claimants and who are willing to serve, are appointed to the Official Committee of Unsecured Creditors:

1.    JQ 1 Associates, LLC
      100 Jericho Quadrangle, Suite 106
      Jericho, New York 11753

2.    Christine Cohen
      39 Ocean Avenue
      Center Moriches, NY 11934

3.    Kolb Radiology, P.C.,
      307 E. 60th Street
      New York, NY 10022

Dated:  Central Islip, New York
        April 4, 2018

                        **/s/*Christine H. Black***
                        Christine H. Black
                        Assistant United States Trustee

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
In Re:

| | |
|---|---|
| ORION HEALTHCORP, INC. | Case No. 18-71748 (AST) |
| CONSTELLATION HEALTHCARE TECHNOLOGIES, INC. | Case No. 18-71749 (AST) |
| NEMS ACQUISITION, LLC | Case No. 18-71750 (AST) |
| NORTHEAST MEDICAL SOLUTIONS, LLC | Case No. 18-71751 (AST) |
| NEMSWEST VIRGINIA, LLC | Case No. 18-71752 (AST) |
| PHYSICIANS PRACTICE PLUS, LLC | Case No. 18-71753 (AST) |
| PHYSICIANS PRACTICE PLUS HOLDINGS, LLC | Case No. 18-71754 (AST) |
| MEDICAL BILLING SERVICES, INC. | Case No. 18-71755 (AST) |
| RAND MEDICAL BILLING, INC. | Case No. 18-71756 (AST) |
| RMI PHYSICIAN SERVICES CORPORATION | Case No. 18-71757 (AST) |
| WESTERN SKIES PRACTICE MANAGEMENT, INC. | Case No. 18-71758 (AST) |
| INTEGRATED PHYSICIAN SOLUTIONS, INC. | Case No. 18-71759 (AST) |
| NYNMACQUISITION, LLC | Case No. 18-71760 (AST) |
| NORTHSTAR FHA, LLC | Case No. 18-71761 (AST) |
| NORTHSTAR FIRST HEALTH, LLC | Case No. 18-71762 (AST) |
| VACHETTE BUSINESS SERVICES, LTD. | Case No. 18-71763 (AST) |
| MDRXMEDICAL BILLING, LLC | Case No. 18-71764 (AST) |
| VEGA MEDICAL PROFESSIONALS, LLC | Case No. 18-71765 (AST) |
| ALLEGIANCE CONSULTING ASSOCIATES, LLC | Case No. 18-71766 (AST) |
| ALLEGIANCE BILLING &CONSULTING, LLC | Case No. 18-71767 (AST) |
| PHOENIX HEALTH, LLC | Case No. 18-71789 (AST) |
| Debtors. | (Jointly Administered) |

------------------------------------------------------------------------X

## CERTIFICATION OF SERVICE OF THE
## NOTICE OF THE APPOINTMENT OF THE
## <u>OFFICIAL COMMITTEE OF UNSECURED CREDITORS</u>

I, Joann C. Lomangino, am employed at the Office of the United States Trustee for the Eastern District of New York, hereby certify that I caused a copy of the annexed Notice of Appointment of the Official Committee of Unsecured Creditors to be served by hand delivery and first class mail, upon the persons listed on the attached list by mailing the same to their last known addresses.

Dated: Central Islip, New York
     April 4, 2018

                           */s/ Joann C. Lomangino*
                           Joann C. Lomangino

**<u>SERVICE LIST</u>**

JQ 1 Associates, LLC
100 Jericho Quadrangle, Suite 106
Jericho, New York 11753

Christine Cohn
39 Ocean Avenue
Center Moriches, NY 11934

Kolb Radiology, P.C.,
307 E. 60th Street
New York, NY 10022