Thomas R. Califano, Esq.
**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020-1104
Telephone: (212) 335-4500
Facsimile: (212) 335-4501
thomas.califano@dlapiper.com

*Proposed Counsel to the Debtors*
*and Debtors in Possession*

---------------------------------------------------------------------x
In re:                                                               :  Chapter 11
                                                                     :
   ORION HEALTHCORP, INC.                                          :  Case No. 18-71748 (AST)
   CONSTELLATION HEALTHCARE TECHNOLOGIES, INC.                     :  Case No. 18-71749 (AST)
   NEMS ACQUISITION, LLC                                           :  Case No. 18-71750 (AST)
   NORTHEAST MEDICAL SOLUTIONS, LLC                                :  Case No. 18-71751 (AST)
   NEMS WEST VIRGINIA, LLC                                         :  Case No. 18-71752 (AST)
   PHYSICIANS PRACTICE PLUS, LLC                                   :  Case No. 18-71753 (AST)
   PHYSICIANS PRACTICE PLUS HOLDINGS, LLC                          :  Case No. 18-71754 (AST)
   MEDICAL BILLING SERVICES, INC.                                  :  Case No. 18-71755 (AST)
   RAND MEDICAL BILLING, INC.                                      :  Case No. 18-71756 (AST)
   RMI PHYSICIAN SERVICES CORPORATION                              :  Case No. 18-71757 (AST)
   WESTERN SKIES PRACTICE MANAGEMENT, INC.                         :  Case No. 18-71758 (AST)
   INTEGRATED PHYSICIAN SOLUTIONS, INC.                            :  Case No. 18-71759 (AST)
   NYNM ACQUISITION, LLC                                           :  Case No. 18-71760 (AST)
   NORTHSTAR FHA, LLC                                              :  Case No. 18-71761 (AST)
   NORTHSTAR FIRST HEALTH, LLC                                     :  Case No. 18-71762 (AST)
   VACHETTE BUSINESS SERVICES, LTD.                                :  Case No. 18-71763 (AST)
   MDRX MEDICAL BILLING, LLC                                       :  Case No. 18-71764 (AST)
   VEGA MEDICAL PROFESSIONALS, LLC                                 :  Case No. 18-71765 (AST)
   ALLEGIANCE CONSULTING ASSOCIATES, LLC                           :  Case No. 18-71766 (AST)
   ALLEGIANCE BILLING & CONSULTING, LLC                            :  Case No. 18-71767 (AST)
   PHOENIX HEALTH, LLC                                             :  Case No. 18-71789 (AST)
                                                                     :
                                    Debtors.   :  (Jointly Administered)
---------------------------------------------------------------------x

## **NOTICE OF HEARING [D.I. 119]**

**PLEASE TAKE NOTICE THAT** Orion HealthCorp, Inc. and its affiliated debtors (collectively, the "Debtors"), by and through their proposed counsel, DLA Piper LLP (US), filed the *Motion of the Debtors for Entry of an Administrative Order Pursuant to Sections 105(a), 330 and 331 of the Bankruptcy Code Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* (the "Motion") [D.I. 119].

**PLEASE TAKE FURTHER NOTICE THAT** the Court scheduled a hearing to consider the Motion (the "Hearing"), which shall be held on **May 9, 2018 at 10:00 a.m. (prevailing Eastern Time)** before The Honorable Judge Alan S. Trust, Courtroom 760, United States Bankruptcy Court for the Eastern District of New York (the "Bankruptcy Court"), 290 Federal Plaza, Central Islip, New York 11722.

**PLEASE TAKE FURTHER NOTICE THAT** responses or objections, if any, to entry of a final order on the Motion shall be filed on or before **5:00 p.m. (prevailing Eastern Time) on May 2, 2018**, and served on the following parties:  (i) proposed counsel for the Debtors, DLA Piper LLP (US), 1251 Avenue of the Americas, New York, New York 10020 (Attn:  Thomas R. Califano, Esq. [thomas.califano@dlapiper.com] and Rachel Nanes, Esq. [rachel.nanes@dlapiper.com]); and (ii) the Office of the United States Trustee, Long Island Federal Plaza Courthouse, 560 Federal Plaza, Central Islip, New York 11722 (Attn: Alfred M. Dimino [al.m.dimino@usdoj.gov]).

**PLEASE TAKE FURTHER NOTICE THAT IF NO RESPONSES TO THE MOTION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY ENTER THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

**PLEASE TAKE FURTHER NOTICE THAT** the Motion may be obtained from the Court's website at http://www.nyeb.uscourts.gov/ by obtaining a PACER login and password from the Court's website (a PACER password is obtained by accessing the PACER website at: http://pacer.psc.uscourts.gov). The Motion is also available at no cost on the following website maintained by the Debtors in these chapter 11 cases: http://dm.epiq11.com/#/case/orionhealthcorp/info.

Dated: April 18, 2018
New York, New York

Respectfully submitted,

**DLA PIPER LLP (US)**

*/s/ Thomas R. Califano*
Thomas R. Califano (6144)
DLA Piper LLP (US)
1251 Avenue of the Americas
New York, New York 10020-1104
Telephone: (212) 335-4500
Facsimile: (212) 335-4501
E-mail: thomas.califano@dlapiper.com

*Proposed Counsel to the Debtors and Debtors in Possession*