UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| ORION HEALTHCORP, INC. | : | Case No. 18-71748 (AST) |
| CONSTELLATION HEALTHCARE TECHNOLOGIES, INC. | : | Case No. 18-71749 (AST) |
| NEMS ACQUISITION, LLC | : | Case No. 18-71750 (AST) |
| NORTHEAST MEDICAL SOLUTIONS, LLC | : | Case No. 18-71751 (AST) |
| NEMS WEST VIRGINIA, LLC | : | Case No. 18-71752 (AST) |
| PHYSICIANS PRACTICE PLUS, LLC | : | Case No. 18-71753 (AST) |
| PHYSICIANS PRACTICE PLUS HOLDINGS, LLC | : | Case No. 18-71754 (AST) |
| MEDICAL BILLING SERVICES, INC. | : | Case No. 18-71755 (AST) |
| RAND MEDICAL BILLING, INC. | : | Case No. 18-71756 (AST) |
| RMI PHYSICIAN SERVICES CORPORATION | : | Case No. 18-71757 (AST) |
| WESTERN SKIES PRACTICE MANAGEMENT, INC. | : | Case No. 18-71758 (AST) |
| INTEGRATED PHYSICIAN SOLUTIONS, INC. | : | Case No. 18-71759 (AST) |
| NYNM ACQUISITION, LLC | : | Case No. 18-71760 (AST) |
| NORTHSTAR FHA, LLC | : | Case No. 18-71761 (AST) |
| NORTHSTAR FIRST HEALTH, LLC | : | Case No. 18-71762 (AST) |
| VACHETTE BUSINESS SERVICES, LTD. | : | Case No. 18-71763 (AST) |
| MDRX MEDICAL BILLING, LLC | : | Case No. 18-71764 (AST) |
| VEGA MEDICAL PROFESSIONALS, LLC | : | Case No. 18-71765 (AST) |
| ALLEGIANCE CONSULTING ASSOCIATES, LLC | : | Case No. 18-71766 (AST) |
| ALLEGIANCE BILLING & CONSULTING, LLC | : | Case No. 18-71767 (AST) |
| PHOENIX HEALTH, LLC, | : | Case No. 18-71789 (AST) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |

## **CERTIFICATE OF SERVICE**

STATE OF NEW YORK    )
                                           )
COUNTY OF NEW YORK  )

I, La Asia S. Canty, am over the age of eighteen years, am employed by Pachulski Stang

Ziehl & Jones LLP. I am not a party to the within action; my business address is 780 Third

Avenue, 34th Floor, New York, New York 10017-2024.

On May 17, 2018, I caused to be served a true and correct copy of the *Objection of the*

*Official Committee of Unsecured Creditors to Motion of the Debtors for Entry of Orders (A)(I)*

*Approving Bidding Procedures Relating to the Sale of Certain of the Debtors' Assets; (II) Approving Bid Protections; (III) Scheduling a Hearing to Consider the Sale; (IV) Approving the Form and Manner of Notice of Sale by Auction; (V) Establishing Procedures for Noticing and Determining Cure Amounts; (VI) Scheduling a Hearing on the Proposed Sale; and (VII) Granting Related Relief; and (B)(I) Approving Asset Purchase Agreement and Authorizing the Sale of Certain of the Debtors' Assets; (II) Authorizing the Sale of Assets Free and Clear of All Liens, Claims, Encumbrances and Interests; (III) Authorizing the Assumption, Sale and Assignment of Certain Executory Contracts and Unexpired Leases; and (IV) Granting Related Relief* [Docket No. 214] via electronic mail upon the parties set forth on the service list annexed hereto as <u>Exhibit A</u> and via First Class US Mail upon the parties set forth on the service list annexed hereto as <u>Exhibit B</u>.

I declare under penalty of perjury, under the laws of the State of New York and the United States of America that the foregoing is true and correct.

Executed on May 17, 2018 at New York, New York.

*/s/ La Asia S. Canty*
La Asia S. Canty

# EXHIBIT A

**Service by E-Mail**

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| LAMONICA HERBST & MANISCALCO, LLP | ATTN: SALVATORE LAMONICA, ESQ. | SL@LHMLAWFIRM.COM AWOFSE@LHMLAWFIRM.COM |
| OFFICE OF THE UNITED STATES TRUSTEE (EDNY) | | al.m.dimino@usdoj.gov |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | ATTN: ALEX SPIRO | ALEXSPIRO@QUINNEMANUEL.COM |
| KEYBANK NATIONAL ASSOCIATION | ATTN: ROBERT J. BURNS, ESQ. | bob_j_burns@keybank.com |
| CHRISTINE COHEN | ATTN: CHRISTINE COHEN | CHRISCOHEN55@YAHOO.COM |
| REED SMITH LLP | ATTN: CHRISTOPHER A. LYNCH | CLYNCH@REEDSMITH.COM |
| REED SMITH LLP | ATTN: CHRYSTAL P. MAURO | CMAURO@REEDSMITH.COM |
| REED SMITH LLP | ATTN: CHRISTOPHER O. RIVAS, ESQ. | crivas@reedsmith.com |
| WINSTON & STRAWN LLP | ATTN: CHRIS ZOCHOWSKI | CZOCHOWSKI@WINSTON.COM |
| MOORE & VAN ALLEN, PLLC | ATTN: DAVID EADES, CHARLES R. RAYBURN III, ESQS | davideades@mvalaw.com; treyrayburn@mvalaw.com |
| MOORE & VAN ALLEN PLLC | ATTN: GABRIEL L. MATHLESS | GABRIELMATHLESS@MVALAW.COM |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: JOHN P. DILLMAN | HOUSTON_BANKRUPTCY@PUBLICANS.COM |
| MOORE & VAN ALLEN PLLC | ATTN: JAMES R. LANGDON | JIMLANGDON@MVALAW.COM |
| REED SMITH LLP | ATTN: KURT F. GWYNNE, ESQ. | kgwynne@reedsmith.com |
| ROOKMINEE SINGH-NARAYAN JAIRAJ YAMRAJTHANK | ATTN: ROOKMINEE SINGH-NARAYAN JAIRAJ YAMRAJTHANK | LEGAL@ABDULHASSAN.COM |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | ATTN: LINDSAY M. WEBER | lindsayweber@quinnemanuel.com |
| TROUTMAN SANDERS LLP | ATTN: MITCHEL H. PERKIEL, BRETT D. GOODMAN | MITCHEL.PERKIEL@TROUTMANSANDERS.COM; BRETT.GOODMAN@TROUTMANSANDERS.COM |
| HAHN & HESSEN LLP | ATTN: MARK T. POWER, JOHN P. AMATO, JOSEPH ORBACH, | MPOWER@HAHNHESSEN.COM; JAMATO@HAHNHESSEN.COM; JORBACH@HAHNHESSEN.COM; AKUBIC@HAHNHESSEN.COM |
| L'ABBATE, BALKAN, COLAVITA & CONTINI, L.L.P. | ATTN: MARIAN C. RICE, ESQ. | MRICE@LBCCLAW.COM |
| COMMONWEALTH OF PENNSYLVANIA | DEPARTMENT OF LABOR AND INDUSTRY | RA-LI-UCTS-BANKRUPT@STATE.PA.US |
| U.S. DEPARTMENT OF JUSTICE - CIVIL DIVISION | ATTN: SETH B. SHAPIRO, SENIOR TRIAL COUNSEL | SETH.SHAPIRO@USDOJ.GOV |
| CHAPMAN AND CUTLER LLP | ATTN: STEPHEN R. TETRO II, ESQ. | stetro@chapman.com |

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| KOLB RADIOLOGY, PC | ATTN: DR. THOMAS KOLB, MD | TKOLBMD@YAHOO.COM |
| MOORE & VAN ALLEN PLLC (COUNSEL TO BANK OF AMERICA, N.A.) | | ZACHARYSMITH@MVALAW.COM; |

2

# EXHIBIT B

**Service by First Class U.S. Mail**

| | |
|---|---|
| INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATION<br>2970 MARKET STREET<br>PHILADELPHIA, PA 19101-7346 | INTERNAL REVENUE SERVICE CENTRALIZED INSOLVENCY OPERATION<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 |
| COMMONWEALTH OF PENNSYLVANIA<br>DEPARTMENT OF LABOR AND INDUSTRY<br>OFFICE OF UNEMPLOYMENT COMPENSATION<br>TAX SVCS(UCTS)<br>ATTN: DEB SECREST<br>651 BOAS ST., ROOM 702<br>HARRISBURG, PA 17121 | OFFICE OF THE ATTORNEY GENERAL FOR THE STATE OF NEW YORK<br>ATTN: ACTING ATTORNEY GENERAL BARBARA UNDERWOOD<br>THE CAPITOL<br>ALBANY, NY 12224-0341 |
| MACCO & STERN LLP<br>ATTN: COOPER J. MACCO<br>2950 EXPRESS DRIVE SOUTH, SUITE 109<br>ISLANDIA, NY 11749 | OFFICE OF THE UNITED STATES TRUSTEE<br>EASTERN DISTRICT OF NEW YORK<br>LONG ISLAND FEDERAL PLAZA COURTHOUSE<br>ATTN: ALFRED M. DIMINO<br>560 FEDERAL PLAZA<br>CENTRAL ISLIP, NY 11722 |
| OFFICE OF THE UNITED STATES ATTORNEY FOR EDNY<br>ATTN: BONNI PERLIN, BANKRUPTCY COORDINATOR<br>CIVIL DIVISION, EDNY, BANKRUPTCY PROCESSING<br>271-A CADMAN PLAZA EAST<br>BROOKLYN, NY 11201 | SECURITIES EXCHANGE COMMISSION<br>100 F STREET, NE<br>WASHINGTON, DC 20549 |
| ROSENBERG RICH BAKER BERMAN AND COMPANY<br>ATTN: MANAGING PARTNER<br>265 DAVIDSON AVENUE, SUITE 210<br>SOMERSET, NJ 08873 | U.S. DEPARTMENT OF JUSTICE<br>950 PENNSYLVANIA AVENUE, NW<br>WASHINGTON, DC 20530-0001 |
| SECURITIES EXCHANGE COMMISSION<br>NEW YORK REGIONAL OFFICE<br>ANDREW CALAMARI, REGIONAL DIRECTOR<br>BROOKFIELD PLACE<br>200 VESEY ST, STE 400<br>NEW YORK, NY 10281-1022 | U.S. DEPARTMENT OF JUSTICE - CIVIL DIVISION<br>ATTN: SETH B. SHAPIRO, SENIOR TRIAL COUNSEL<br>1100 L STREET, N.W., ROOM 10012<br>WASHINGTON, DC 20005 |

DOCS_NY:37775.1 65004/002