# EXHIBIT HH

**From:** George Santayana
**Sent:** Tuesday, June 5, 2018 9:37:48 AM
**To:** Truc To
**Subject:** CONSTELLATION HEALTHCGROUP DOMAIN EXPIRATION OHCPDF14

Truc:

The domain Constellationhealthgroup.com is expiring.

It is billed under the Orion Healthcorp, Inc. Network Solutions account:  (*see below*)



Please let me know if this is something that we need to renew and/or what actions to take.

Thanks and have a nice day…



**George Santayana** | IT Infrastructure Manager
3200 Wilcrest Dr. | Suite 550 | Houston, TX  77042
713-481-3573 Direct | 713-481-3513 Fax
www.orionhealthcorp.com

This email and the information it contains is privileged and/or confidential.  It is for the intended addressee(s) only.  Any unauthorized use, copying, distribution or retention of this email, or any information It contains, is prohibited and could be a criminal offense under the Health Insurance Portability and Accountability Act.  If you are not an intended recipient, please destroy this message and notify the sender immediately.

Please consider the environment before printing this email