# EXHIBIT II
# (To be filed under seal)