# EXHIBIT JJ

*State of Delaware*
*Secretary of State*
*Division of Corporations*
*Delivered 02:09 PM 04/08/2013*
*FILED 02:08 PM 04/08/2013*
*SRV 130409398 - 5315529 FILE*

# CERTIFICATE OF FORMATION

## OF

## FIRST UNITED HEALTH, LLC

The Undersigned being a natural person of at least eighteen (18) years of age and acting as the organizer of the limited liability company hereby being formed (the "Company") under Section 18-201 of the Delaware Limited Liability Company Act (as the same may be amended from time to time, the "Act"), does hereby adopt the following Certificate of Formation for such limited liability company.

### ARTICLE 1 – NAME

The name of the Company is: FIRST UNITED HEALTH, LLC

### ARTICLE 2 – REGISTERED OFFICE; REGISTERED AGENT

The address of the Company's registered office in the State of Delaware is: 838 Walker Road, Suite 22-1, Dover, DE 19904, County of Kent. The name of the Company's registered agent at such address is State Street Corporate LLC.

### ARTICLE 3 – INDEMNIFICATION

The Company shall have the power, to the full extent permitted under the Act of by its limited liability company operating agreement, to indemnify and hold harmless any member or manager or other person from and against any and all claims and demands whatsoever.

IN WITNESS WHEREOF, the undersigned has executed this Certificate of Formation of the Company on April 8, 2013.

    /s/ Adam J. Greene
Adam J. Greene, Authorized Person
Robinson Brog Leinwand Greene Genovese
& Gluck P.C.
875 Third Avenue, New York, NY 10022

{00618524.DOC;1}