**EXHIBIT A**

**APPROVED BUDGET**

Prepared 7/27/2018 at 12:22 PM EDT
Based on week of 7/09/18 Actuals

**Constellation Healthcare Technologies**
**DIP Forecast Model**

### NYNM

| ($ in thousands) | Week 3 Forecast 7/30/2018 | Week 4 Forecast 8/6/2018 | Week 5 Forecast 8/13/2018 | Week 6 Forecast 8/20/2018 | Week 7 Forecast 8/27/2018 | Week 8 Forecast 9/3/2018 | Week 9 Forecast 9/10/2018 | Total 7/30/2018 to 9/10/2018 |
|---|---|---|---|---|---|---|---|---|
| **Cash Flow** | | | | | | | | |
| Total - Cash In | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| GPO Vaccines AR | | | | | | | | |
| Tax Refunds | | | | | | | | |
| Proceeds from Sale | 16,500 | | | | | | | 16,500 |
| Total - Adj. Cash In with A/R | $16,500 | $ - | $ - | $ - | $ - | $ - | $ - | $16,500 |
| **Cash Disbursements** | | | | | | | | |
| Net Compensation | (19) | | | | | | | (19) |
| Benefits | (3) | | | | | | | (3) |
| 401K Withholdings | | | | | | | | |
| Key Employee Retention Program | (110) | | | | | | | (110) |
| Management Fees | | | | | | | | |
| AP Payments | | | (133) | (39) | (140) | (15) | (197) | (525) |
| Vaccine Payments | | | | | | | | |
| IPS Physician Payment | | | | | | | | |
| Portech India Funding | | | | | | | | |
| Rent | (1) | | | | | | | (1) |
| NYNM Amex | | | | | | | | |
| Amex Payable | | | | | | | | |
| D&O Insurance | | | | | | | | |
| Taxes | | | | | | | | |
| Total Operating Cash Disbursements | $(133) | $ - | $(133) | $(39) | $(140) | $(15) | $(197) | $(658) |
| Net Cash Flow | $16,367 | $ - | $(133) | $(39) | $(140) | $(15) | $(197) | $15,842 |
| Litigation Trust | | | | | | | | |
| US Trustee Quarterly Fees | | | | | | | | |
| Other | | | | | | | | |
| FTI Fees | | | | | | | | |
| Legal Counsel | | | | | | | | |
| Additional Legal Counsel | | | | | | | | |
| Partial Pre-Petition Bank Advisor Fee | | | | | | | | |
| Investment Bank Fees | | | | | | | | |
| Claims Agent | | | | | | | | |
| Creditor Committee Professionals | | | | | | | | |
| Judge Cyganowski | | | | | | | | |
| Board of Directors Fees | | | | | | | | |
| Total Professional Fees | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Total Cash Disbursements | $(133) | $ - | $(133) | $(39) | $(140) | $(15) | $(197) | $(658) |
| Net Operating Cash Flow | $16,367 | | | | | | | $15,842 |
| Plus: DIP Loan Proceeds | | | | | | | | |
| Less: DIP Loan Commitment Fee | | | | | | | | |
| Less: DIP Loan Principal | | | | | | | | |
| Less: DIP Loan Interest | | | | | | | | |
| Plus: Beginning Cash | | | | | | | | |
| Ending Book Cash | | | | | | | | |

### Comm. Allopcare & IPS

| | Week 3 Forecast 7/30/2018 | Week 4 Forecast 8/6/2018 | Week 5 Forecast 8/13/2018 | Week 6 Forecast 8/20/2018 | Week 7 Forecast 8/27/2018 | Week 8 Forecast 9/3/2018 | Week 9 Forecast 9/10/2018 | Total 7/30/2018 to 9/10/2018 |
|---|---|---|---|---|---|---|---|---|
| Total - Cash In | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| GPO Vaccines AR | | | | | | | | |
| Tax Refunds | | | | | | | | |
| Proceeds from Sale | | | | | | | | |
| Total - Adj. Cash In with A/R | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Net Compensation | 125 | | | | | | | 125 |
| Benefits | 138 | | | | | | | 138 |
| 401K Withholdings | 8 | | | | | | | 8 |
| Key Employee Retention Program | | | | | | | | |
| Management Fees | | | | | | | | |
| AP Payments | 13 | | (200) | | | | | (187) |
| Vaccine Payments | | | | | | | | |
| IPS Physician Payment | | | | | (440) | | | (440) |
| Portech India Funding | | | | | | | | |
| Rent | | | | | | | | |
| Total Operating Cash Disbursements | $284 | $ - | $(200) | $ - | $(440) | $ - | $ - | $(356) |
| Net Cash Flow | $284 | $ - | $(200) | $ - | $(440) | $ - | $ - | $(356) |
| Litigation Trust | | | (308) | | | | | (308) |
| Other | | | (308) | | | | | (308) |
| FTI Fees | (374) | | (1,346) | | (575) | (750) | | (2,470) |
| Legal Counsel | (656) | | (551) | | (575) | (524) | | (2,306) |
| Additional Legal Counsel | (344) | | (177) | | (164) | (177) | | (862) |
| Partial Pre-Petition Bank Advisor Fee | (1,261) | | | | | | | (1,261) |
| Investment Bank Fees | (300) | | | | | | | (300) |
| Claims Agent | (167) | | (128) | | | (128) | | (423) |
| Creditor Committee Professionals | (1) | | (75) | | (75) | (104) | | (255) |
| Judge Cyganowski | | | | (50) | | | | (50) |
| Board of Directors Fees | (30) | | | | | (30) | | (60) |
| Total Professional Fees | $(3,133) | $ - | $(2,277) | $(50) | $(814) | $(1,713) | $ - | $(7,987) |
| Total Cash Disbursements | $(2,849) | $ - | $(2,786) | $(50) | $(1,254) | $(1,713) | $ - | $(8,652) |
| Net Operating Cash Flow | $(2,849) | | | | | | | $(8,652) |

### Consolidated CHT

| | Week 3 Forecast 7/30/2018 | Week 4 Forecast 8/6/2018 | Week 5 Forecast 8/13/2018 | Week 6 Forecast 8/20/2018 | Week 7 Forecast 8/27/2018 | Week 8 Forecast 9/3/2018 | Week 9 Forecast 9/10/2018 | Total 7/30/2018 to 9/10/2018 |
|---|---|---|---|---|---|---|---|---|
| Total - Cash In | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| GPO Vaccines AR | | | | | | | | |
| Tax Refunds | | | | | | | | |
| Proceeds from Sale | 16,500 | | | | | | | 16,500 |
| Total - Adj. Cash In with A/R | $16,500 | $ - | $ - | $ - | $ - | $ - | $ - | $16,500 |
| Net Compensation | 106 | | | | | | | 106 |
| Benefits | 135 | | | | | | | 135 |
| 401K Withholdings | 8 | | | | | | | 8 |
| Key Employee Retention Program | (110) | | | | | | | (110) |
| Management Fees | | | | | | | | |
| AP Payments | 13 | | (333) | (39) | (140) | (15) | (197) | (712) |
| Vaccine Payments | | | | | | | | |
| IPS Physician Payment | | | | | (440) | | | (440) |
| Portech India Funding | | | | | | | | |
| Rent | (1) | | | | | | | (1) |
| Total Operating Cash Disbursements | $151 | $ - | $(333) | $(39) | $(580) | $(15) | $(197) | $(1,014) |
| Net Cash Flow | $16,651 | $ - | $(333) | $(39) | $(580) | $(15) | $(197) | $15,486 |
| Litigation Trust | | | (308) | | | | | (308) |
| Other | | | (308) | | | | | (308) |
| FTI Fees | (374) | | (1,346) | | (575) | (750) | | (2,470) |
| Legal Counsel | (656) | | (551) | | (575) | (524) | | (2,306) |
| Additional Legal Counsel | (344) | | (177) | | (164) | (177) | | (862) |
| Partial Pre-Petition Bank Advisor Fee | (1,261) | | | | | | | (1,261) |
| Investment Bank Fees | (300) | | | | | | | (300) |
| Claims Agent | (167) | | (128) | | | (128) | | (423) |
| Creditor Committee Professionals | (1) | | (75) | | (75) | (104) | | (255) |
| Judge Cyganowski | | | | (50) | | | | (50) |
| Board of Directors Fees | (30) | | | | | (30) | | (60) |
| Total Professional Fees | $(3,133) | $ - | $(2,277) | $(50) | $(814) | $(1,713) | $(197) | $(7,987) |
| Total Cash Disbursements | $(2,982) | $ - | $(2,919) | $(89) | $(1,394) | $(1,728) | $(197) | $(9,310) |
| Net Operating Cash Flow | $13,518 | | | | | | | $7,190 |
| Plus: Beginning Cash | $6,863 | $20,381 | $20,381 | $17,461 | $17,372 | $15,978 | $14,250 | $6,863 |
| Ending Book Cash | $20,381 | $20,381 | $17,461 | $17,372 | $15,978 | $14,250 | $14,053 | $14,053 |