**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Orion HealthCorp, Inc. | : | Case No. 18-71748 (AST) |
| Constellation Healthcare Technologies, Inc. | : | Case No. 18-71749 (AST) |
| NEMS Acquisition, LLC | : | Case No. 18-71750 (AST) |
| Northeast Medical Solutions, LLC | : | Case No. 18-71751 (AST) |
| NEMS West Virginia, LLC | : | Case No. 18-71752 (AST) |
| Physicians Practice Plus, LLC | : | Case No. 18-71753 (AST) |
| Physicians Practice Plus Holdings, LLC | : | Case No. 18-71754 (AST) |
| Medical Billing Services, Inc. | : | Case No. 18-71755 (AST) |
| Rand Medical Billing, Inc. | : | Case No. 18-71756 (AST) |
| RMI Physician Services Corporation | : | Case No. 18-71757 (AST) |
| Western Skies Practice Management, Inc. | : | Case No. 18-71758 (AST) |
| Integrated Physician Solutions, Inc. | : | Case No. 18-71759 (AST) |
| NYNM Acquisition, LLC | : | Case No. 18-71760 (AST) |
| Northstar FHA, LLC | : | Case No. 18-71761 (AST) |
| Northstar First Health, LLC | : | Case No. 18-71762 (AST) |
| Vachette Business Services, Ltd. | : | Case No. 18-71763 (AST) |
| MDRX Medical Billing, LLC | : | Case No. 18-71764 (AST) |
| Vega Medical Professionals, LLC | : | Case No. 18-71765 (AST) |
| Allegiance Consulting Associates, LLC | : | Case No. 18-71766 (AST) |
| Allegiance Billing & Consulting, LLC | : | Case No. 18-71767 (AST) |
| Phoenix Health, LLC | : | Case No. 18-71789 (AST) |
| New York Network Management, L.L.C. | : | Case No. 18-74545 (AST) |
| | : | |
| Debtors. | x | (Jointly Administered) |

---------------------------------------------------------------------

**FTI CONSULTING, INC. STAFFING REPORT FOR THE PERIOD**
**FROM AUGUST 1, 2018 THROUGH AUGUST 31, 2018**

Pursuant to 11 U.S.C. §§ 105(a) and 363(b) and in connection with this Court's *Order Authorizing the Debtors to Employ and Retain FTI Consulting, Inc. to Provide the Debtors a Chief Executive Officer and Chief Restructuring Officer and Certain Additional Personnel, Nunc Pro Tunc to the Petition Date* [D.I. 262] (the "Retention Order") and the *Order Extending Order Authorizing the Debtors to Employ and Retain FTI Consulting, Inc. to Provide the Debtors a Chief Executive Officer and Chief Restructuring Officer and Certain Additional Personnel, Nunc Pro*

EAST\158806199.1

*Tunc to the Petition Date* [D.I. 262] *to the Chapter 11 Case of New York Network Management, L.L.C.* [D.I. 491] (the "NYNM Extension Order"), FTI Consulting, Inc. ("FTI") hereby files its monthly staffing report for the period from August 1, 2018 through August 31, 2018 (the "Staffing Period"), and in support of such report, respectfully represents a follows:

1. On March 16, 2018, Orion HealthCorp, Inc., Constellation Healthcare Technologies, Inc., NEMS Acquisition, LLC, Northeast Medical Solutions, LLC, NEMS West Virginia, LLC, Physicians Practice Plus, LLC, Physicians Practice Plus Holdings, LLC, Medical Billing Services, Inc., Rand Medical Billing, Inc., RMI Physician Services Corporation, Western Skies Practice Management, Inc., Integrated Physician Solutions, Inc., NYNM Acquisition, LLC, Northstar FHA, LLC, Northstar First Health, LLC, Vachette Business Services, Ltd., MDRX Medical Billing, LLC, Vega Medical Professionals, LLC, Allegiance Consulting Associates, LLC, Allegiance Billing & Consulting, LLC, and Phoenix Health, LLC (collectively, the "Initial Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Eastern District of New York (the "Court").

2. On April 11, 2018, the Initial Debtors filed the *Application for an Order Authorizing the Debtors to Employ and Retain FTI Consulting, Inc. to Provide the Debtors a Chief Executive Officer and Chief Restructuring Officer and Certain Additional Personnel, Nunc Pro Tunc to the Petition Date* [D.I. 104] (the "Application")[1] seeking authority to retain Mr. Dragelin and other FTI professionals (collectively, the "FTI Professionals") to provide a wide range of interim management services for the Initial Debtors.

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application.

3. On May 29, 2018, the Court entered the Retention Order approving the Initial Debtors' retention of FTI.

4. On July 5, 2018, New York Network Management, L.L.C. ("NYNM Management," and collectively with the Initial Debtors, the "Debtors") commenced a chapter 11 case (the "NYNM Management Chapter 11 Case," and together with the Initial Debtors' chapter 11 cases, the "Chapter 11 Cases") by filing with this Court a voluntary petition for relief under chapter 11 of the Bankruptcy Code. The Chapter 11 Cases are jointly administered for procedural purposes only [D.I. 34, 381].

5. On August 23, 2018, the Court entered the NYNM Extension Order which provided for the extension of the Retention Order to the NYNM Management Chapter 11 Case.

6. The Retention Order and NYNM Extension Order require that FTI file monthly staffing reports (each, a "Staffing Report") with this Court. The Staffing Reports must include the names and functions filled by all FTI Professionals that provided services during the Staffing Period. All staffing is subject to review by the Court in the event an objection is filed.

7. Attached hereto as **Exhibit A** is a summary of FTI Professionals that provided services to the Debtors during the Staffing Period and their hourly rates, total hours billed and total fees incurred.

8. Attached hereto as **Exhibit B** is a summary of actual and necessary expenses incurred by FTI Professionals during the Staffing Period.

9. In accordance with the Retention Order and NYNM Extension Order, this Staffing Report shall be served on: (i) the Debtors, (ii) the United States Trustee and (iii) counsel to the Official Committee of the Unsecured Creditors.

Dated: September 25, 2018                    **FTI Consulting, Inc.**

*/s/ Timothy J. Dragelin*
Name: Timothy J. Dragelin
Authorized Representative

# EXHIBIT A

**Summary of Professionals and Fees**

**Exhibit A**
**FTI Consulting, Inc.**
**Summary of Professionals and Fees**
**August 1, 2018 through August 31, 2018**

| Name of Professional | Description Of Function | Hourly Rate | 8/1/2018 to 8/31/2018 Hours | 8/1/2018 to 8/31/2018 Fees |
|---|---|---|---|---|
| **Temporary Employees - Individuals With Executive Officer Positions** | | | | |
| Timothy J. Dragelin* | Senior Managing Director | $ 1,020.00 | 69.2 | $ 70,584.00 |
| Daniel Jones* | Managing Director | $ 705.00 | 138.5 | $ 96,297.50 |
| **Subtotal:** | | | **207.7** | **$ 166,881.50** |
| **Additional Temporary Staff Employees** | | | | |
| Janet Naifeh | Senior Managing Director | $ 875.00 | 19.3 | $ 16,887.50 |
| Walton Brown JR | Managing Director | $ 815.00 | 6.3 | $ 5,134.50 |
| William Flaharty | Managing Director | $ 705.00 | 57.3 | $ 40,396.50 |
| Douglas Smith | Senior Director | $ 645.00 | 3.7 | $ 2,386.50 |
| Chris Gale | Senior Director | $ 635.00 | 4.6 | $ 2,921.00 |
| Claudiu Cornetti | Director | $ 575.00 | 57.1 | $ 32,832.50 |
| Frank Lazzara | Managing Director | $ 500.00 | 60.8 | $ 30,400.00 |
| John Buckley | Senior Consultant | $ 490.00 | 107.5 | $ 52,675.00 |
| Meredith Mazzari | Senior Consultant | $ 490.00 | 75.4 | $ 36,946.00 |
| Suzanne Ferreira | Director | $ 400.00 | 8.6 | $ 3,440.00 |
| James Goodyear III | Consultant | $ 380.00 | 5.4 | $ 2,052.00 |
| Llewellyn Hall* | Consultant | $ 380.00 | 108.3 | $ 41,154.00 |
| Jeffrey Tompkins | Consultant | $ 325.00 | 68.6 | $ 22,295.00 |
| Thomas Hiney | Senior Consultant | $ 225.00 | 7.7 | $ 1,732.50 |
| **Subtotal:** | | | **590.6** | **$ 291,253.00** |
| **Total:** | | | **798.3** | **$ 458,134.50** |

*Fees capped per engagement letter*

# EXHIBIT B

## Summary of Expenses

**Exhibit B**
**FTI Consulting, Inc.**
**Summary of Expenses**
**August 1, 2018 through August 31, 2018**

| Expense Categories | 8/1/2018 - 8/31/2018 |
|---|---:|
| Airfare/Trainfare | $ 1,104.98 |
| Evidence Management Fee/Chain of Custody Control | $ 660.00 |
| Hotel & Lodging | $ 3,029.37 |
| Meals - Out of Office | $ 76.97 |
| Mileage | $ 55.59 |
| Park/Toll | $ 227.00 |
| Postage | $ 246.37 |
| Relativity Online Hosting Fees | $ 9,796.05 |
| Relativity User Fees | $ 1,050.00 |
| Taxi/Subway | $ 456.05 |
| Tolls | $ 78.00 |
| **Totals:** | **$ 16,780.38** |