**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------------------- x
In re: : Chapter 11
 :
 ORION HEALTHCORP, INC. : Case No. 18-71748 (AST)
 CONSTELLATION HEALTHCARE TECHNOLOGIES, INC. : Case No. 18-71749 (AST)
 NEMS ACQUISITION, LLC : Case No. 18-71750 (AST)
 NORTHEAST MEDICAL SOLUTIONS, LLC : Case No. 18-71751 (AST)
 NEMSWEST VIRGINIA, LLC : Case No. 18-71752 (AST)
 PHYSICIANS PRACTICE PLUS, LLC : Case No. 18-71753 (AST)
 PHYSICIANS PRACTICE PLUS HOLDINGS, LLC : Case No. 18-71754 (AST)
 MEDICAL BILLING SERVICES, INC. : Case No. 18-71755 (AST)
 RAND MEDICAL BILLING, INC. : Case No. 18-71756 (AST)
 RMI PHYSICIAN SERVICES CORPORATION : Case No. 18-71757 (AST)
 WESTERN SKIES PRACTICE MANAGEMENT, INC. : Case No. 18-71758 (AST)
 INTEGRATED PHYSICIAN SOLUTIONS, INC. : Case No. 18-71759 (AST)
 NYNMACQUISITION, LLC : Case No. 18-71760 (AST)
 NORTHSTAR FHA, LLC : Case No. 18-71761 (AST)
 NORTHSTAR FIRST HEALTH, LLC : Case No. 18-71762 (AST)
 VACHETTE BUSINESS SERVICES, LTD. : Case No. 18-71763 (AST)
 MDRXMEDICAL BILLING, LLC : Case No. 18-71764 (AST)
 VEGA MEDICAL PROFESSIONALS, LLC : Case No. 18-71765 (AST)
 ALLEGIANCE CONSULTING ASSOCIATES, LLC : Case No. 18-71766 (AST)
 ALLEGIANCE BILLING &CONSULTING, LLC : Case No. 18-71767 (AST)
 PHOENIX HEALTH, LLC : Case No. 18-71789 (AST)
 NEW YORK NETWORK MANAGEMENT, L.L.C. : Case No: 18-74545 (AST)
 : (Jointly Administered)
                    Debtors.  x
---------------------------------------------------------------------------------- **Ref. Docket Nos. 472, 473, 517, 521, 523, and 524**

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1. I am employed as a Senior Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 21, 2018, I caused to be served the:

a. "First Application of Pachulski Stang Ziehl & Jones LLP for Interim Allowance of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred as Counsel for the Official Committee of Unsecured Creditors for the Period from April 4, 2018 Through July 31, 2018," dated August 17, 2018 [Docket No. 472],

b. "Application of CBIZ Accounting, Tax & Advisory of New York, LLC, Financial Advisor for the Official Committee of Unsecured Creditors of Orion HealthCorp, Inc. *et al* for Interim Allowance of Compensation and for the Reimbursement of Expenses for Services Rendered During the Period from April 13, 2018 Through July 31, 2018," dated August 15, 2018 [Docket No. 473],

c. "First and Final Fee Application of Houlihan Lokey Capital, Inc. for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Investment Banker to the Debtors for the Period March 22, 2018 Through August 1, 2018," dated September 14, 2018 [Docket No. 517],

d. "Notice of and First Interim Fee Application Request," dated September 20, 2018 [Docket No. 521],

e. "First Interim Fee Application of DLA Piper LLP (US) for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Counsel to the Debtors for the Period from March 16, 2018 Through July 31, 2018," dated September 21, 2018 [Docket No. 523], and

f. a *letter from DLA Piper LLP to the the Honorable Alan S. Trust, regarding Notice of Omnibus Hearing on Fee Applications Filed by Pachulski Stang Ziehl & Jones LLP, CBIZ Accounting, Tax and Advisory of New York, LLC, Houlihan Lokey Capital, Inc., Hahn & Hessen LLP, and DLA Piper LLP (US) [D.I. 472, 473, 517, 521, 523]*, dated September 21, 2018 [Docket No. 524],

by causing true and correct copies to be:

i. enclosed securely in separate postage prepaid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A, and

ii. delivered via electronic mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                      */s/ Konstantina Haidopoulos*
                                                                          Konstantina Haidopoulos

Sworn to before me this
24th day of September, 2018
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2022

**EXHIBIT A**

# CONSTELLATION HEALTH
## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION 2970 MARKET STREET PHILADELPHIA PA 19101-7346 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION P.O. BOX 7346 PHILADELPHIA PA 19101-7346 |
| JQ 1 | (OFFICIAL COMMITEE OF UNSECURED CREDITORS) 100 JERICHO QUADRANGLE, SUITE 106 JERICHO NY 11753 |
| LAW OFFICE OF CHARLES A. GRUEN | ATTN: CHARLES A. GRUEN (COUNSEL TO U.S. BANK NATIONAL ASSOCIATION D/B/A U.S. BANK EQUIPMENT FINANCE) 381 BROADWAY, SUITE 300 WESTWOOD NJ 07675 |
| MACCO & STERN LLP | ATTN: COOPER J. MACCO (COUNSEL FOR EDGE BUSINESS ALLIANZ & MEDLINK COMPUTER SCIENCES) 2950 EXPRESS DRIVE SOUTH, SUITE 109 ISLANDIA NY 11749 |
| OFFICE OF THE ATTORNEY GENERAL | FOR THE STATE OF NEW YORK ATTN: ERIC T. SCHNEIDERMAN THE CAPITOL ALBANY NY 12224-0341 |
| OFFICE OF THE UNITED STATES ATTORNEY FOR EDNY | ATTN: BONNI PERLIN, BANKRUPTCY COORDINATOR CIVIL DIVISION, EDNY, BANKRUPTCY PROCESSING 271-A CADMAN PLAZA EAST BROOKLYN NY 11201 |
| ROSENBERG RICH BAKER BERMAN AND COMPANY | ATTN: MANAGING PARTNER 265 DAVIDSON AVENUE, SUITE 210 SOMERSET NJ 08873 |
| SECURITIES EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE ANDREW CALAMARI, REGIONAL DIRECTOR BROOKFIELD PLACE; 200 VESEY ST, STE 400 NEW YORK NY 10281-1022 |
| SECURITIES EXCHANGE COMMISSION | 100 F STREET, NE WASHINGTON DC 20549 |
| U.S. DEPARTMENT OF JUSTICE | ATTN: SETH SHAPIRO CIVIL DIVISION, COMMERICAL LITIGATION BRANCH P.O. BOX 875 BRANCH FRANKLIN STATION WASHINGTON DC 20044 |
| U.S. DEPARTMENT OF JUSTICE | 950 PENNSYLVANIA AVENUE, NW WASHINGTON DC 20530-0001 |

**Total Creditor count  12**

# EXHIBIT B

| Creditor Name | Email Address |
| --- | --- |
| ALLIANCE HEALTH SCIENCES | info@alliancediagnostics.com |
| CHAPMAN AND CUTLER FOR BMO HARRIS BANK | stetro@chapman.com |
| CHRISTINE COHEN | chriscohen55@yahoo .com |
| COMMONWEALTH OF PA, OFFICE OF UCTS, DOL & INDUSTRY | ra-li-ucts-bankrupt@state.pa.us |
| KEYBANK NATIONAL ASSOCIATION | bob_j_burns@keybank.com |
| KOLB RADIOLOGY, PC | tkolbmd@yahoo.com |
| L'ABBATE BALKAN FOR ROBINSON BROG, ET AL | mrice@lbcclaw.com |
| LINEBARGER GOGGAN FOR HARRIS COUNTY, CYPRESS-FAIRBANKS ISD | houston_bankruptcy@publicans.com |
| MOORE & VAN ALLEN FOR BANK OF AMERICA | davideades@mvalaw.com; treyrayburn@mvalaw.com; zacharysmith@mvalaw.com; jimlangdon@mvalaw.com; gabrielmathless@mvalaw.com |
| OFFICE OF THE UNITED STATES TRUSTEE | al.m.dimino@usdoj.gov |
| PACHULSKI STANG FOR UNSECURED CREDITORS COMMITTEE | ischarf@pszjlaw.com; rmikels@pszjlaw.com |
| QUINN EMANUEL FOR ROBINSON BROG; AND PAVANDEEP BAKHSKI | alexspiro@quinnemanuel.com; lindsayweber@quinnemanuel.com |
| REED SMITH LLP FOR STEEL VALLEY EMERGENCY PHYSICIANS | cmauro@reedsmith.com |
| REED SMITH LLP FOR WOODFOREST & STIFEL | clynch@reedsmith.com; kgwynne@reedsmith.com; crivas@reedsmith.com |
| TROUTMAN SANDERS FOR CC CAPITAL MGMT, LLC | mitchel.perkiel@troutmansanders.com; brett.goodman@troutmansanders.com |
| U.S. DEPT OF JUSTICE - CIVIL DIVISION | seth.shapiro@usdoj.gov |
| U.S. DEPT OF JUSTICE - TAX DIVISION | steven.tennyson@usdoj.gov |
| LAMONICA HERBST & MANISCALCO, LLP | sl@lhmlawfirm.com; awofse@lhmlawfirm.com |
| HAHN & HESSEN LLP | mpower@hahnhessen.com; jorbach@hahnhessen.com; akubic@hahnhessen.com |
| MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, PC | fearley@mintz.com; djpicca@mintz.com; pjricotta@mintz.com; krwalsh@mintz.com |
| SPROUSE LAW FIRM | msprouse@sprousepllc.com |
| WINDELS MARX LANE & MITTENDORF, LLP FOR PARMAR & NON-DEBTORS | csimpson@windelsmarx.com; jhoffman@windelsmarx.com |
| HAHN & HESSEN LLP | jamato@hahnhessen.com |
| MORITT HOCK & HAMROFF LLP | tdriscoll@moritthock.com |
| MORITT HOCK & HAMROFF LLP | lberkoff@moritthock.com |
| THALER LAW FIRM PLLC | athaler@athalerlaw.com |
| MUCHMORE & ASSOCIATES PLLC | mtravis@muchmorelaw.com |
| QUINN EMANUEL FOR PAVANDEEP BAKHSKI | andrewmarks@quinnemanuel.com; colingillespie@quinnemanuel.com; |
| BAKER BOTTS L.L.P. FOR HEALTHTEK SOLUTIONS | chris.newcomb@bakerbotts.com |
| WILMER CUTLER PICKERING HALE AND DORR LLP | lauren.lifland@wilmerhale.com |
| Total = 47 | |