**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| ORION HEALTHCORP, INC. | : | Case No. 18-71748 (AST) |
| CONSTELLATION HEALTHCARE TECHNOLOGIES, INC. | : | Case No. 18-71749 (AST) |
| NEMS ACQUISITION, LLC | : | Case No. 18-71750 (AST) |
| NORTHEAST MEDICAL SOLUTIONS, LLC | : | Case No. 18-71751 (AST) |
| NEMSWEST VIRGINIA, LLC | : | Case No. 18-71752 (AST) |
| PHYSICIANS PRACTICE PLUS, LLC | : | Case No. 18-71753 (AST) |
| PHYSICIANS PRACTICE PLUS HOLDINGS, LLC | : | Case No. 18-71754 (AST) |
| MEDICAL BILLING SERVICES, INC. | : | Case No. 18-71755 (AST) |
| RAND MEDICAL BILLING, INC. | : | Case No. 18-71756 (AST) |
| RMI PHYSICIAN SERVICES CORPORATION | : | Case No. 18-71757 (AST) |
| WESTERN SKIES PRACTICE MANAGEMENT, INC. | : | Case No. 18-71758 (AST) |
| INTEGRATED PHYSICIAN SOLUTIONS, INC. | : | Case No. 18-71759 (AST) |
| NYNMACQUISITION, LLC | : | Case No. 18-71760 (AST) |
| NORTHSTAR FHA, LLC | : | Case No. 18-71761 (AST) |
| NORTHSTAR FIRST HEALTH, LLC | : | Case No. 18-71762 (AST) |
| VACHETTE BUSINESS SERVICES, LTD. | : | Case No. 18-71763 (AST) |
| MDRXMEDICAL BILLING, LLC | : | Case No. 18-71764 (AST) |
| VEGA MEDICAL PROFESSIONALS, LLC | : | Case No. 18-71765 (AST) |
| ALLEGIANCE CONSULTING ASSOCIATES, LLC | : | Case No. 18-71766 (AST) |
| ALLEGIANCE BILLING &CONSULTING, LLC | : | Case No. 18-71767 (AST) |
| PHOENIX HEALTH, LLC | : | Case No. 18-71789 (AST) |
| NEW YORK NETWORK MANAGEMENT, L.L.C. | : | Case No: 18-74545 (AST) |
| | : | (Jointly Administered) |
| Debtors. | | |
| | | **Ref. Docket No. 527** |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

FORREST KUFFER, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 25, 2018, I caused to be served the "FTI Consulting, Inc. Staffing Report for the Period from August 1, 2018 Through August 31, 2018," dated September 25, 2018 [Docket No. 527], by causing true and correct copies to be delivered via electronic mail to those parties listed on the annexed Exhibit A.

*/s/ Forrest Kuffer*
Forrest Kuffer

Sworn to before me this
27th day of September, 2018
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2022

# EXHIBIT A

**CONSTELLATION HEALTH**
**FEE APP NOTICE PARTIES**
**Email Service List**

| Name | Counsel To / Attention | Email Address | | |
|---|---|---|---|---|
| ORION HEALTHCORP, INC. | ATTN: TIMOTHY J. DRAGELIN AND DANIEL JONES | timothy.dragelin@fticonsulting.com; daniel.jones1@fticonsulting.com | | |
| DLA PIPER LLP (US) | PROPOSED COUNSEL TO THE DEBTORS ATTN: THOMAS R. CALIFANO AND RACHEL NANES, ESQS. | thomas.califano@dlapiper.com; rachel.nanes@dlapiper.com | | |
| PACHULSKI STANG ZIEHL & JONES LLP | PROPOSED COUNSEL TO THE COMMITTEE ATTN: ILAN D. SCHARF, ESQ. | ischarf@pszjlaw.com | | |
| OFFICE OF THE U.S. TRUSTEE | ATTN: ALFRED M. DIMINO, ESQ. | al.m.dimino@usdoj.gov | | |
| MOORE & VAN ALLEN, PLLC | COUNSEL TO BANK OF AMERICA, N.A. ATTN: DAVID EADES AND CHARLES R. RAYBURN III, ESQS. | davideades@mvalaw.com; treyrayburn@mvalaw.com | | |
| CHAPMAN AND CUTLER LLP | COUNSEL TO BMO HARRIS BANK, N.A. ATTN: STEPHEN R. TETRO II, ESQ. | stetro@chapman.com | | |
| REED SMITH LLP | COUNSEL TO STIFEL BANK & TRUST AND WOODFOREST NATIONAL BANK ATTN: CHRISTOPHER RIVAS, ESQ. | crivas@reedsmith.com | | |
| REED SMITH LLP | CO-COUNSEL TO THE DIP AGENT AND THE PREPETITION AGENT ATTN: SEAN BEACH, ESQ. | kgwynne@reedsmith.com | | |
| KEYBANK NATIONAL ASSOCIATION | ATTN: ROBERT J. BURNS, ESQ. | bob_j_burns@KeyBank.com | | |

| | | |
|---|---|---|
| | **Total Count** | **9** |
| | **Total Email Count** | **12** |