Melanie L. Cyganowski, Esq.
OTTERBOURG P.C.
230 Park Avenue
New York, NY 10169
Telephone:     (212) 661-9100
Facsimile:     (212) 682-6104

*Independent Reviewer*


UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

| In re: | : | Chapter 11 |
|---|---|---|
| | : | |
| ORION HEALTHCORP, INC. | : | Case No. 18-71748 (AST) |
| CONSTELLATION HEALTHCARE TECHNOLOGIES, INC. | : | Case No. 18-71749 (AST) |
| NEMS ACQUISITION, LLC | : | Case No. 18-71750 (AST) |
| NORTHEAST MEDICAL SOLUTIONS, LLC | : | Case No. 18-71751 (AST) |
| NEMS WEST VIRGINIA, LLC | : | Case No. 18-71752 (AST) |
| PHYSICIANS PRACTICE PLUS, LLC | : | Case No. 18-71753 (AST) |
| PHYSICIANS PRACTICE PLUS HOLDINGS, LLC | : | Case No. 18-71754 (AST) |
| MEDICAL BILLING SERVICES, INC. | : | Case No. 18-71755 (AST) |
| RAND MEDICAL BILLING, INC. | : | Case No. 18-71756 (AST) |
| RMI PHYSICIAN SERVICES CORPORATION | : | Case No. 18-71757 (AST) |
| WESTERN SKIES PRACTICE MANAGEMENT, INC. | : | Case No. 18-71758 (AST) |
| INTEGRATED PHYSICIAN SOLUTIONS, INC. | : | Case No. 18-71759 (AST) |
| NYNM ACQUISITION, LLC | : | Case No. 18-71760 (AST) |
| NORTHSTAR FHA, LLC | : | Case No. 18-71761 (AST) |
| NORTHSTAR FIRST HEALTH, LLC | : | Case No. 18-71762 (AST) |
| VACHETTE BUSINESS SERVICES, LTD. | : | Case No. 18-71763 (AST) |
| MDRX MEDICAL BILLING, LLC | : | Case No. 18-71764 (AST) |
| VEGA MEDICAL PROFESSIONALS, LLC | : | Case No. 18-71765 (AST) |
| ALLEGIANCE CONSULTING ASSOCIATES, LLC | : | Case No. 18-71766 (AST) |
| ALLEGIANCE BILLING & CONSULTING, LLC | : | Case No. 18-71767 (AST) |
| PHOENIX HEALTH, LLC | : | Case No. 18-71789 (AST) |
| | : | |
| Debtors. | : | (Jointly Administered) |

------------------------------------------------------------------------x

## NOTICE OF RELEASE OF SECOND INTERIM PRIVILEGE LOG

PLEASE TAKE NOTICE that:

1.     On October 30, 2018, Melanie L. Cyganowski, Independent Reviewer, filed a

procedure for the release of interim privilege logs in the *Interim Report of Independent Reviewer, Melanie L. Cyganowski* (the "Interim Report") [ECF No. 560]. Consistent with that procedure, on November 27, 2018, a second interim privilege log (the "Second Interim Log") will be provided by e-mail to counsel for the relevant parties and the Court. The First Interim Log was released on November 13, 2018. *See* Notice of First Int. Log, ECF No. 576.

2. The Second Interim Log includes the Independent Reviewer's privilege determinations for 1,000 documents, which were reviewed in accordance with the methodology described in the Interim Report.[1] *See* Int. Report 3–6, ECF No. 560. These documents are in addition to the documents previously reviewed as reflected in the First Interim Log.

3. As was the case with the First Interim Log, in order to minimize the likelihood of later revisions, the Second Interim Log consists of documents from batches that have been reviewed in full. *See id.* at 3 (describing "batches"); Notice of First Int. Log ¶ 3, ECF No. 576 (describing purpose of providing only complete batches).

*[The remainder of this page is intentionally left blank]*

---

[1] These documents were reviewed only to determine the applicability of attorney-client privilege, work product protection, and/or 5th Amendment privilege. Accordingly, the documents may contain confidential or sensitive information (a social security number, for example).

4. As with the First Interim Log, the determinations in the Second Interim Log may, however, be subject to later revision. To the extent that such revisions are necessary, the affected documents will be reflected in subsequently provided interim logs showing the cumulative documents reviewed.

Dated: November 27, 2018
      New York, New York

                                    ___*Melanie L. Cyganowski*___
                                       Melanie L. Cyganowski

                                         OTTERBOURG P.C.
                                         230 Park Avenue
                                         New York, NY 10169
                                         Telephone:   (212) 661-9100
                                         Facsimile:    (212) 682-6104

                                         *Independent Reviewer*