UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

| In re: | : | Chapter 11 |
|---|---|---|
| | : | |
| ORION HEALTHCORP, INC. | : | Case No. 18-71748 (AST) |
| CONSTELLATION HEALTHCARE TECHNOLOGIES, INC. | : | Case No. 18-71749 (AST) |
| NEMS ACQUISITION, LLC | : | Case No. 18-71750 (AST) |
| NORTHEAST MEDICAL SOLUTIONS, LLC | : | Case No. 18-71751 (AST) |
| NEMS WEST VIRGINIA, LLC | : | Case No. 18-71752 (AST) |
| PHYSICIANS PRACTICE PLUS, LLC | : | Case No. 18-71753 (AST) |
| PHYSICIANS PRACTICE PLUS HOLDINGS, LLC | : | Case No. 18-71754 (AST) |
| MEDICAL BILLING SERVICES, INC. | : | Case No. 18-71755 (AST) |
| RAND MEDICAL BILLING, INC. | : | Case No. 18-71756 (AST) |
| RMI PHYSICIAN SERVICES CORPORATION | : | Case No. 18-71757 (AST) |
| WESTERN SKIES PRACTICE MANAGEMENT, INC. | : | Case No. 18-71758 (AST) |
| INTEGRATED PHYSICIAN SOLUTIONS, INC. | : | Case No. 18-71759 (AST) |
| NYNM ACQUISITION, LLC | : | Case No. 18-71760 (AST) |
| NORTHSTAR FHA, LLC | : | Case No. 18-71761 (AST) |
| NORTHSTAR FIRST HEALTH, LLC | : | Case No. 18-71762 (AST) |
| VACHETTE BUSINESS SERVICES, LTD. | : | Case No. 18-71763 (AST) |
| MDRX MEDICAL BILLING, LLC | : | Case No. 18-71764 (AST) |
| VEGA MEDICAL PROFESSIONALS, LLC | : | Case No. 18-71765 (AST) |
| ALLEGIANCE CONSULTING ASSOCIATES, LLC | : | Case No. 18-71766 (AST) |
| ALLEGIANCE BILLING & CONSULTING, LLC | : | Case No. 18-71767 (AST) |
| PHOENIX HEALTH, LLC | : | Case No. 18-71789 (AST) |
| NEW YORK NETWORK MANAGEMENT, L.L.C. | : | Case No: 18-74545 (AST) |
| | : | |
| Debtors. | x | (Jointly Administered) |

-------------------------------------------------------------------

### ORDER UNDER 11 U.S.C. § 1121(d) EXTENDING THE DEBTORS' EXCLUSIVITY PERIODS FOR THE FILING AND SOLICITATION OF ACCEPTANCES OF A CHAPTER 11 PLAN

Upon the motion [D.I. 565] (the "Motion")[1] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order under section 1121(d) of title 11 of the United States Code (the "Bankruptcy Code") extending the periods during which the

---

[1] Capitalized terms not otherwise defined shall have the meanings given to them in the Motion.

Debtors have the exclusive right to file a chapter 11 plan and solicit acceptances thereon; and the Court having reviewed the Motion; and the Court having held a hearing on the Motion; and the Court having found that (i) the Court has jurisdiction over this matter under 28 U.S.C. §§ 157 and 1334, (ii) venue is proper in this district under 28 U.S.C. §§ 1408 and 1409, (iii) this is a core proceeding under 28 U.S.C. § 157(b), and (iv) service and notice of the Motion was sufficient under the circumstances; and after due deliberation and sufficient cause appearing,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is **GRANTED** as set forth herein.

2. The Debtors' Exclusive Filing Period under section 1121(d) of the Bankruptcy Code is extended through and including January 29, 2019.

3. The Debtors' Exclusive Solicitation Period under section 1121(d) of the Bankruptcy Code is extended through and including March 29, 2019.

4. The extension of exclusivity granted herein is without prejudice to further requests that may be made under section 1121(d) of the Bankruptcy Code.

5. The Court shall retain jurisdiction over all matters arising from or related to the interpretation or implementation of this Order.



**Dated: January 8, 2019**
**Central Islip, New York**

_____
**Alan S. Trust**
**United States Bankruptcy Judge**