

| | |
|---|---|
| **Charles E. Simpson**<br>212.237.1070<br>csimpson@windelsmarx.com | 156 West 56th Street  \|  New York, NY 10019<br>T. 212.237.1000  \|  F. 212.262.1215 |

January 23, 2019

**VIA CM/ECF**

Honorable Alan S. Trust,
  United States Bankruptcy Judge
United States Bankruptcy Court,
  Eastern District of New York
Alfonse M. D'Amato Federal Courthouse
290 Federal Plaza, Courtroom 960
Central Islip, New York 11222

Re: **In re Orion HealthCorp, Inc.,** *et al.*, **Chapter 11
Case No. 18-71748 (AST)/ Application of Parmjit Singh Parmar
and the Parmar Entities for an Order Appointing an Examiner
Pursuant to §§1104(a), (c) and (e) and 1106(a)(3), (4) and (6)**

Dear Judge Trust:

Please be advised that Windels Marx Lane & Mittendorf, LLP and the undersigned are the attorneys for creditors, Parmjit Singh Parmar ("Parmar") and those entities managed and/or controlled by Parmar in the above-referenced Chapter 11 case (the "Parmar Entities"), pending before Your Honor.

As Your Honor may recall, an "Application by Parmar and the Parmar Entities for an Order Appointing an Examiner pursuant to §§1104(a), (c) and (e) and 1106(a)(3), (4) and (6)" was filed with the Bankruptcy Court on November 1, 2018 (the "Application"). Subsequently and on January 9, 2019, the Bankruptcy Court issued its Contested Matter Scheduling Order [Doc 657] establishing deadlines for discovery, discovery motions, testimony and sanctions for non-compliance.

By this letter, the undersigned advises the Court that Parmar and the Parmar Entities have decided to withdraw the Application as Parmar cannot comply with this Court's directions nor the Debtors' requests as to comply would result in the waiver by Parmar of his Fifth Amendment privileges in the criminal proceedings against him pending in the U.S. District Court for the District of New Jersey before Honorable Madeliene Cox Arleo, United States District Court Judge.

Rachel Nanes, Esq. of DLA Piper, attorneys for the Debtors, and the undersigned have spoken and the undersigned advised Ms. Nanes with respect to the Withdrawal of the Application



Honorable Allan S. Trust, USBJ
United States Bankruptcy Court, EDNY
January 23, 2019
Page 2

      As a result of the above, Windels Marx, on behalf of Parmar and the Parmar Entities, and in accordance with paragraph 8 of the Judges' Procedures for the Eastern District of New York, hereby Withdraws the Application and shall notify the courtroom deputy clerk of such and file this confirming letter on the court's docket.

      Respectfully submitted,

      Windels Marx Lane & Mittendorf, LLP

      By:    /s/ Charles E. Simpson
               Charles E. Simpson
               A Member of the Firm
               *Attorneys for Parmjit Singh Parmar
               and the Parmar Entities*

CES:mvr

cc:    Rachel Nanes, Esq.
       DLA Piper LLP (US)
       1251 Avenue of the Americas
       New York, New York 10020-1104
       *Attorneys for the Debtors and Debtors-in-Possession*