Thomas R. Califano, Esq.
**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020-1104
Telephone: (212) 335-4500
Facsimile:  (212) 335-4501
E-mail:  thomas.califano@dlapiper.com

*Counsel to the Debtors and Debtors in Possession*

-----------------------------------------------------------------------x

| In re: | : | Chapter 11 |
|---|---|---|
| | : | |
| Orion HealthCorp, Inc. | : | Case No. 18-71748 (AST) |
| Constellation Healthcare Technologies, Inc. | : | Case No. 18-71749 (AST) |
| NEMS Acquisition, LLC | : | Case No. 18-71750 (AST) |
| Northeast Medical Solutions, LLC | : | Case No. 18-71751 (AST) |
| NEMS West Virginia, LLC | : | Case No. 18-71752 (AST) |
| Physicians Practice Plus, LLC | : | Case No. 18-71753 (AST) |
| Physicians Practice Plus Holdings, LLC | : | Case No. 18-71754 (AST) |
| Medical Billing Services, Inc. | : | Case No. 18-71755 (AST) |
| Rand Medical Billing, Inc. | : | Case No. 18-71756 (AST) |
| RMI Physician Services Corporation | : | Case No. 18-71757 (AST) |
| Western Skies Practice Management, Inc. | : | Case No. 18-71758 (AST) |
| Integrated Physician Solutions, Inc. | : | Case No. 18-71759 (AST) |
| NYNM Acquisition, LLC | : | Case No. 18-71760 (AST) |
| Northstar FHA, LLC | : | Case No. 18-71761 (AST) |
| Northstar First Health, LLC | : | Case No. 18-71762 (AST) |
| Vachette Business Services, LTD. | : | Case No. 18-71763 (AST) |
| MDRX Medical Billing, LLC | : | Case No. 18-71764 (AST) |
| Vega Medical Professionals, LLC | : | Case No. 18-71765 (AST) |
| Allegiance Consulting Associates, LLC | : | Case No. 18-71766 (AST) |
| Allegiance Billing & Consulting, LLC | : | Case No. 18-71767 (AST) |
| Phoenix Health, LLC | : | Case No. 18-71789 (AST) |
| New York Network Management, L.L.C. | : | Case No: 18-74545 (AST) |
| | : | |
| Debtors. | x | (Jointly Administered) |

-----------------------------------------------------------------------

**<u>AGENDA FOR FEBRUARY 5, 2019 HEARING</u>**

Time and Date of Hearing:    February 5, 2019 at 11:00 A.M. (prevailing Eastern Time)

Location of Hearing:    The Honorable Alan S. Trust
Courtroom 2554
United States Bankruptcy Court
Eastern District of New York
Conrad B. Duberstein U.S. Courthouse
271-C Cadman Plaza East
Brooklyn, NY 11201

Copies of Motions:    Copies of the pleadings below may be obtained from the Court's website at http://www.nyeb.uscourts.gov/ by obtaining a PACER login and password from the Court's website (a PACER password is obtained by accessing the PACER website at: http://pacer.psc.uscourts.gov). The pleadings are also available at no cost on the following website maintained by the Debtors in these chapter 11 cases: http://dm.epiq11.com/orionhealthcorp.

I.    **STATUS AND RULING CONFERENCES IN MAIN CASE**

1.    Status Conference on Case Management

**Related Documents**:

    A.    Order Scheduling Initial Case Management Conference
          [Dkt. No. 184]

**Status**:  This matter is going forward as a status conference.

2.    Ruling Conference on Motion of Kevin and Edel Kelly for Modification or
      Clarification of Final Order Authorizing Debtors to Obtain Post Petition Financing
      [Dkt. No. 513]

**Related Documents**:

    A.    Contested Matter Scheduling Order [Dkt. No. 657]

**Response Received**:

    A.    Objection to Kevin Kelly and Edel Kelly's Motion for Modification
          or Clarification of Final Order Authorizing Debtors to Obtain Post
          Petition Financing filed by Bank of America, N.A. [Dkt. No. 552]

    B.    Debtors' Objection to the Motion of Kevin and Edel Kelly for
          Modification or Clarification of Final Order Authorizing Debtors to
          Obtain Post Petition Financing [Dkt. No. 553]

    C.    Supplemental Memorandum in Opposition to Kevin and Edel
          Kelly's Motion for Modification or Clarification of Final Order
          Authorizing Debtors to Obtain Post Petition Financing filed by Bank
          of America, N.A. [Dkt. No. 579]

    D.    Limited Objection of Official Committee of Unsecured Creditors to
          Motion of Kevin and Edel Kelly for Modification or Clarification of
          Final Order Authorizing Debtors to Obtain Post Petition Financing
          [Dkt. No. 580]

    E.    Reply of Kevin and Edel Kelly to Objections to Motion for
          Modification or Clarification of Final Order Authorizing Debtors to
          Obtain Post Petition Financing [Dkt. No. 558]

**Status**:  This matter is going forward as a ruling conference.

3.     Status Conference on Debtors' Motion for Turnover of Documents Pursuant to 11 U.S.C.§ 542 [Dkt. No. 619]

**Related Documents:**

     A.     Order Appointing Independent Reviewer [Dkt. No. 335]

     B.     Notice of Release of First Interim Privilege Log [Dkt. No. 576]

     C.     Notice of Release of Second Interim Privilege Log [Dkt. No. 597]

     D.     Notice of Release of Third Interim Privilege Log [Dkt. No. 607]

     E.     Notice of Release of Fourth Interim Privilege Log [Dkt. No. 637]

     F.     Notice of Release of Fifth Interim Privilege Log [Dkt. No. 683]

     G.     Proposed Stipulated Order Establishing Protocol for Turnover of Documents Pursuant to 11 U.S.C. § 542 [Dkt. No. 687]

**Status**:  This matter is going forward as a status conference.

## II.     CONTESTED MATTERS IN MAIN CASE

4.     Motion of Porteck India Infoservices Private Ltd. for Order Authorizing Allowance and Directing Immediate Payment of Administrative Expense Claim [Dkt. No. 612]

**Responses Received:**

     A.     Debtors' Objection to the Motion of Porteck India Infoservices Private Ltd. for Order Authorizing Allowance and Directing Immediate Payment of Administrative Expense Claim [Dkt. No. 679]

**Status**:  This matter is going forward.[1]

---

[1] A notice of hearing was not filed in connection with the motion filed by Porteck India Infoservices Private Ltd. However, in accordance with the Court's correspondence sent on January 24, 2019, the Debtors have included the motion on this agenda.

5.      Evidentiary Hearing on Confirmation of the Plan

        **Related Documents:**

        A.      Debtors' Third Amended Joint Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code [Dkt. No. 645]

        B.      Third Amended Disclosure Statement for Debtors' Third Amended Joint Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code [Dkt. No. 644]

        C.      Notice of Filing of Plan Supplement to the Debtors' Third Amended Joint Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code [Dkt. No. 647]

        D.      Notice of Filing of Second Plan Supplement to the Debtors' Third Amended Joint Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code [Dkt. No. 680]

        E.      Debtors' Memorandum of Law (I) in Support of Confirmation of the Debtors' Third Amended Joint Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code and (II) in Reply to Outstanding Objections Thereto [Dkt. No. 686]

        F.      Declaration of Timothy J. Dragelin in Support of Confirmation of the Debtors' Third Amended Joint Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code [Dkt. No. 685]

        G.      Declaration of Jane Sullivan on Behalf of Epiq Corporate Restructuring, LLC Regarding Voting and Tabulation of Ballots Cast on the Debtors' Third Amended Joint Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code [Dkt. No. 684]

        H.      Order (I) Approving the Adequacy of the Debtors' Disclosure Statement, (II) Approving the Solicitation and Notice Procedures With Respect to Confirmation of the Debtors' Joint Plan of Liquidation, (III) Approving the Forms of Ballots and Notices in Connection Therewith, (IV) Scheduling Certain Dates with Respect Thereto, and (IV) Granting Related Relief [Dkt. No. 652]

        I.      Affidavit of Service of Solicitation Materials [Dkt. No. 662]

        J.      Proof of Publication [Dkt. No. 660]

        K.      Motion of the Official Committee of Unsecured Creditors for an Order Granting Leave, Standing, and Authority to Prosecute

Certain Causes of Action on Behalf of the Debtors and Their Estates [Dkt. No. 504]

**Response Received:**

A.    Texas Comptroller of Public Accounts' Objection to Confirmation of Debtors' Third Amended Joint Plan of Liquidation [Dkt. No. 670]

B.    Objection of the State of Michigan, Department of Treasury to Debtors' Third Amended Joint Plan of Liquidation [Dkt. No. 673]

C.    Objection to Third Amended Plan of Liquidation Submitted by Kevin and Edel Kelly [Dkt. No. 677]

D.    Destra Targeted Income Unit Investment Trust's Limited Statement and Reservation of Rights With Respect to the Debtors' Joint Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code [Dkt. No. 678]

**Status**:  This matter is going forward as scheduled.

## III.    RULING CONFERENCE IN ADVERSARY PROCEEDING (Case Nos. 18-08154 and 18-08155)

6.    Motion for Summary Judgment Seeking Mandatory Subordination of Claims under 11 U.S.C. § 510(b) (Proof of Claim Nos. 113, 114, 254, 255, 268, 269) (18-08154, Dkt. No. 2) (18-08155, Dkt. No. 3)

**Related Documents:**

A.    Adversary Complaint (18-08154, Dkt. No. 1) (18-08155, Dkt. No. 1)

B.    Third Party Complaint and Counterclaim (18-08154, Dkt. No. 8)

C.    Answer to Adversary Complaint (18-08155, Dkt. No. 8)

D.    Letter Setting Ruling Conference (18-08154, Dkt. No. 7) (18-08155, Dkt. No. 10)

**Response Received:**

A.      Cross-Motion for Summary Judgment
        (18-08154, Dkt. No. 9) (18-08155, Dkt. No. 12)

B.      Reply in Further Support of Motion for Summary Judgment
        Seeking Mandatory Subordination of Claims under 11 U.S.C.
        § 510(b) (Proof of Claim Nos. 113, 114, 254, 255, 268, 269)
        (18-08154, Dkt. No. 10) (18-08155, Dkt. No. 13)

**Status**:  This matter is going forward as a ruling conference.

Dated: February 3, 2019                    Respectfully submitted,
New York, New York

                                           **DLA PIPER LLP (US)**

                                           */s/ Thomas R. Califano*
                                           Thomas R. Califano (6144)
                                           DLA Piper LLP (US)
                                           1251 Avenue of the Americas
                                           New York, New York 10020-1104
                                           Telephone: (212) 335-4500
                                           Facsimile:  (212) 335-4501
                                           E-mail:  thomas.califano@dlapiper.com

                                           *Counsel to the Debtors and Debtors in Possession*