Response Deadline: June 13, 2019 at 4:00 p.m. (ET)

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re: | Chapter 11 |
| ORION HEALTHCORP, INC. | Case No. 18-71748 (AST) |
| CONSTELLATION HEALTHCARE TECHNOLOGIES, INC. | Case No. 18-71749 (AST) |
| NEMS ACQUISITION, LLC | Case No. 18-71750 (AST) |
| NORTHEAST MEDICAL SOLUTIONS, LLC | Case No. 18-71751 (AST) |
| NEMS WEST VIRGINIA, LLC | Case No. 18-71752 (AST) |
| PHYSICIANS PRACTICE PLUS, LLC | Case No. 18-71753 (AST) |
| PHYSICIANS PRACTICE PLUS HOLDINGS, LLC | Case No. 18-71754 (AST) |
| MEDICAL BILLING SERVICES, INC. | Case No. 18-71755 (AST) |
| RAND MEDICAL BILLING, INC. | Case No. 18-71756 (AST) |
| RMI PHYSICIAN SERVICES CORPORATION | Case No. 18-71757 (AST) |
| WESTERN SKIES PRACTICE MANAGEMENT, INC. | Case No. 18-71758 (AST) |
| INTEGRATED PHYSICIANS SOLUTIONS, INC. | Case No. 18-71759 (AST) |
| NYNM ACQUISITION, LLC | Case No. 18-71760 (AST) |
| NORTHSTAR FHA, LLC | Case No. 18-71761 (AST) |
| NORTHSTAR FIRST HEALTH, LLC | Case No. 18-71762 (AST) |
| VACHETTE BUSINESS SERVICES, LTD. | Case No. 18-71763 (AST) |
| MDRX MEDICAL BILLING, LLC | Case No. 18-71764 (AST) |
| VEGA MEDICAL PROFESSIONALS, LLC | Case No. 18-71765 (AST) |
| ALLEGIANCE CONSULTING ASSOCIATES, LLC | Case No. 18-71766 (AST) |
| ALLEGIANCE BILLING & CONSULTING, LLC | Case No. 18-71767 (AST) |
| PHOENIX HEALTH, LLC | Case No. 18-71768 (AST) |
| NEW YORK NETWORK MANAGEMENT, LLC | Case No. 18-74545 (AST) |
| Debtors. | |

**SUPPLEMENTAL FEE STATEMENT**
**OF CBIZ ACCOUNTING, TAX & ADVISORY OF NEW YORK, LLC**
**FOR THE PERIOD MARCH 1, 2019 THROUGH MAY 6, 2019**

1.   In accordance with the *Order Approving Final Fee Applications* (Docket No. 738) (the "Final Fee Order"), CBIZ Accounting, Tax & Advisory of New York, LLC ("CBIZ"), financial advisor to the Official Committee of Unsecured Creditors of Orion HealthCorp, Inc. *et al.* (the "Committee"), hereby submits its Supplemental Fee Statement to the Final Fee Application

(the "Statement") for the period from March 1, 2019 through May 6, 2019 (the "Statement Period").[1]

## ITEMIZATION OF SERVICES RENDERED AND EXPENSES INCURRED

2. A listing of CBIZ Professionals (collectively, the "Professionals") who rendered service to the Committee in connection with these chapter 11 cases during the Statement Period, including the hourly rate, title, and fees earned by each Professional, is attached hereto as **Exhibit A**.

3. A summary of expenses incurred by CBIZ during the Statement Period for which reimbursement is sought is attached hereto as **Exhibit B**.

4. The detailed time records of CBIZ for the Statement Period are attached hereto as **Exhibit C**.

## TOTAL FEES AND EXPENSES SOUGHT FOR THE STATEMENT PERIOD

5. The total amounts sought for fees for professional services rendered and reimbursement of expenses incurred for the Statement Period are as follows:

| Fees | $5,000.00 |
|---|---|
| Disbursements | $0.00 |
| **Total** | **$5,000.00** |

## NOTICE AND OBJECTION PROCEDURES

6. In accordance with the Interim Compensation Order, notice of the Statement has been served upon the following parties (collectively, the "Notice Parties"):

    i.    *the Debtors, Orion HealthCorp, Inc. et al*, 1715 Route 35 North, Suite 303, Middletown, NJ 07748, (Attn: Timothy J. Dragelin [timothy.dragelin@fticonsulting.com] and Daniel Jones [Daniel.jones1@fticonsulting.com]);

---

[1] Pursuant to the *Order Authorizing the Employment and Retention of CBIZ as Financial Advisor to the Official Committee of Unsecured Creditors of Orion HealthCorp, Inc. et al. (Docket No. 276)*, CBIZ has been retained *nunc pro tunc* to April 13, 2018.

ii. *counsel to the Debtors, DLA Piper LLP (US),* 1251 Avenue of the Americas, New York, NY 10020 (Attn: Thomas R. Califano, Esq. [Thomas.califano@dlapiper.com] and Rachel Nanes, Esq. [Rachel.nanes@dlapiper.com]);

iii. *counsel to the Committee, Pachulski Stang Ziehl & Jones, LLP*, 780 Third Avenue, 34th Floor, New York, NY 10017 (Attn: Ilan D. Scharf, Esq. [ischarf@pszjlaw.com]);

iv. *the Office of the United States Trustee*, Long Island Federal Plaza Courthouse, 560 Federal Plaza, Central Islip, New York 11722 (Attn: Christine H. Black, Esq. [Christine.H.Black@usdoj.gov]);

v. *counsel to Bank of America, N.A., Moore & Van Allen, PLLC,* 100 North Tyron Street, Suite 4700, Charlotte, North Carolina 28202 (Attn: David Eades, Esq. [davideades@mvalaw.com] and Charles R. Rayburn III, Esq. [treyrayburn@mvalaw.com]);

vi. *counsel to BMO Harris Bank, N.A., Chapman and Cutler, LLP*, 111 West Monroe Street, Chicago, IL 60603 (Attn: Stephen R. Tetro II, Esq. [stetro@chapman.com]);

vii. *counsel to Stifel Bank & Trust and Woodforest National Bank, Reed Smith, LLP*, 335 South Grand Avenue, Suite 2900, Los Angeles, California 90071 (Attn: Christopher Rivas, Esq. [crivas@reedsmith.com] and 1202 Market Street, Suite 1500, Wilmington, Delaware 19801 (Attn: Kurt F. Gwynne, Esq. [kgwynne@reedsmith.com]); and

viii. counsel to Keybank National Association, 127 Public Square, 2nd Floor, Cleveland, Ohio 44114 (Attn: Robert J. Burns, Esq. [bob_j_burns@keybank.com]).

ix. Liquidating Trustee: Howard M. Ehrenberg, Esq., SulmeyerKupetz, 333 S. Grand Avenue, Suite 3400, Los Angeles, CA 90071 (hehrenberg@sulmeyerlaw.com).

x. *counsel to Liquidating Trustee, Satterlee Stephens LLP,* 230 Park Avenue, New York, NY, 10169 (Attn: Christopher R. Belmonte, Esq. [cbelmonte@ssbb.com])

7. Also pursuant to the Interim Compensation Order, any objections to this Statement must be served upon the Notice Parties, including CBIZ, no later than **June 13, 2019, at 4:00 p.m.**

prevailing Eastern Time (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

8.    If no objections to the Statement are received on or before the Objection Deadline, the Liquidating Trustee, pursuant to the Final Fee Order, will be authorized to pay CBIZ, on a final basis, **$5,000.00**, consisting of (a) 100% of CBIZ's fees for the Statement Period, and (b) 100% of total expenses incurred.

9.    To the extent an objection to the Statement is received on or before the Objection Deadline, the Liquidating Trustee will withhold payment of that portion of the Statement to which the objection is directed and will promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled for consideration at a hearing before the Court.

Dated: May 29, 2019  
New York, New York

By: _____  
Charles Berk  
Managing Director  
**CBIZ Accounting, Tax & Advisory of New York, LLC**  
5 Bryant Park  
New York, New York 10018  
Telephone: (212) 790-5883  
Email: cberk@cbiz.com

*Financial Advisor to the Official Committee of Unsecured Creditors of Orion HealthCorp, Inc. et al.*

# **EXHIBIT A**

Exhibit A

Orion HealthCorp, Inc., et al.
Professional Time Summary
March 1, 2019 through May 6, 2019

| Initial | Name | Title | Rate | Time | Amount |
|---|---|---|---:|---:|---:|
| CB | Charles Berk | Managing Director | $ 720.00 | 3.8 | $ 2,736.00 |
| DG | David Greenblatt | Senior Manager | $ 430.00 | 12.4 | $ 5,332.00 |
| PD | Patrick Donnelly | Associate | $ 295.00 | 2.0 | $ 590.00 |
| **Total** | | | | **18.2** | **$ 8,658.00** |

|  |  |
|---:|---:|
| Less: Voluntary Reduction | $ (3,658.00) |
| **Supplemental Fees Requested** | **$ 5,000.00** |

# **EXHIBIT B**

Exhibit B

Orion HealthCorp, Inc., et al.
Expense Details
March 1, 2019 through May 6, 2019

| Expense Type | Initial | Total |
|---|---|---|
| **Grand Total** | | |

# **EXHIBIT C**

Exhibit C

Orion HealthCorp, Inc., et al.
Employee Time Detail
March 1, 2019 through May 6, 2019

| Date | Date | Initial | Explanation of Work Performed | Rate | Time | Fees |
|---|---|---|---|---|---|---|
| Fee Application Preparation | 3/21/2019 | PD | Update second interim and final fee application for review | $ 295.00 | 1.1 | 324.50 |
| | | DG | Preparation of second interim and final fee application | $ 430.00 | 1.7 | 731.00 |
| | 3/22/2019 | CB | Review second and final fee application time detail | $ 720.00 | 1.6 | 1,152.00 |
| | | DG | Preparation of second interim and final fee application | $ 430.00 | 2.3 | 989.00 |
| | 3/25/2019 | PD | Update draft second interim and final fee application | $ 295.00 | 0.9 | 265.50 |
| | | DG | Preparation of final fee application | $ 430.00 | 1.9 | 817.00 |
| | 3/29/2019 | CB | Final review of second and final fee application | $ 720.00 | 2.2 | 1,584.00 |
| | 4/9/2019 | DG | Finalize final fee application and send to counsel | $ 430.00 | 3.7 | 1,591.00 |
| | 5/6/2019 | DG | Prepare for and attend final fee application hearing | $ 430.00 | 2.8 | 1,204.00 |
| **Grand Total** | | | | | **18.2** | **$ 8,658.00** |

Less: Voluntary Reduction  $  (3,658.00)
**Supplemental Fees Requested  $   5,000.00**