**From:** ecf_bounces@nyed.uscourts.gov
**Sent:** Wednesday, September 4, 2019 7:20:41 PM (UTC+00:00) Monrovia, Reykjavik
**To:** nobody@nyed.uscourts.gov
**Subject:** Activity in Case 2:19-cv-05009-JMA Porteck India Infoservices Private Ltd. v. Orion Healthcorp, Inc. Bankruptcy Appeal

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

## Eastern District of New York

### Notice of Electronic Filing

The following transaction was entered on 9/4/2019 at 3:20 PM EDT and filed on 9/3/2019
**Case Name:**       Porteck India Infoservices Private Ltd. v. Orion Healthcorp, Inc.
**Case Number:**     2:19-cv-05009-JMA
**Filer:**           Porteck India Infoservices Private Ltd.
**Document Number:** 1

**Docket Text:**
**Notice of APPEAL FROM BANKRUPTCY COURT. Bankruptcy Court case number 8-18-71748-ast., filed by Porteck India Infoservices Private Ltd.. (Attachments: # (1) USBC Transmittal, # (2) USBC Docket Sheet, # (3) USBC Documents, # (4) USBC Notice of Recipients) (Corsini, Alexander)**


**2:19-cv-05009-JMA Notice has been electronically mailed to:**

John P. Amato     jamato@hahnhessen.com, JSamper@hahnhessen.com

Stan Yuon Yang     stan.y.yang@usdoj.gov

Sanford P. Rosen     srosen@rosenpc.com

**2:19-cv-05009-JMA Notice will not be electronically mailed to:**

Mark Thomas Power
Hahn & Hessen
488 Madison Avenue
New York, NY 10022

Thomas R. Califano
DLA Piper LLP (US)
1251 Avenue of the Americas
New York, NY 10020

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP NYEDStamp_ID=875559751 [Date=9/4/2019] [FileNumber=14200753-0]
[a24d2faa1cb9d9595f241b5facf0117cfb22bdd919bdb571c89168bda0c8a53f14eea
2ebabd901fdc47305fdff93bf65cb05bbed90ee7757a4f5139bd506db88]]
**Document description:** USBC Transmittal
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP NYEDStamp_ID=875559751 [Date=9/4/2019] [FileNumber=14200753-1]
[bf77441e2934c3cc9ba09fb33501980fb8c9d61238b78a46f661641f701d77586187d
c19aa4a300c58b0b3d13750a5fd6e82ea9b30d2fd38cf0e4bac49f7c8fa]]
**Document description:** USBC Docket Sheet
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP NYEDStamp_ID=875559751 [Date=9/4/2019] [FileNumber=14200753-2]
[85a35a70c603f6b5af3bf15401f9aa78ad448d97ddf3a0f6e46e7eddd406a3822e8ed
0541c98cc2cc77028b108f39b4463d0dd924a738d7908546f7a19b0c4d6]]
**Document description:** USBC Documents
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP NYEDStamp_ID=875559751 [Date=9/4/2019] [FileNumber=14200753-3]
[7dbbe4c32a7df76c6661dd4e2cdb2ed811dd4ad68134b92398c279a9e281a2d3965d0
a97a017c8c6780ae3121fbe4eecebfcf982b469340fede361a14b08b9a0]]
**Document description:** USBC Notice of Recipients
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP NYEDStamp_ID=875559751 [Date=9/4/2019] [FileNumber=14200753-4]
[09b73cc0080a89d748f3e3ebcc1377c29706c0aa52c3d8a2eb163a8361ab5240ba6f4
5f49350b9dbfbc57fa64e518d4ecb262116e753cc203591e3b8be53708e]]