UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| In re: | Chapter 11 |
|---|---|
| ORION HEALTHCORP, INC. | Case No. 18-71748 (AST) |
| CONSTELLATION HEALTHCARE TECHNOLOGIES, INC. | Case No. 18-71749 (AST) |
| NEMS ACQUISITION, LLC | Case No. 18-71750 (AST) |
| NORTHEAST MEDICAL SOLUTIONS, LLC | Case No. 18-71751 (AST) |
| NEMS WEST VIRGINIA, LLC | Case No. 18-71752 (AST) |
| PHYSICIANS PRACTICE PLUS, LLC | Case No. 18-71753 (AST) |
| PHYSICIANS PRACTICE PLUS HOLDINGS, LLC | Case No. 18-71754 (AST) |
| MEDICAL BILLING SERVICES, INC. | Case No. 18-71755 (AST) |
| RAND MEDICAL BILLING, INC. | Case No. 18-71756 (AST) |
| RMI PHYSICIAN SERVICES CORPORATION | Case No. 18-71757 (AST) |
| WESTERN SKIES PRACTICE MANAGEMENT, INC. | Case No. 18-71758 (AST) |
| INTEGRATED PHYSICIAN SOLUTIONS, INC. | Case No. 18-71759 (AST) |
| NYNM ACQUISITION, LLC | Case No. 18-71760 (AST) |
| NORTHSTAR FHA, LLC | Case No. 18-71761 (AST) |
| NORTHSTAR FIRST HEALTH, LLC | Case No. 18-71762 (AST) |
| VACHETTE BUSINESS SERVICES, LTD. | Case No. 18-71763 (AST) |
| MDRX MEDICAL BILLING, LLC | Case No. 18-71764 (AST) |
| VEGA MEDICAL PROFESSIONALS, LLC | Case No. 18-71765 (AST) |
| ALLEGIANCE CONSULTING ASSOCIATES, LLC | Case No. 18-71766 (AST) |
| ALLEGIANCE BILLING & CONSULTING, LLC | Case No. 18-71767 (AST) |
| PHOENIX HEALTH, LLC | Case No. 18-71789 (AST) |
| NEW YORK NETWORK MANAGEMENT, L.L.C., | Case No. 18-74545 (AST) |
| Debtors. | (Jointly Administered) |

**ORDER GRANTING LIQUIDATING TRUSTEE'S MOTION OBJECTING TO CLAIM NO. 44 FILED BY BERNARD LIROLA IRA**

Howard M. Ehrenberg (the "Liquidating Trustee"), in his capacity as the Liquidating Trustee under that *Liquidating Trust Agreement* (the "Liquidating Trust" by and among Orion HealthCorp, Inc., Constellation Healthcare Technologies, Inc., and certain of their affiliates (collectively, the "Debtors" or "Debtor Entities", by and through his attorneys, submitted the *Liquidating Trustee's Motion Objecting to Claim No. 44 Filed By Bernard Lirola IRA* (the "Claim Objection". Based on the Claim Objection, and the evidence in support thereof, the Court finds that Claim No. 44 filed by Bernard Lirola IRA shall be reclassified as an equity interest in the Debtors and removed from the claims register. The Court having further determined that the Claim Objection is in the best interests

of the Debtors, their estates, their creditors, and other parties in interest, and due and sufficient notice of the Claim Objection having been given under the particular circumstances, and it appearing that no other or further notice need be provided, and after due deliberation thereon; and good and sufficient cause appearing therefor, it is hereby:

**ORDERED, ADJUDGED, AND DECREED that:**

1. The Claim Objection is hereby sustained.

2. The Motion is GRANTED.

3. Claim No. 44 filed by Bernard Lirola IRA is reclassified from a general unsecured claim to an equity interest in the Debtors.

4. Claim No. 44 filed by Bernard Lirola IRA is to be removed from the claims register.

5. The Liquidating Trustee, the Clerk of this Court, and the Claims Agent, Epiq Bankruptcy Solutions, LLC, shall have the authority to take all actions necessary or appropriate to give effect to this Order.

6. The Liquidating Trustee retains all rights to object to Claim No. 44, as necessary.

7. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation or interpretation of this Order.



Dated: April 7, 2021
Central Islip, New York

_____
Alan S. Trust
Chief United States Bankruptcy Judge