

LOS ANGELES, CA
SAN FRANCISCO, CA
WILMINGTON, DE
NEW YORK, NY

10100 SANTA MONICA BLVD.
13th FLOOR
LOS ANGELES
CALIFORNIA 90067

**TELEPHONE: 310/277 6910**

FACSIMILE: 310/201 0760

Jeffrey P. Nolan     April 8, 2021     jnolan@pszjlaw.com

The Honorable Alan S. Trust
United States Bankruptcy Court
Eastern District of New York
Alfonse M. D'Amato Federal Courthouse
290 Federal Plaza
Central Islip, New York 11722

       Re:    **In re: Orion HealthCorp, Inc.,** *et al.*
                **Case No. 18-71748-AST**

Dear Judge Trust:

     We are counsel for Howard M. Ehrenberg in his capacity as Liquidating Trustee of Orion Healthcorp, Inc., *et al.* (the "Liquidating Trustee") in the above referenced bankruptcy case.

     We are in receipt of the "Hearing Held" notification issued through ECF at 3:05 p.m. (ET) today in connection with the *Motion Pursuant to Bankruptcy Code Sections 554(a) and 363 for Entry of An Order Authorizing Liquidating Trustee to Abandon and Dispose of Personal Property Located at 2 River Terrace, Apartment 12J, New York New York* [dkt 929] (the "Motion") and believe there has been some confusion and a misunderstanding regarding the hearing date.

     Plaintiff's Motion to Abandon and Dispose of Personal Property was set for hearing on April 8, 2021 at 2:00 pm. On April 7, 2021, at 8:15 am, the docket entry attached hereto as **Exhibit A** was entered, indicating the hearing was Adjourned without Hearing. Since an Opposition was filed on April 6, 2021 at 8:30 pm, we believed the hearing on the Motion was being adjourned to accommodate the pleading or a reply thereto.

     It was not the intent of counsel not to appear at a scheduled hearing date before the Court. In fact, given the sensitivity of the issues with the real property, a resolution of the issues in the Motion is still a priority.

**SAN FRANCISCO**
150 CALIFORNIA STREET
15th FLOOR
SAN FRANCISCO
CALIFORNIA 94111-4500

**TELEPHONE: 415/263 7000**

FACSIMILE: 415/263 7010

**DELAWARE**
919 NORTH MARKET STREET
17th FLOOR
P.O. BOX 8705
WILMINGTON
DELAWARE 19899-8705

**TELEPHONE: 302/652 4100**

FACSIMILE: 302/652 4400

**NEW YORK**
780 THIRD AVENUE
36th FLOOR
NEW YORK
NEW YORK 10017-2024

**TELEPHONE: 212/561 7700**

FACSIMILE: 212/561 7777

DOCS_LA:337196.2 65004/003



In re: Orion HealthCorp, Inc., *et al.*
April 8, 2021
Page 2

  In light of the record, counsel respectfully requests that the Motion be placed back on calendar for the first available date convenient to the Court's calendar.

       Very truly yours,

       */s/ Jeffrey P. Nolan*

       Jeffrey P. Nolan

JPN:lsc

cc: Counsel for Defendants (Interested parties via ECF, electronic mail, and/or First Class US Mail)

# EXHIBIT A

| | |
|---|---|
| **From:** | BKECF_LiveDB@nyeb.uscourts.gov |
| **Sent:** | Wednesday, April 07, 2021 8:15 AM |
| **To:** | CourtMail@nyeb.uscourts.gov |
| **Subject:** | Ch-11 8-18-71748-ast Hearing Adjourned Without Hearing (Document BK & AP) Re: Orion Healthcorp, Inc. |

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.**

## U.S. Bankruptcy Court

## Eastern District of New York

Notice of Electronic Filing

The following transaction was received from ymm entered on 04/07/2021 at 08:15 AM EDT and filed on 04/07/2021
**Case Name:** Orion Healthcorp, Inc.
**Case Number:** 8-18-71748-ast
**Document Number:**

**Docket Text:**
Adjourned Without Hearing. Hearing scheduled for 04/08/2021 at 02:00 PM at Courtroom 960 (Judge Trust), CI, NY.(RE: related document(s)[929] Motion to Authorize/Direct / Notice and Motion Pursuant to Bankruptcy Code Sections 554(a) and 363 for Entry of An Order Authorizing Liquidating Trustee to Abandon and Dispose of Personal Property Located at 2 River Terrace, Apartment 12J, New York New York. Filed by Liquidating Trustee Howard M. Ehrenberg) (ymm)

The following document(s) are associated with this transaction:


**8-18-71748-ast Notice will be electronically mailed to:**

Anthony C Acampora on behalf of Creditor Elizabeth Kelly
efilings@spallp.com,
aca@spallp.com;ksilverman@ecf.epiqsystems.com;ggerson@sallp.com;sgiugliano@silvermanacampora.com

Anthony C Acampora on behalf of Defendant Elizabeth Kelly
efilings@spallp.com,
aca@spallp.com;ksilverman@ecf.epiqsystems.com;ggerson@sallp.com;sgiugliano@silvermanacampora.com

Anthony C Acampora on behalf of Defendant Cliona Sotiropoulos
efilings@spallp.com,
aca@spallp.com;ksilverman@ecf.epiqsystems.com;ggerson@sallp.com;sgiugliano@silvermanacampora.com