

U.S. Department of Justice
Office of the United States Trustee
Region 2

<u>Eastern</u> District of <u>New York</u>

| | | |
|---|---|---|
| IN RE: | } | **CHAPTER 11** |
| | } | |
| **ORION HEALTHCORP., INC., ET AL.,** | } | **CASE NO.  18-71748** |
| | } | |
| | } | |
| **DEBTOR.** | } | |

## DEBTOR'S  POST-CONFIRMATION
## MONTHLY OPERATING REPORT
## FOR THE PERIOD
**FROM** <u>1-Mar-21</u>    **TO**  <u>31-Mar-21</u>

Comes now the above-named debtor and files its Post-Confirmation Monthly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

**In accordance with 28 U.S.C. Section 1746, I declare under penalty of perjury that I have examined the information contained in this report and it is true and correct to the best of my knowledge.**

Signed:: _____     Date: _____04/12/2021_____

_____Howard M. Ehrenberg_____
            Print Name

_____Chapter 11 Liquidating Trustee_____
            Title

Liquidating Trustee's Address
and Phone Number:
333 South Grand Avenue
Suite 3400
Los Angeles, CA  90071
hehrenberg@sulmeyerlaw.com
Tel. <u>213.626.2311</u>

Attorney's Address
and Phone Number:
<u>Duane Morris LLP</u>
<u>230 Park Avenue</u>
<u>New York, New York 10169</u>
Bar No. _____
Tel. <u>212-818-9200</u>

Attorney's Address
and Phone Number:
**<u>SulmeyerKupetz</u>**
<u>333 South Grand Avenue, Suite 3400</u>
<u>Los Angeles, CA 90071</u>
Bar No. _____
Tel. <u>213-626-2311</u>

Note:  The original Monthly Operating Report is to be filed with the Court and a copy simultaneously provided to the United States Trustee.  Monthly Operating Reports must be filed by the 20th day of the following month.

**MONTHLY OPERATING REPORT -**
**POST CONFIRMATION**

**ATTACHMENT NO. 1**

| QUESTIONNAIRE | YES* | NO |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business, or outside the Plan of Reorganization during this reporting period? | | X |
| 2. Are any post-confirmation sales or payroll taxes past due? | | X |
| 3. Are any amounts owed to post-confirmation creditors/vendors over 90 days delinquent? | | X |
| 4. Is the Debtor current on all post-confirmation plan payments? | X | |
| | | |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.*

| INSURANCE INFORMATION | YES | NO* |
|---|---|---|
| 1. Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | | X |
| 2. Are all premium payments current? | X | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.*

| CONFIRMATION OF INSURANCE | | | | |
|---|---|---|---|---|
| TYPE of POLICY        and          CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD: |
|---|
| |

**Estimated Date of Filing the Application for Final Decree:  December 31, 2021**

**MONTHLY OPERATING REPORT -**
**POST CONFIRMATION**

**ATTACHMENT NO. 2**

## CHAPTER 11 POST-CONFIRMATION
## SCHEDULE OF RECEIPTS AND DISBURSEMENTS

| | |
|---|---|
| **Case Name:** | Orion HealthCorp., Inc., et al. |
| **Case Number:** | 18-71748 |
| **Date of Plan Confirmation:** | |

All items must be answered.  Any which do not apply should be answered "none" or "N/A".

| | | Monthly | Post Confirmation Total |
|---|---|---|---|
| 1. | **CASH (Beginning of Period)** | $60,634,659.07 | $284,003,442.50 |
| | | | |
| 2. | **INCOME or RECEIPTS during the Period** | $13,259,300.85 | $ See attached Form 2 |

3. **DISBURSEMENTS**

| | | | Monthly | Post Confirmation Total |
|---|---|---|---|---|
| a. | **Operating Expenses (Fees/Taxes):** | | | |
| | (i) | U.S. Trustee Quarterly Fees | | $ |
| | (ii) | Federal Taxes | | |
| | (iii) | State Taxes | | |
| | (iv) | Other Taxes | | |
| | | | | |
| b. | **All Other Operating Expenses:** | | $13,997,523.99 | $ |
| | Add Back Checks | | - $8,909.00 | |
| c. | **Plan Payments:*** | | | |
| | (i) | Administrative Claims | | $ |
| | (ii) | Class One | | |
| | (iii) | Class Two | | |
| | (iv) | Class Three | | |
| | (v) | Class Four | | |
| | | (Attach additional pages as needed) | | |
| | **Total Disbursements (Operating & Plan)** | | $13,988,614.99 | |

| | | Monthly | Post Confirmation Total |
|---|---|---|---|
| 1. | **CASH (End of Period)** | $59,905,344.93 | $ |

**\*  This includes any and all disbursements made under the plan of reorganization or in the ordinary course**
**of the reorganized debtor's post-confirmation business, whether the disbursements are made**
**through a trust, by a third party, or by the reorganized debtor.**

**MONTHLY OPERATING REPORT -**
**POST CONFIRMATION**

**ATTACHMENT NO. 3**

## CHAPTER 11 POST-CONFIRMATION
## BANK ACCOUNT RECONCILIATIONS

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | Metropolitan Commercial Bank | Metropolitan Commercial Bank | Metropolitan Commerical Bank | Metropolitan Commerical Bank |
| Account Number: | xxxx2973 | xxxx7398 | xxxx2415 | xxxx3515 |
| Purpose of Account (Operating/Payroll/Tax) | Money Market | Operating | Operating | Operating |
| Type of Account (e.g. checking) | Money Market | Checking | Checking | Checking |
| | | | | |
| 1.  **Balance per Bank Statement** | $       4,263,946.54 | $              - | $119,603.79 | $55,521,794.60 |
| 2.  **ADD:**  Deposits not credited | | | | |
| 3.  **SUBTRACT**:  Outstanding Checks | | | ($8,909.00) | |
| 4.  Other Reconciling Items | | | | |
| 5.  **Month End Balance** (Must Agree with Books) | $       4,263,946.54 | $              - | $110,694.79 | $55,521,794.60 |

Note:  Attach copy of each bank statement and bank reconciliation.

| Investment Account Information<br><br>Bank / Account Name  / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note:  Attach copy of each investment account statement.

**MONTHLY OPERATING REPORT -
POST CONFIRMATION**

**ATTACHMENT NO. 4**

### CHAPTER 11 POST-CONFIRMATION
### CASH/DEBIT/CHECK DISBURSEMENTS DETAILS

| | |
|---|---|
| Name of Bank:   Metropolitan Commercial Bank | |
| Account Numbers:  xxxx2415, xxxx2973 & xxxx7398 | |
| **Purpose of Account (Operating/Payroll/Personal)** | |
| Type of Account (e.g., Checking):  Money Market Account & Checking Account | |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | PLEASE SEE ATTACHED BANK STATEMENTS AND FORM 2. | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | TOTAL | $13,997,523.99 |

 If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for
 holding check and anticipated delivery date of check.

**MONTHLY OPERATING REPORT -**
**POST CONFIRMATION**

**ATTACHMENT NO. 2**

### CHAPTER 11 POST-CONFIRMATION
### SCHEDULE OF RECEIPTS AND DISBURSEMENTS

| | |
|---|---|
| Case Name: | Constellation Healthcare Technologies, Inc. |
| Case Number: | 18-71749 |
| Date of Plan Confirmation: | |

All items must be answered.  Any which do not apply should be answered "none" or "N/A".

| | Monthly | Post Confirmation Total |
|---|---|---|
| 1. **CASH (Beginning of Period)** | $  none | none |
| 2. **INCOME or RECEIPTS during the Period** | $  none | $ . |

3. **DISBURSEMENTS**

   a. **Operating Expenses (Fees/Taxes):**

| | | Monthly | Post Confirmation Total |
|---|---|---|---|
| (i) | U.S. Trustee Quarterly Fees | $ | $ |
| (ii) | Federal Taxes | | |
| (iii) | State Taxes | | |
| (iv) | Other Taxes | | |

   b. **All Other Operating Expenses:**

| | Monthly | Post Confirmation Total |
|---|---|---|
| | $ | $ |

   c. **Plan Payments:***

| | | Monthly | Post Confirmation Total |
|---|---|---|---|
| (i) | Administrative Claims | $ | $ |
| (ii) | Class One | | |
| (iii) | Class Two | | |
| (iv) | Class Three | | |
| (v) | Class Four | | |
| | (Attach additional pages as needed) | | |
| **Total Disbursements (Operating & Plan)** | | $  none | $ |

| | Monthly | Post Confirmation Total |
|---|---|---|
| 1. **CASH (End of Period)** | $  none | $ |

\* This includes any and all disbursements made under the plan of reorganization or in the ordinary course
   of the reorganized debtor's post-confirmation business, whether the disbursements are made
   through a trust, by a third party, or by the reorganized debtor.

# CHAPTER 11 POST-CONFIRMATION
## SCHEDULE OF RECEIPTS AND DISBURSEMENTS

| | |
|---|---|
| **Case Name:** | NEMS Acquisition, LLC |
| **Case Number:** | 18-71750 |
| **Date of Plan Confirmation:** | |

All items must be answered.  Any which do not apply should be answered "none" or "N/A".

| | Monthly | Post Confirmation Total |
|---|---|---|
| **1.  CASH (Beginning of Period)** | $  none | none |

| | Monthly | Post Confirmation Total |
|---|---|---|
| **2.  INCOME or RECEIPTS during the Period** | $  none | $ |

**3.  DISBURSEMENTS**

a.  **Operating Expenses (Fees/Taxes):**

| | Monthly | Post Confirmation Total |
|---|---|---|
| (i)    U.S. Trustee Quarterly Fees | $ | $ |
| (ii)   Federal Taxes | | |
| (iii)  State Taxes | | |
| (iv)   Other Taxes | | |

b.  **All Other Operating Expenses:**

| | Monthly | Post Confirmation Total |
|---|---|---|
| | $ | $ |
| | | |

c.  **Plan Payments:***

| | Monthly | Post Confirmation Total |
|---|---|---|
| (i)    Administrative Claims | $ | $ |
| (ii)   Class One | | |
| (iii)  Class Two | | |
| (iv)   Class Three | | |
| (v)    Class Four | | |
| (Attach additional pages as needed) | | |
| **Total Disbursements (Operating & Plan)** | $  none | $ |

| | Monthly | Post Confirmation Total |
|---|---|---|
| **1.  CASH (End of Period)** | $  none | $ |

*   This includes any and all disbursements made under the plan of reorganization or in the ordinary course of the reorganized debtor's post-confirmation business, whether the disbursements are made through a trust, by a third party, or by the reorganized debtor.

### CHAPTER 11 POST-CONFIRMATION
### SCHEDULE OF RECEIPTS AND DISBURSEMENTS

| | |
|---|---|
| **Case Name:** | Northeast Medical Solutions, LLC |
| **Case Number:** | 18-71751 |
| **Date of Plan Confirmation:** | |

All items must be answered.  Any which do not apply should be answered "none" or "N/A".

| | Monthly | Post Confirmation Total |
|---|---|---|
| 1.  **CASH (Beginning of Period)** | $  none | none |

| | Monthly | Post Confirmation Total |
|---|---|---|
| 2.  **INCOME or RECEIPTS during the Period** | $  none | $ |

3.  **DISBURSEMENTS**

a.   **Operating Expenses (Fees/Taxes):**
   (i)    U.S. Trustee Quarterly Fees
   (ii)   Federal Taxes
   (iii)  State Taxes
   (iv)  Other Taxes

b.   **All Other Operating Expenses:**

c.   **Plan Payments:***
   (i)    Administrative Claims
   (ii)   Class One
   (iii)  Class Two
   (iv)  Class Three
   (v)   Class Four
         (Attach additional pages as needed)

**Total Disbursements (Operating & Plan)**

| Monthly | Post Confirmation Total |
|---|---|
| $ | $ |
| | |
| | |
| | |
| $ | $ |
| | |
| $ | $ |
| | |
| | |
| | |
| | |
| $  none | $ |

| | Monthly | Post Confirmation Total |
|---|---|---|
| 1.  **CASH (End of Period)** | $  none | $ |

*   **This includes any and all disbursements made under the plan of reorganization or in the ordinary course of the reorganized debtor's post-confirmation business, whether the disbursements are made through a trust, by a third party, or by the reorganized debtor.**

# CHAPTER 11 POST-CONFIRMATION
## SCHEDULE OF RECEIPTS AND DISBURSEMENTS

| | |
|---|---|
| **Case Name:** | NEMS West Viringia, LLC |
| **Case Number:** | 18-71752 |
| **Date of Plan Confirmation:** | |

All items must be answered.  Any which do not apply should be answered "none" or "N/A".

| | Monthly | Post Confirmation Total |
|---|---|---|
| 1.  **CASH (Beginning of Period)** | $  none | none |
| 2.  **INCOME or RECEIPTS during the Period** | $  none | $ |

3.  **DISBURSEMENTS**

    a.  **Operating Expenses (Fees/Taxes):**

| | Monthly | Post Confirmation Total |
|---|---|---|
|     (i)  U.S. Trustee Quarterly Fees | $ | $ |
|     (ii)  Federal Taxes | | |
|     (iii)  State Taxes | | |
|     (iv)  Other Taxes | | |
|     b.  **All Other Operating Expenses:** | $ | $ |
| | | |
|     c.  **Plan Payments:**＊ | | |
|     (i)  Administrative Claims | $ | $ |
|     (ii)  Class One | | |
|     (iii)  Class Two | | |
|     (iv)  Class Three | | |
|     (v)  Class Four | | |
|     (Attach additional pages as needed) | | |
| **Total Disbursements (Operating & Plan)** | $  none | $ |

| | Monthly | Post Confirmation Total |
|---|---|---|
| 1.  **CASH (End of Period)** | $  none | $ |

＊ This includes any and all disbursements made under the plan of reorganization or in the ordinary course of the reorganized debtor's post-confirmation business, whether the disbursements are made through a trust, by a third party, or by the reorganized debtor.

# CHAPTER 11 POST-CONFIRMATION
## SCHEDULE OF RECEIPTS AND DISBURSEMENTS

| | |
|---|---|
| **Case Name:** | Physicians Practice Plus, LLC |
| **Case Number:** | 18-71753 |
| **Date of Plan Confirmation:** | |

All items must be answered.  Any which do not apply should be answered "none" or "N/A".

| | Monthly | Post Confirmation Total |
|---|---|---|
| 1. **CASH (Beginning of Period)** | $ none | none |
| 2. **INCOME or RECEIPTS during the Period** | $  none | $ |

3. **DISBURSEMENTS**

   a. **Operating Expenses (Fees/Taxes):**

   | | Monthly | Post Confirmation Total |
   |---|---|---|
   | (i)   U.S. Trustee Quarterly Fees | $ | $ |
   | (ii)  Federal Taxes | | |
   | (iii) State Taxes | | |
   | (iv)  Other Taxes | | |

   b. **All Other Operating Expenses:**

   | | Monthly | Post Confirmation Total |
   |---|---|---|
   | | $ | $ |
   | | | |

   c. **Plan Payments:***

   | | Monthly | Post Confirmation Total |
   |---|---|---|
   | (i)   Administrative Claims | $ | $ |
   | (ii)  Class One | | |
   | (iii) Class Two | | |
   | (iv)  Class Three | | |
   | (v)   Class Four | | |
   | (Attach additional pages as needed) | | |
   | **Total Disbursements (Operating & Plan)** | $  none | $ |

| | Monthly | Post Confirmation Total |
|---|---|---|
| 1. **CASH (End of Period)** | $  none | $ |

\* This includes any and all disbursements made under the plan of reorganization or in the ordinary course
   of the reorganized debtor's post-confirmation business, whether the disbursements are made
   through a trust, by a third party, or by the reorganized debtor.

## CHAPTER 11 POST-CONFIRMATION
## SCHEDULE OF RECEIPTS AND DISBURSEMENTS

| | |
|---|---|
| **Case Name:** | Physicians Practice Plus Holdings, LLC |
| **Case Number:** | 18-71754 |
| **Date of Plan Confirmation:** | |

All items must be answered. Any which do not apply should be answered "none" or "N/A".

| | Monthly | Post Confirmation Total |
|---|---|---|
| 1.  **CASH (Beginning of Period)** | $  none | none |
| 2.  **INCOME or RECEIPTS during the Period** | $  none | $ |

3.  **DISBURSEMENTS**

   a.  **Operating Expenses (Fees/Taxes):**
   - (i)   U.S. Trustee Quarterly Fees
   - (ii)   Federal Taxes
   - (iii)  State Taxes
   - (iv)  Other Taxes

   b.  **All Other Operating Expenses:**

   c.  **Plan Payments:***
   - (i)   Administrative Claims
   - (ii)   Class One
   - (iii)  Class Two
   - (iv)  Class Three
   - (v)   Class Four
      (Attach additional pages as needed)

   **Total Disbursements (Operating & Plan)**

| Monthly | Post Confirmation Total |
|---|---|
| $ | $ |
| | |
| | |
| | |
| $ | $ |
| | |
| $ | $ |
| | |
| | |
| | |
| $  none | $ |

| | |
|---|---|
| 1.  **CASH (End of Period)** | $  none | $ |

* This includes any and all disbursements made under the plan of reorganization or in the ordinary course
  of the reorganized debtor's post-confirmation business, whether the disbursements are made
  through a trust, by a third party, or by the reorganized debtor.

## CHAPTER 11 POST-CONFIRMATION
## SCHEDULE OF RECEIPTS AND DISBURSEMENTS

| | |
|---|---|
| Case Name: | Medical Billing Services, Inc. |
| Case Number: | 18-71755 |
| Date of Plan Confirmation: | |

All items must be answered.  Any which do not apply should be answered "none" or "N/A".

| | Monthly | Post Confirmation Total |
|---|---|---|
| 1. **CASH (Beginning of Period)** | $  none | none |
| 2. **INCOME or RECEIPTS during the Period** | $  none | $ |

3. **DISBURSEMENTS**

    a.   **Operating Expenses (Fees/Taxes):**

| | Monthly | Post Confirmation Total |
|---|---|---|
| (i)    U.S. Trustee Quarterly Fees | $ | $ |
| (ii)   Federal Taxes | | |
| (iii)  State Taxes | | |
| (iv)  Other Taxes | | |

    b.   **All Other Operating Expenses:**

| | Monthly | Post Confirmation Total |
|---|---|---|
| | $ | $ |

    c.   **Plan Payments:***

| | Monthly | Post Confirmation Total |
|---|---|---|
| (i)    Administrative Claims | $ | $ |
| (ii)   Class One | | |
| (iii)  Class Two | | |
| (iv)  Class Three | | |
| (v)   Class Four | | |
| (Attach additional pages as needed) | | |
| **Total Disbursements (Operating & Plan)** | $  none | $ |

| | Monthly | Post Confirmation Total |
|---|---|---|
| 1. **CASH (End of Period)** | $  none | $ |

\* **This includes any and all disbursements made under the plan of reorganization or in the ordinary course
   of the reorganized debtor's post-confirmation business, whether the disbursements are made
   through a trust, by a third party, or by the reorganized debtor.**

# CHAPTER 11 POST-CONFIRMATION
## SCHEDULE OF RECEIPTS AND DISBURSEMENTS

| | |
|---|---|
| **Case Name:** | Rand Medical Billing, Inc. |
| **Case Number:** | 18-71756 |
| **Date of Plan Confirmation:** | |

All items must be answered. Any which do not apply should be answered "none" or "N/A".

| | Monthly | Post Confirmation Total |
|---|---|---|
| 1. **CASH (Beginning of Period)** | $ none | none |
| 2. **INCOME or RECEIPTS during the Period** | $ none | $ |

3. **DISBURSEMENTS**

a. **Operating Expenses (Fees/Taxes):**

| | | Monthly | Post Confirmation Total |
|---|---|---|---|
| (i) | U.S. Trustee Quarterly Fees | $ | $ |
| (ii) | Federal Taxes | | |
| (iii) | State Taxes | | |
| (iv) | Other Taxes | | |

b. **All Other Operating Expenses:**

| | Monthly | Post Confirmation Total |
|---|---|---|
| | $ | $ |

c. **Plan Payments:***

| | | Monthly | Post Confirmation Total |
|---|---|---|---|
| (i) | Administrative Claims | $ | $ |
| (ii) | Class One | | |
| (iii) | Class Two | | |
| (iv) | Class Three | | |
| (v) | Class Four | | |
| | (Attach additional pages as needed) | | |
| **Total Disbursements (Operating & Plan)** | | $ none | $ |

| | Monthly | Post Confirmation Total |
|---|---|---|
| 1. **CASH (End of Period)** | $ none | $ |

* This includes any and all disbursements made under the plan of reorganization or in the ordinary course
  of the reorganized debtor's post-confirmation business, whether the disbursements are made
  through a trust, by a third party, or by the reorganized debtor.

# CHAPTER 11 POST-CONFIRMATION
# SCHEDULE OF RECEIPTS AND DISBURSEMENTS

| Case Name: | RMI Physician Services Corporation |
|---|---|
| Case Number: | 18-71757 |
| Date of Plan Confirmation: | |

All items must be answered.  Any which do not apply should be answered "none" or "N/A".

| | Monthly | Post Confirmation Total |
|---|---|---|
| 1.  **CASH (Beginning of Period)** | $  none | none |

| | Monthly | Post Confirmation Total |
|---|---|---|
| 2.  **INCOME or RECEIPTS during the Period** | $  none | $ |

3.  **DISBURSEMENTS**

   a.  **Operating Expenses (Fees/Taxes):**

| | Monthly | Post Confirmation Total |
|---|---|---|
| (i)   U.S. Trustee Quarterly Fees | $ | $ |
| (ii)   Federal Taxes | | |
| (iii)   State Taxes | | |
| ·(iv)   Other Taxes | | |

   b.  **All Other Operating Expenses:**

| | Monthly | Post Confirmation Total |
|---|---|---|
| | $ | $ |

   c.  **Plan Payments:***

| | Monthly | Post Confirmation Total |
|---|---|---|
| (i)   Administrative Claims | $ | $ |
| (ii)   Class One | | |
| (iii)   Class Two | | |
| (iv)   Class Three | | |
| (v)   Class Four | | |
| (Attach additional pages as needed) | | |
| **Total Disbursements (Operating & Plan)** | $  none | $ |

| | Monthly | Post Confirmation Total |
|---|---|---|
| 1.  **CASH (End of Period)** | $  none | $ |

* This includes any and all disbursements made under the plan of reorganization or in the ordinary course
   of the reorganized debtor's post-confirmation business, whether the disbursements are made
   through a trust, by a third party, or by the reorganized debtor.

## CHAPTER 11 POST-CONFIRMATION
## SCHEDULE OF RECEIPTS AND DISBURSEMENTS

| Case Name: | Western Skies Practice Management, Inc. |
|---|---|
| Case Number: | 18-71758 |
| Date of Plan Confirmation: | |

All items must be answered.  Any which do not apply should be answered "none" or "N/A".

|  | Monthly | Post Confirmation Total |
|---|---|---|
| 1.  **CASH (Beginning of Period)** | $  none | none |
| 2.  **INCOME or RECEIPTS during the Period** | $  none | $ |

3.  **DISBURSEMENTS**

   a.  **Operating Expenses (Fees/Taxes):**

| | Monthly | Post Confirmation Total |
|---|---|---|
| (i)    U.S. Trustee Quarterly Fees | $ | $ |
| (ii)   Federal Taxes | | |
| (iii)  State Taxes | | |
| (iv)  Other Taxes | | |

   b.  **All Other Operating Expenses:**

| | Monthly | Post Confirmation Total |
|---|---|---|
| | $ | $ |

   c.  **Plan Payments:*** 

| | Monthly | Post Confirmation Total |
|---|---|---|
| (i)    Administrative Claims | $ | $ |
| (ii)   Class One | | |
| (iii)  Class Two | | |
| (iv)  Class Three | | |
| (v)   Class Four | | |
| (Attach additional pages as needed) | | |
| **Total Disbursements (Operating & Plan)** | $  none | $ |

| | Monthly | Post Confirmation Total |
|---|---|---|
| 1.  **CASH (End of Period)** | $  none | $ |

\* This includes any and all disbursements made under the plan of reorganization or in the ordinary course
   of the reorganized debtor's post-confirmation business, whether the disbursements are made
   through a trust, by a third party, or by the reorganized debtor.

## CHAPTER 11 POST-CONFIRMATION
## SCHEDULE OF RECEIPTS AND DISBURSEMENTS

| Case Name: | Integrated Physician Solutions, Inc. |
|---|---|
| Case Number: | 18-71759 |
| Date of Plan Confirmation: | |

All items must be answered.  Any which do not apply should be answered "none" or "N/A".

|  | | Monthly | Post Confirmation Total |
|---|---|---|---|
| 1. | **CASH (Beginning of Period)** | $  none | none |
| 2. | **INCOME or RECEIPTS during the Period** | $  none | $ |

3. **DISBURSEMENTS**

   a.  **Operating Expenses (Fees/Taxes):**

| | Monthly | Post Confirmation Total |
|---|---|---|
| (i)   U.S. Trustee Quarterly Fees | $ | $ |
| (ii)  Federal Taxes | | |
| (iii) State Taxes | | |
| (iv)  Other Taxes | | |

   b.  **All Other Operating Expenses:**

| | Monthly | Post Confirmation Total |
|---|---|---|
| | $ | $ |

   c.  **Plan Payments:***

| | Monthly | Post Confirmation Total |
|---|---|---|
| (i)   Administrative Claims | $ | $ |
| (ii)  Class One | | |
| (iii) Class Two | | |
| (iv)  Class Three | | |
| (v)   Class Four | | |
| (Attach additional pages as needed) | | |
| **Total Disbursements (Operating & Plan)** | $  none | $ |

| | | Monthly | Post Confirmation Total |
|---|---|---|---|
| 1. | **CASH (End of Period)** | $  none | $ |

\* This includes any and all disbursements made under the plan of reorganization or in the ordinary course
   of the reorganized debtor's post-confirmation business, whether the disbursements are made
   through a trust, by a third party, or by the reorganized debtor.

# CHAPTER 11 POST-CONFIRMATION
## SCHEDULE OF RECEIPTS AND DISBURSEMENTS

| | |
|---|---|
| Case Name: | NYNM Acquisition, LLC |
| Case Number: | 18-71760 |
| Date of Plan Confirmation: | |

All items must be answered.  Any which do not apply should be answered "none" or "N/A".

|  | | Monthly | Post Confirmation Total |
|---|---|---|---|
| 1. | **CASH (Beginning of Period)** | $  none | none |
| 2. | **INCOME or RECEIPTS during the Period** | $  none | $ |

3. **DISBURSEMENTS**

|  | | Monthly | Post Confirmation Total |
|---|---|---|---|
| a. | **Operating Expenses (Fees/Taxes):** | | |
| | (i)   U.S. Trustee Quarterly Fees | $ | $ |
| | (ii)   Federal Taxes | | |
| | (iii)  State Taxes | | |
| | (iv)   Other Taxes | | |
| b. | **All Other Operating Expenses:** | $ | $ |
| c. | **Plan Payments:*** | | |
| | (i)   Administrative Claims | $ | $ |
| | (ii)   Class One | | |
| | (iii)  Class Two | | |
| | (iv)   Class Three | | |
| | (v)   Class Four | | |
| | (Attach additional pages as needed) | | |
| | **Total Disbursements (Operating & Plan)** | $  none | $ |

|  | | Monthly | Post Confirmation Total |
|---|---|---|---|
| 1. | **CASH (End of Period)** | $  none | $ |

\*  **This includes any and all disbursements made under the plan of reorganization or in the ordinary course
of the reorganized debtor's post-confirmation business, whether the disbursements are made
through a trust, by a third party, or by the reorganized debtor.**

## CHAPTER 11 POST-CONFIRMATION
## SCHEDULE OF RECEIPTS AND DISBURSEMENTS

| | |
|---|---|
| **Case Name:** | Northstar FHA, LLC |
| **Case Number:** | 18-71761 |
| **Date of Plan Confirmation:** | |

All items must be answered.  Any which do not apply should be answered "none" or "N/A".

| | Monthly | Post Confirmation Total |
|---|---|---|
| 1.  **CASH (Beginning of Period)** | $  none | none |
| 2.  **INCOME or RECEIPTS during the Period** | $  none | $ |

3.  **DISBURSEMENTS**

    a.  **Operating Expenses (Fees/Taxes):**

| | Monthly | Post Confirmation Total |
|---|---|---|
| (i)   U.S. Trustee Quarterly Fees | $ | $ |
| (ii)  Federal Taxes | | |
| (iii) State Taxes | | |
| (iv)  Other Taxes | | |

    b.  **All Other Operating Expenses:**

| | Monthly | Post Confirmation Total |
|---|---|---|
| | $ | $ |

    c.  **Plan Payments:***

| | Monthly | Post Confirmation Total |
|---|---|---|
| (i)   Administrative Claims | $ | $ |
| (ii)  Class One | | |
| (iii) Class Two | | |
| (iv)  Class Three | | |
| (v)   Class Four | | |
|     (Attach additional pages as needed) | | |
| **Total Disbursements (Operating & Plan)** | $  none | $ |

| | Monthly | Post Confirmation Total |
|---|---|---|
| 1.  **CASH (End of Period)** | $  none | $ |

\*  This includes any and all disbursements made under the plan of reorganization or in the ordinary course
    of the reorganized debtor's post-confirmation business, whether the disbursements are made
    through a trust, by a third party, or by the reorganized debtor.

## CHAPTER 11 POST-CONFIRMATION
## SCHEDULE OF RECEIPTS AND DISBURSEMENTS

| | |
|---|---|
| **Case Name:** | Northstar First Health, LLC |
| **Case Number:** | 18-71762 |
| **Date of Plan Confirmation:** | |

All items must be answered.  Any which do not apply should be answered "none" or "N/A".

| | | Monthly | Post Confirmation Total |
|---|---|---|---|
| 1. | **CASH (Beginning of Period)** | $  none | none |
| 2. | **INCOME or RECEIPTS during the Period** | $  none | $ |

3. **DISBURSEMENTS**

    a.   **Operating Expenses (Fees/Taxes):**

| | | Monthly | Post Confirmation Total |
|---|---|---|---|
| (i) | U.S. Trustee Quarterly Fees | $ | $ |
| (ii) | Federal Taxes | | |
| (iii) | State Taxes | | |
| (iv) | Other Taxes | | |
| b. | **All Other Operating Expenses:** | $ | $ |
| c. | **Plan Payments:*** | | |
| (i) | Administrative Claims | $ | $ |
| (ii) | Class One | | |
| (iii) | Class Two | | |
| (iv) | Class Three | | |
| (v) | Class Four | | |
| | (Attach additional pages as needed) | | |
| | **Total Disbursements (Operating & Plan)** | $  none | $ |

| | | Monthly | Post Confirmation Total |
|---|---|---|---|
| 1. | **CASH (End of Period)** | $  none | $ |

*   **This includes any and all disbursements made under the plan of reorganization or in the ordinary course
    of the reorganized debtor's post-confirmation business, whether the disbursements are made
    through a trust, by a third party, or by the reorganized debtor.**

## CHAPTER 11 POST-CONFIRMATION
## SCHEDULE OF RECEIPTS AND DISBURSEMENTS

| Case Name: | Vachette Business Services, Ltd. |
|---|---|
| Case Number: | 18-71763 |
| Date of Plan Confirmation: | |

All items must be answered.  Any which do not apply should be answered "none" or "N/A".

|   |   | Monthly | Post Confirmation Total |
|---|---|---|---|
| 1. | **CASH (Beginning of Period)** | $  none | none |
| 2. | **INCOME or RECEIPTS during the Period** | $  none | $ |

3. **DISBURSEMENTS**

   a. **Operating Expenses (Fees/Taxes):**

| | Monthly | Post Confirmation Total |
|---|---|---|
| (i)   U.S. Trustee Quarterly Fees | $ | $ |
| (ii)  Federal Taxes | | |
| (iii) State Taxes | | |
| (iv) Other Taxes | | |

   b. **All Other Operating Expenses:**

| | Monthly | Post Confirmation Total |
|---|---|---|
| | $ | $ |

   c. **Plan Payments:***

| | Monthly | Post Confirmation Total |
|---|---|---|
| (i)   Administrative Claims | $ | $ |
| (ii)  Class One | | |
| (iii) Class Two | | |
| (iv) Class Three | | |
| (v)  Class Four | | |
| (Attach additional pages as needed) | | |
| **Total Disbursements (Operating & Plan)** | $  none | $ |

| | Monthly | Post Confirmation Total |
|---|---|---|
| 1. **CASH (End of Period)** | $  none | $ |

\* This includes any and all disbursements made under the plan of reorganization or in the ordinary course
  of the reorganized debtor's post-confirmation business, whether the disbursements are made
  through a trust, by a third party, or by the reorganized debtor.

# CHAPTER 11 POST-CONFIRMATION
## SCHEDULE OF RECEIPTS AND DISBURSEMENTS

| | |
|---|---|
| **Case Name:** | MDRX Medical Billing, LLC |
| **Case Number:** | 18-71764 |
| **Date of Plan Confirmation:** | |

All items must be answered.  Any which do not apply should be answered "none" or "N/A".

| | Monthly | Post Confirmation Total |
|---|---|---|
| 1.  **CASH (Beginning of Period)** | $  none | none |
| 2.  **INCOME or RECEIPTS during the Period** | $  none | $ |

3.  **DISBURSEMENTS**

    a.  **Operating Expenses (Fees/Taxes):**

| | Monthly | Post Confirmation Total |
|---|---|---|
|     (i)   U.S. Trustee Quarterly Fees | $ | $ |
|     (ii)  Federal Taxes | | |
|     (iii) State Taxes | | |
|     (iv)  Other Taxes | | |
|     b.  **All Other Operating Expenses:** | $ | $ |
| | | |
|     c.  **Plan Payments:***  (i)   Administrative Claims | $ | $ |
|     (ii)  Class One | | |
|     (iii) Class Two | | |
|     (iv)  Class Three | | |
|     (v)   Class Four (Attach additional pages as needed) | | |
| **Total Disbursements (Operating & Plan)** | $  none | $ |

| | Monthly | Post Confirmation Total |
|---|---|---|
| 1.  **CASH (End of Period)** | $  none | $ |

* This includes any and all disbursements made under the plan of reorganization or in the ordinary course of the reorganized debtor's post-confirmation business, whether the disbursements are made through a trust, by a third party, or by the reorganized debtor.

## CHAPTER 11 POST-CONFIRMATION
## SCHEDULE OF RECEIPTS AND DISBURSEMENTS

| | |
|---|---|
| **Case Name:** | VEGA Medical Professionals, LLC |
| **Case Number:** | 18-71765 |
| **Date of Plan Confirmation:** | |

All items must be answered.  Any which do not apply should be answered "none" or "N/A".

| | Monthly | Post Confirmation Total |
|---|---|---|
| 1.  **CASH (Beginning of Period)** | $  none | none |
| 2.  **INCOME or RECEIPTS during the Period** | $  none | $ |

3.  **DISBURSEMENTS**

a.  **Operating Expenses (Fees/Taxes):**

| | Monthly | Post Confirmation Total |
|---|---|---|
| (i)    U.S. Trustee Quarterly Fees | $ | $ |
| (ii)   Federal Taxes | | |
| (iii)  State Taxes | | |
| (iv)   Other Taxes | | |
| b.  **All Other Operating Expenses:** | $ | $ |
| | | |
| c.  **Plan Payments:*** | | |
| (i)    Administrative Claims | $ | $ |
| (ii)   Class One | | |
| (iii)  Class Two | | |
| (iv)   Class Three | | |
| (v)    Class Four | | |
| (Attach additional pages as needed) | | |
| **Total Disbursements (Operating & Plan)** | $  none | $ |

| | Monthly | Post Confirmation Total |
|---|---|---|
| 1.  **CASH (End of Period)** | $  none | $ |

*  **This includes any and all disbursements made under the plan of reorganization or in the ordinary course of the reorganized debtor's post-confirmation business, whether the disbursements are made through a trust, by a third party, or by the reorganized debtor.**

## CHAPTER 11 POST-CONFIRMATION
## SCHEDULE OF RECEIPTS AND DISBURSEMENTS

| | |
|---|---|
| **Case Name:** | Allegiance Consulting Associates, LLC |
| **Case Number:** | 18-71766 |
| **Date of Plan Confirmation:** | |

All items must be answered.  Any which do not apply should be answered "none" or "N/A".

| | | Monthly | Post Confirmation Total |
|---|---|---|---|
| 1. | **CASH (Beginning of Period)** | $  none | none |
| 2. | **INCOME or RECEIPTS during the Period** | $  none | $ |

3. **DISBURSEMENTS**

| | | Monthly | Post Confirmation Total |
|---|---|---|---|
| a. | **Operating Expenses (Fees/Taxes):** | | |
| | (i)   U.S. Trustee Quarterly Fees | $ | $ |
| | (ii)   Federal Taxes | | |
| | (iii)  State Taxes | | |
| | (iv)  Other Taxes | | |
| b. | **All Other Operating Expenses:** | $ | $ |
| c. | **Plan Payments:*** | | |
| | (i)   Administrative Claims | $ | $ |
| | (ii)   Class One | | |
| | (iii)  Class Two | | |
| | (iv)  Class Three | | |
| | (v)   Class Four | | |
| | (Attach additional pages as needed) | | |
| | **Total Disbursements (Operating & Plan)** | $  none | $ |
| 1. | **CASH (End of Period)** | $  none | $ |

\* This includes any and all disbursements made under the plan of reorganization or in the ordinary course
   of the reorganized debtor's post-confirmation business, whether the disbursements are made
   through a trust, by a third party, or by the reorganized debtor.

## CHAPTER 11 POST-CONFIRMATION
## SCHEDULE OF RECEIPTS AND DISBURSEMENTS

| | |
|---|---|
| **Case Name:** | Allegiance Billing & Consulting, LLC |
| **Case Number:** | 18-71767 |
| **Date of Plan Confirmation:** | |

All items must be answered. Any which do not apply should be answered "none" or "N/A".

| | Monthly | Post Confirmation Total |
|---|---|---|
| 1. **CASH (Beginning of Period)** | $  none | none |

| | Monthly | Post Confirmation Total |
|---|---|---|
| 2. **INCOME or RECEIPTS during the Period** | $  none | $ |

3. **DISBURSEMENTS**

   a. **Operating Expenses (Fees/Taxes):**

| | Monthly | Post Confirmation Total |
|---|---|---|
| (i)   U.S. Trustee Quarterly Fees | $ | $ |
| (ii)  Federal Taxes | | |
| (iii) State Taxes | | |
| (iv)  Other Taxes | | |

   b. **All Other Operating Expenses:**

| | Monthly | Post Confirmation Total |
|---|---|---|
| | $ | $ |

   c. **Plan Payments:***

| | Monthly | Post Confirmation Total |
|---|---|---|
| (i)   Administrative Claims | $ | $ |
| (ii)  Class One | | |
| (iii) Class Two | | |
| (iv)  Class Three | | |
| (v)   Class Four | | |
| (Attach additional pages as needed) | | |
| **Total Disbursements (Operating & Plan)** | $  none | $ |

| | Monthly | Post Confirmation Total |
|---|---|---|
| 1. **CASH (End of Period)** | $  none | $ |

* This includes any and all disbursements made under the plan of reorganization or in the ordinary course
  of the reorganized debtor's post-confirmation business, whether the disbursements are made
  through a trust, by a third party, or by the reorganized debtor.

## CHAPTER 11 POST-CONFIRMATION
## SCHEDULE OF RECEIPTS AND DISBURSEMENTS

| | |
|---|---|
| **Case Name:** | Phoenix Health, LLC |
| **Case Number:** | 18-71789 |
| **Date of Plan Confirmation:** | |

All items must be answered.  Any which do not apply should be answered "none" or "N/A".

| | Monthly | Post Confirmation Total |
|---|---|---|
| 1. **CASH (Beginning of Period)** | $ none | none |
| 2. **INCOME or RECEIPTS during the Period** | $ none | $ |

3. **DISBURSEMENTS**

a. **Operating Expenses (Fees/Taxes):**

| | | Monthly | Post Confirmation Total |
|---|---|---|---|
| (i) | U.S. Trustee Quarterly Fees | $ | $ |
| (ii) | Federal Taxes | | |
| (iii) | State Taxes | | |
| (iv) | Other Taxes | | |

b. **All Other Operating Expenses:**

| | Monthly | Post Confirmation Total |
|---|---|---|
| | $ | $ |

c. **Plan Payments:***

| | | Monthly | Post Confirmation Total |
|---|---|---|---|
| (i) | Administrative Claims | $ | $ |
| (ii) | Class One | | |
| (iii) | Class Two | | |
| (iv) | Class Three | | |
| (v) | Class Four | | |
| | (Attach additional pages as needed) | | |
| **Total Disbursements (Operating & Plan)** | | $ none | $ |

| | Monthly | Post Confirmation Total |
|---|---|---|
| 1. **CASH (End of Period)** | $ none | $ |

* This includes any and all disbursements made under the plan of reorganization or in the ordinary course of the reorganized debtor's post-confirmation business, whether the disbursements are made through a trust, by a third party, or by the reorganized debtor.

## CHAPTER 11 POST-CONFIRMATION
## SCHEDULE OF RECEIPTS AND DISBURSEMENTS

| | |
|---|---|
| **Case Name:** | New York Network Management, LLC |
| **Case Number:** | 18-74545 |
| **Date of Plan Confirmation:** | |

All items must be answered.  Any which do not apply should be answered "none" or "N/A".

| | Monthly | Post Confirmation Total |
|---|---|---|
| 1. **CASH (Beginning of Period)** | $  none | none |

| | Monthly | Post Confirmation Total |
|---|---|---|
| 2. **INCOME or RECEIPTS during the Period** | $  none | $ |

3. **DISBURSEMENTS**

   a. **Operating Expenses (Fees/Taxes):**

| | Monthly | Post Confirmation Total |
|---|---|---|
| (i)   U.S. Trustee Quarterly Fees | $ | $ |
| (ii)  Federal Taxes | | |
| (iii) State Taxes | | |
| (iv)  Other Taxes | | |

   b. **All Other Operating Expenses:**

| | | |
|---|---|---|
| | $ | $ |
| | | |

   c. **Plan Payments:***

| | | |
|---|---|---|
| (i)   Administrative Claims | $ | $ |
| (ii)  Class One | | |
| (iii) Class Two | | |
| (iv)  Class Three | | |
| (v)   Class Four | | |
| (Attach additional pages as needed) | | |
| **Total Disbursements (Operating & Plan)** | $  none | $ |

| | Monthly | Post Confirmation Total |
|---|---|---|
| 1. **CASH (End of Period)** | $  none | $ |

* This includes any and all disbursements made under the plan of reorganization or in the ordinary course
   of the reorganized debtor's post-confirmation business, whether the disbursements are made
   through a trust, by a third party, or by the reorganized debtor.

# Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 18-71748 | |
| **Case Name:** | The Orion Liquidating Trust | |
| **Taxpayer ID #:** | **-***5196 | |
| **For Period Ending:** | 03/31/2021 | |

| | | |
|---|---|---|
| **Trustee Name:** | Howard M. Ehrenberg (001350) | |
| **Bank Name:** | Metropolitan Commercial Bank | |
| **Account #:** | ******2973 MMA | |
| **Blanket Bond (per case limit):** | $0.00 | |
| **Separate Bond (if applicable):** | N/A | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/03/21 | | ▮ | settlement payment | 1249-000 | 9,500,000.00 | | 14,510,099.34 |
| 03/04/21 | | To Account #******2415 | transfer | 9999-000 | | 3,382,500.00 | 11,127,599.34 |
| 03/10/21 | | ▮ | settlement funds ▮ | 1249-000 | 3,750,000.00 | | 14,877,599.34 |
| 03/11/21 | | To Account #******2415 | transfer | 9999-000 | | 150,000.00 | 14,727,599.34 |
| 03/11/21 | | To Account #******2415 | transfer | 9999-000 | | 150,000.00 | 14,577,599.34 |
| 03/16/21 | | To Account #******2415 | transfer | 9999-000 | | 9,000,000.00 | 5,577,599.34 |
| 03/17/21 | | To Account #******2415 | transfer | 9999-000 | | 1,315,425.00 | 4,262,174.34 |
| 03/31/21 | Int | Metropolitan Commercial Bank | Interest Posting | 1270-000 | 1,772.20 | | 4,263,946.54 |

| | | |
|---|---|---|
| COLUMN TOTALS | 13,251,772.20 | 13,997,925.00 | $4,263,946.54 |
| Less: Bank Transfers/CDs | 0.00 | 13,997,925.00 | |
| Subtotal | 13,251,772.20 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $13,251,772.20 | $0.00 | |

{ } Asset Reference(s)                                                                                   ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| Case No.: | 18-71748 | |
| Case Name: | The Orion Liquidating Trust | |
| Taxpayer ID #: | **-***5196 | |
| For Period Ending: | 03/31/2021 | |

| | | |
|---|---|---|
| Trustee Name: | Howard M. Ehrenberg (001350) | |
| Bank Name: | Metropolitan Commercial Bank | |
| Account #: | ******7398 Checking | |
| Blanket Bond (per case limit): | $0.00 | |
| Separate Bond (if applicable): | N/A | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| (No transactions on file for this period) | | | COLUMN TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

{ } Asset Reference(s)                                                                 ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 18-71748 | |
| **Case Name:** | The Orion Liquidating Trust | |
| **Taxpayer ID #:** | **-***5196 | |
| **For Period Ending:** | 03/31/2021 | |

| | |
|---|---|
| **Trustee Name:** | Howard M. Ehrenberg (001350) |
| **Bank Name:** | Metropolitan Commercial Bank |
| **Account #:** | ******2415 Checking |
| **Blanket Bond (per case limit):** | $0.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/02/21 | 280 | Iron Mountain | invoice for customer CSS4R March 2021 invoice DLDV166 | 2420-000 | | 1,438.66 | 108,855.12 |
| 03/02/21 | 281 | Iron Mountain | invoice number DLBC182 customer N3M9R storage February 2021 | 2420-000 | | 640.91 | 108,214.21 |
| 03/02/21 | 282 | Howard Ehrenberg | fee payment re March | 2100-000 | | 15,000.00 | 93,214.21 |
| 03/02/21 | 283 | SulmeyerKupetz | invoice 2424883 services rendered through February 28, 2021 | 3110-000 | | 34,230.70 | 58,983.51 |
| 03/02/21 | 284 | Duane Morris LLP | invoice no. 2751706 February 2021 services | 3210-600 | | 13,083.80 | 45,899.71 |
| 03/02/21 | 285 | JAMS | invoice 5574184 mediation deposit | 3721-000 | | 9,000.00 | 36,899.71 |
| 03/04/21 | | To Account #******2415 | transfer | 9999-000 | 3,382,500.00 | | 3,419,399.71 |
| 03/04/21 | 286 | Thomas, Alexander, Forrester & Sorensen LLP | ▓ contingency fee and expense bill re ▓ | | | 3,384,436.95 | 34,962.76 |
| | | | ▓ $9,500,000 $3,325,000.00 | 3210-600 | | | |
| | | | expense bill $59,436.95 | 3220-610 | | | |
| 03/04/21 | 287 | Holthouse Carlin & Van Trigt LLP | invoice no. 2051787 February 2021 services | 3410-000 | | 9,893.50 | 25,069.26 |
| 03/05/21 | 288 | River House One Rockefeller Park | account number ▓1412 | 2420-000 | | 7,856.92 | 17,212.34 |
| 03/11/21 | | To Account #******2415 | transfer | 9999-000 | 150,000.00 | | 167,212.34 |
| 03/11/21 | | To Account #******2415 | transfer | 9999-000 | 150,000.00 | | 317,212.34 |
| 03/11/21 | 289 | Epiq Corporate Restructuring LLC | invoice no. 90524594 February 2021 services Customer No. 3006883 | 2990-000 | | 3,709.17 | 313,503.17 |
| 03/11/21 | 290 | FTI Consulting, Inc. | invoice no. 7576156 February 2021 | | | 70,060.65 | 243,442.52 |
| | | | expenses $10,959.45 | 3732-000 | | | |
| | | | professional services $59,101.20 | 3731-000 | | | |
| 03/11/21 | 291 | Reed Smith LLP | invoice no. 3375480 February 2021 services client number 361500 | 3210-600 | | 115,400.48 | 128,042.04 |
| 03/15/21 | 292 | JAMS | invoice 5571340 mediation deposit | 3721-000 | | 9,000.00 | 119,042.04 |
| 03/15/21 | 293 | LAGALANTE PLLC | invoice no. 28375 February 2021 services | 3210-600 | | 162.00 | 118,880.04 |
| 03/16/21 | | To Account #******2415 | transfer | 9999-000 | 9,000,000.00 | | 9,118,880.04 |

| | | | | Page Subtotals: | $12,682,500.00 | $3,673,913.74 | |

{ } Asset Reference(s)

! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

| Case No.: | 18-71748 | Trustee Name: | Howard M. Ehrenberg (001350) |
|---|---|---|---|
| Case Name: | The Orion Liquidating Trust | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***5196 | Account #: | ******2415 Checking |
| For Period Ending: | 03/31/2021 | Blanket Bond (per case limit): | $0.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/16/21 | 294 | Schnader Harrison Segal & Lewis LLP | invoice 3042877 matter *******-0024 services December 2020 | 3992-000 | | 3,551.25 | 9,115,328.79 |
| 03/17/21 | | To Account #******2415 | transfer | 9999-000 | 1,315,425.00 | | 10,430,753.79 |
| 03/17/21 | 295 | Thomas, Alexander, Forrester & Sorensen LLP | ▆▆ contingency fee and expense bill re ▆▆ settlement | | | 1,315,425.00 | 9,115,328.79 |
| | | | ▆▆ $3,750,000 $1,312,500.00 | 3210-600 | | | |
| | | | expense bill $2,925.00 | 3220-610 | | | |
| 03/17/21 | | Stifel Bank & Trust | secured lender sixth distribution | 4110-000 | | 843,750.00 | 8,271,578.79 |
| 03/17/21 | | Bank of America | secured lender sixth distribution | 4110-000 | | 3,413,793.12 | 4,857,785.67 |
| 03/17/21 | | KeyBank National Association | secured lender sixth distribution | 4110-000 | | 1,348,060.33 | 3,509,725.34 |
| 03/17/21 | | Woodforest National Bank | secured lender sixth distribution | 4110-000 | | 1,125,000.00 | 2,384,725.34 |
| 03/17/21 | | BMO Harris Bank NA | secured lender sixth distribution | 4110-000 | | 2,269,396.55 | 115,328.79 |
| 03/23/21 | 296 | Phillips ADR Enterprises, P.C. | invoice nos. 19037 and 19239 | | | ! 6,600.00 | 108,728.79 |
| | | | invoice no. 19037 $2,100.00 | 3721-000 | | | |
| | | | invoice no. 19239 $4,500.00 | 3110-000 | | | |
| 03/29/21 | | Hahn & Hessen LLP | refund-mediator | 3991-000 | | -2,650.00 | 111,378.79 |
| 03/29/21 | 297 | Public Storage | rental charges April 2021 Units E034 and E035 | 2420-000 | | ! 684.00 | 110,694.79 |

|  | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | COLUMN TOTALS | | | 13,997,925.00 | 13,997,523.99 | $110,694.79 |
| | | Less: Bank Transfers/CDs | | | 13,997,925.00 | 0.00 | |
| | | Subtotal | | | 0.00 | 13,997,523.99 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | NET Receipts / Disbursements | | | $0.00 | $13,997,523.99 | |

{ } Asset Reference(s)                                                                        ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Page: 5

| Case No.: | 18-71748 | Trustee Name: | Howard M. Ehrenberg (001350) |
|---|---|---|---|
| Case Name: | The Orion Liquidating Trust | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***5196 | Account #: | ******3515 Destra Account |
| For Period Ending: | 03/31/2021 | Blanket Bond (per case limit): | $0.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/31/21 | Int | Metropolitan Commercial Bank | Interest Posting | 1270-000 | 7,528.65 | | 55,521,794.60 |
| | | | COLUMN TOTALS | | 7,528.65 | 0.00 | $55,521,794.60 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | | Subtotal | | 7,528.65 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $7,528.65 | $0.00 | |

# Form 2
## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case No.:** | 18-71748 |
| **Case Name:** | The Orion Liquidating Trust |
| **Taxpayer ID #:** | **-***5196 |
| **For Period Ending:** | 03/31/2021 |

| | |
|---|---|
| **Trustee Name:** | Howard M. Ehrenberg (001350) |
| **Bank Name:** | Metropolitan Commercial Bank |
| **Account #:** | ******3515 Destra Account |
| **Blanket Bond (per case limit):** | $0.00 |
| **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******2973 MMA | $13,251,772.20 | $0.00 | $4,263,946.54 |
| ******7398 Checking | $0.00 | $0.00 | $0.00 |
| ******2415 Checking | $0.00 | $13,997,523.99 | $110,694.79 |
| ******3515 Destra Account | $7,528.65 | $0.00 | $55,521,794.60 |
| | **$13,259,300.85** | **$13,997,523.99** | **$59,896,435.93** |

## Bank Reconciliation Detail Report

### Trustee: Howard M. Ehrenberg (001350)

#### Period End: 03/31/2021

**Case:** 18-71748 - THE ORION LIQUIDATING TRUST

**Bank Account:** ████2973 (MMA)

| Outstanding Item Reconciliation: | |
|---|---:|
| Trustee Ledger Balance: | $4,263,946.54 |
| Less Deposits In Transit: | $0.00 |
| Add (Less) Net Outstanding Transfers: | $0.00 |
| Add Outstanding Checks: | $0.00 |
| Add (Less) Other Outstanding | $0.00 |
| **Adjusted Ledger Balance:** (ledger balance excluding outstanding items) | **$4,263,946.54** |
| Bank Balance Through March 2021: | $4,263,946.54 |
| Unreconciled Difference: | $0.00 |

## Transaction Details

| Type | Ref. | Issued | Cleared / Stopped / Voided | Paid To | Amount |
|---|---|---|---|---|---|
| | | | | Total: | $0.00 |

## Bank Reconciliation Detail Report

### Trustee: Howard M. Ehrenberg (001350)

### Period End: 03/31/2021

**Case:**  18-71748 - THE ORION LIQUIDATING TRUST

**Bank Account:**  ████2415 (Checking)

| Outstanding Item Reconciliation: | |
|---|---|
| Trustee Ledger Balance: | $110,694.79 |
| Less Deposits In Transit: | $0.00 |
| Add (Less) Net Outstanding Transfers: | $0.00 |
| Add Outstanding Checks: | $8,909.00 |
| Add (Less) Other Outstanding | $0.00 |
| **Adjusted Ledger Balance:** (ledger balance excluding outstanding items) | **$119,603.79** |
| Bank Balance Through March 2021: | $119,603.79 |
| Unreconciled Difference: | $0.00 |

## Transaction Details

| Type | Ref. | Issued | Cleared / Stopped / Voided | | Paid To | Amount |
|---|---|---|---|---|---|---|
| Check | 242 | 01/11/2021 | -- | Pending | U.S. Trustee Payment Center | ($325.00) |
| Check | 248 | 01/11/2021 | -- | Pending | U.S. Trustee Payment Center | ($325.00) |
| Check | 249 | 01/11/2021 | -- | Pending | U.S. Trustee Payment Center | ($325.00) |
| Check | 254 | 01/11/2021 | -- | Pending | U.S. Trustee Payment Center | ($325.00) |
| Check | 255 | 01/11/2021 | -- | Pending | U.S. Trustee Payment Center | ($325.00) |
| Check | 296 | 03/23/2021 | -- | Pending | Phillips ADR Enterprises, P.C. | ($6,600.00) |
| Check | 297 | 03/29/2021 | -- | Pending | Public Storage | ($684.00) |

|  |  |
|---|---|
| **Total:** | ($8,909.00) |

## Bank Reconciliation Detail Report

### Trustee: Howard M. Ehrenberg (001350)

#### Period End: 03/31/2021

**Case:**  18-71748 - THE ORION LIQUIDATING TRUST

**Bank Account:**  ▉▉▉3515 (Destra Account)

| Outstanding Item Reconciliation: | |
|---|---|
| Trustee Ledger Balance: | $55,521,794.60 |
| Less Deposits In Transit: | $0.00 |
| Add (Less) Net Outstanding Transfers: | $0.00 |
| Add Outstanding Checks: | $0.00 |
| Add (Less) Other Outstanding | $0.00 |
| **Adjusted Ledger Balance:** (ledger balance excluding outstanding items) | **$55,521,794.60** |
| Bank Balance Through March 2021: | $55,521,794.60 |
| Unreconciled Difference: | $0.00 |

### Transaction Details

| Type | Ref. | Issued | Cleared / Stopped / Voided | Paid To | Amount |
|---|---|---|---|---|---|
| | | | | Total: | $0.00 |



**Metropolitan Commercial Bank**
99 Park Avenue
New York NY 10016
http://www.metropolitanbankny.com



Member
FDIC

Period Covered:
March 01, 2021 - March 31, 2021
Page 1 of 9

Mr. Howard Ehrenberg
333 South Grand Ave
Suite 3400
Los Angeles CA 90071

| | |
|---|---|
| Case Number | 18-71748 |
| Case Name | The Orion Liquidating Trust |
| | DEBTOR |
| Trustee Number | 001350 |
| Trustee Name | Mr. Howard Ehrenberg |
| | TRUSTEE |

📞 **Questions:**
800.634.7734
banking.services@stretto.com
www.stretto.com

## Consolidated Balance Summary

| Account | Number | Ending Balance Prior Period | Ending Balance This Period |
|---|---|---|---|
| Checking Account | | | |
| TRUSTEE CHECKING | █2415 | $180,821.68 | $119,603.79 |
| Money Market | | | |
| MONEY MARKET | █2973 | $5,010,099.34 | $4,263,946.54 |
| MONEY MARKET | █3515 | $55,514,265.95 | $55,521,794.60 |
| **Total** | | **$60,705,186.97** | **$59,905,344.93** |

## MONEY MARKET                                     Account Number: █12973

| | | | |
|---|---|---|---|
| Enclosures | 0 | **Beginning Balance** | **$5,010,099.34** |
| Avg Collected Balance | $7,840,663.73 | +Total Additions | $13,251,772.20 |
| Interest Paid Year to Date | $3,043.08 | -Total Subtractions | $13,997,925.00 |
| | | **Ending Balance** | **$4,263,946.54** |

\* Indicates a Skip in Check Number(s)
"E" Indicate an Electronic Check

### Debits

| Date | Description | Subtractions |
|---|---|---|
| 03-04 | Transfer from 2973 to 2415 | $3,382,500.00 |
| 03-11 | Transfer from 2973 to 2415 | $150,000.00 |
| 03-12 | Transfer from 2973 to 2415 | $150,000.00 |
| 03-16 | Transfer from 2973 to 2415 | $9,000,000.00 |
| 03-17 | Transfer from 2973 to 2415 | $1,315,425.00 |

### Credits

| Date | Description | Additions |
|---|---|---|
| 03-03 | WIRE █ | $9,500,000.00 |
| 03-10 | WIRE █ | $3,750,000.00 |
| 03-31 | INTEREST PAID 2/27 THROUGH 3/31 | $1,772.20 |

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 03-03 | $14,510,099.34 | 03-04 | $11,127,599.34 | 03-10 | $14,877,599.34 |
| 03-11 | $14,727,599.34 | 03-12 | $14,577,599.34 | 03-16 | $5,577,599.34 |
| 03-17 | $4,262,174.34 | 03-31 | $4,263,946.54 | | |



Metropolitan Commercial Bank
99 Park Avenue
New York NY 10016
http://www.metropolitanbankny.com



Member
**FDIC**

Period Covered:
March 01, 2021 - March 31, 2021
Page 2 of 9

## Interest Information

| | |
|---|---|
| Annual percentage yield earned | 0.25% |
| Interest-bearing days | 33 |
| Average balance for APY | $7,840,663.73 |
| Interest earned | $1,772.20 |

Note: When the statement period end date falls on a weekend (Saturday or Sunday) or bank holiday, the posted interest reflects calculations only up to the prior business day (e.g. Friday) before the period end date. Interest accrued after the last business day will be reflected in the next month's statement.

## TRUSTEE CHECKING                              Account Number: ███ 2415

| Enclosures | 19 | | |
|---|---|---|---|
| | | Beginning Balance | **$180,821.68** |
| | | +Total Additions | $14,000,575.00 |
| | | -Total Subtractions | $14,061,792.89 |
| | | **Ending Balance** | **$119,603.79** |

\* Indicates a Skip in Check Number(s)
"E" Indicate an Electronic Check

## Checks

| Check # | Date | Amount |
|---|---|---|
| 277 | 03-02 | $52,590.90 |
| 278 | 03-02 | $684.00 |
| 279 | 03-02 | $15,628.00 |
| 280 | 03-04 | $1,438.66 |
| 281 | 03-05 | $640.91 |
| 282 | 03-08 | $15,000.00 |
| 283 | 03-08 | $34,230.70 |
| 284 | 03-10 | $13,083.80 |
| 285 | 03-04 | $9,000.00 |
| 286 | 03-15 | $3,384,436.95 |
| 287 | 03-08 | $9,893.50 |
| 288 | 03-10 | $7,856.92 |
| 289 | 03-19 | $3,709.17 |
| 290 | 03-16 | $70,060.65 |
| 291 | 03-18 | $115,400.48 |
| 292 | 03-17 | $9,000.00 |
| 293 | 03-25 | $162.00 |
| 294 | 03-23 | $3,551.25 |
| 295 | 03-22 | $1,315,425.00 |

## Debits

| Date | Description | Subtractions |
|---|---|---|
| 03-17 | WIRE TO Stifel Bank & Trust | $843,750.00 |
| 03-17 | WIRE TO Bank of America | $3,413,793.12 |
| 03-17 | WIRE TO BMO Harris Bank NA | $2,269,396.55 |
| 03-17 | WIRE TO KeyBank National Associat | $1,348,060.33 |
| 03-17 | WIRE TO Woodforest National Bank | $1,125,000.00 |



Metropolitan Commercial Bank
99 Park Avenue
New York NY 10016
http://www.metropolitanbankny.com


Member
**FDIC**

Period Covered:
March 01, 2021 - March 31, 2021
Page 3 of 9

## Credits

| Date | Description | Additions |
|---|---|---|
| 03-04 | Transfer from 2973 to 2415 | $3,382,500.00 |
| 03-11 | Transfer from 2973 to 2415 | $150,000.00 |
| 03-12 | Transfer from 2973 to 2415 | $150,000.00 |
| 03-16 | Transfer from 2973 to 2415 | $9,000,000.00 |
| 03-17 | Transfer from 2973 to 2415 | $1,315,425.00 |
| 03-31 | DEP 10004 | $2,650.00 |

## Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 03-02 | $111,918.78 | 03-04 | $3,483,980.12 | 03-05 | $3,483,339.21 |
| 03-08 | $3,424,215.01 | 03-10 | $3,403,274.29 | 03-11 | $3,553,274.29 |
| 03-12 | $3,703,274.29 | 03-15 | $318,837.34 | 03-16 | $9,248,776.69 |
| 03-17 | $1,555,201.69 | 03-18 | $1,439,801.21 | 03-19 | $1,436,092.04 |
| 03-22 | $120,667.04 | 03-23 | $117,115.79 | 03-25 | $116,953.79 |
| 03-31 | $119,603.79 | | | | |

## MONEY MARKET
**Account Number:** ███ 3515

| | | | |
|---|---|---|---|
| Enclosures | 0 | **Beginning Balance** | **$55,514,265.95** |
| Avg Collected Balance | $55,514,265.95 | +Total Additions | $7,528.65 |
| Interest Paid Year to Date | $20,530.39 | -Total Subtractions | $0.00 |
| | | **Ending Balance** | **$55,521,794.60** |

\* Indicates a Skip in Check Number(s)
"E" Indicate an Electronic Check

## Credits

| Date | Description | Additions |
|---|---|---|
| 03-31 | INTEREST PAID 2/27 THROUGH 3/31 | $7,528.65 |

## Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 03-31 | $55,521,794.60 | | | | |

## Interest Information

| | |
|---|---|
| Annual percentage yield earned | 0.15% |
| Interest-bearing days | 33 |
| Average balance for APY | $55,514,265.95 |
| Interest earned | $7,528.65 |

Note: When the statement period end date falls on a weekend (Saturday or Sunday) or bank holiday, the posted interest reflects calculations only up to the prior business day (e.g. Friday) before the period end date. Interest accrued after the last business day will be reflected in the next month's statement.

**Metropolitan Commercial Bank**
99 Park Avenue
New York NY 10016
http://www.metropolitanbankny.com

**Member FDIC**

Period Covered:
March 01, 2021 - March 31, 2021
Page 4 of 9



03/02/2021    277    $52,590.90



03/02/2021    277    $52,590.90



03/02/2021    278    $684.00



03/02/2021    278    $684.00



03/02/2021    279    $15,628.00



03/02/2021    279    $15,628.00



03/04/2021    280    $1,438.66



03/04/2021    280    $1,438.66



# Metropolitan Commercial Bank

The Entrepreneurial Bank

Metropolitan Commercial Bank
99 Park Avenue
New York NY 10016
http://www.metropolitanbankny.com

Member FDIC

Period Covered:
March 01, 2021 - March 31, 2021
Page 5 of 9



03/05/2021          281          $640.91



03/05/2021          281          $640.91



03/08/2021          282          $15,000.00



03/08/2021          282          $15,000.00



03/08/2021          283          $34,230.70



03/08/2021          283          $34,230.70



03/10/2021          284          $13,083.80



03/10/2021          284          $13,083.80



**Metropolitan Commercial Bank**
99 Park Avenue
New York NY 10016
http://www.metropolitanbankny.com



| 03/04/2021 | 285 | $9,000.00 |



| 03/15/2021 | 286 | $3,384,436.95 |



| 03/15/2021 | 286 | $3,384,436.95 |



| 03/08/2021 | 287 | $9,893.50 |



| 03/08/2021 | 287 | $9,893.50 |



| 03/10/2021 | 288 | $7,856.92 |



| 03/10/2021 | 288 | $7,856.92 |

| 03/04/2021 | 285 | $9,000.00 |



**Metropolitan Commercial Bank**
99 Park Avenue
New York NY 10016
http://www.metropolitanbankny.com

Period Covered:
March 01, 2021 - March 31, 2021
Page 7 of 9



03/19/2021        289        $3,709.17



03/19/2021        289        $3,709.17



03/16/2021        290        $70,060.65



03/16/2021        290        $70,060.65



03/18/2021        291        $115,400.48



03/18/2021        291        $115,400.48



03/17/2021        292        $9,000.00



03/17/2021        292        $9,000.00

# Metropolitan
# Commercial Bank.
### The **Entrepreneurial** Bank

Metropolitan Commercial Bank
99 Park Avenue
New York NY 10016
http://www.metropolitanbankny.com

Member
**FDIC**

Period Covered:
March 01, 2021 - March 31, 2021
Page 8 of 9



| 03/25/2021 | 293 | $162.00 |



| 03/25/2021 | 293 | $162.00 |



| 03/23/2021 | 294 | $3,551.25 |



| 03/23/2021 | 294 | $3,551.25 |



| 03/22/2021 | 295 | $1,315,425.00 |



| 03/22/2021 | 295 | $1,315,425.00 |



Metropolitan Commercial Bank
99 Park Avenue
New York NY 10016
http://www.metropolitanbankny.com

Member
**FDIC**

**In case of errors or questions about your account telephone Stretto at: 800.634.7734 or email us at: banking.services@stretto.com**
As soon as you recognize an error, or if you need more information about a transaction listed on the statement or receipt:

Please Provide:

- Name and account number.
- A detailed explanation of why you believe there is an error or why you need more information.
- The dollar amount of the suspected error.
- We must hear from you no later than 60 days after we sent you the FIRST statement on which the error appeared.

We will investigate your disputed transactions and correct any error promptly. If not resolved within 10 business days, Metropolitan Commercial Bank will credit your account for the amount in error, and notify you within 2 business days, so that you may use the funds during the time it takes us to complete our investigation.