Christopher R. Belmonte, Esq.
Pamela A. Bosswick, Esq.
DUANE MORRIS LLP
230 Park Avenue
New York, New York 10169
Telephone: (212) 818-9200

Daniel A. Lev, Esq. (CA No. 129622)
Matthew P. Kelly, Esq. (CA Bar No. 224297)
SULMEYERKUPETZ, A.P.C.
333 South Grand Avenue, Suite 3400
Los Angeles, CA 90071-1406
Telephone: (213) 626-2311

*Attorneys for Howard M. Ehrenberg, Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| ORION HEALTHCORP, INC. | Case No. 18-71748 (AST) |
| CONSTELLATION HEALTHCARE TECHNOLOGIES, INC. | Case No. 18-71749 (AST) |
| NEMS ACQUISITION, LLC | Case No. 18-71750 (AST) |
| NORTHEAST MEDICAL SOLUTIONS, LLC | Case No. 18-71751 (AST) |
| NEMS WEST VIRGINIA, LLC | Case No. 18-71752 (AST) |
| PHYSICIANS PRACTICE PLUS, LLC | Case No. 18-71753 (AST) |
| PHYSICIANS PRACTICE PLUS HOLDINGS, LLC | Case No. 18-71754 (AST) |
| MEDICAL BILLING SERVICES, INC. | Case No. 18-71755 (AST) |
| RAND MEDICAL BILLING, INC. | Case No. 18-71756 (AST) |
| RMI PHYSICIAN SERVICES CORPORATION | Case No. 18-71757 (AST) |
| WESTERN SKIES PRACTICE MANAGEMENT, INC. | Case No. 18-71758 (AST) |
| INTEGRATED PHYSICIAN SOLUTIONS, INC. | Case No. 18-71759 (AST) |
| NYNM ACQUISITION, LLC | Case No. 18-71760 (AST) |
| NORTHSTAR FHA, LLC | Case No. 18-71761 (AST) |
| NORTHSTAR FIRST HEALTH, LLC | Case No. 18-71762 (AST) |
| VACHETTE BUSINESS SERVICES, LTD. | Case No. 18-71763 (AST) |
| MDRX MEDICAL BILLING, LLC | Case No. 18-71764 (AST) |
| VEGA MEDICAL PROFESSIONALS, LLC | Case No. 18-71765 (AST) |
| ALLEGIANCE CONSULTING ASSOCIATES, LLC | Case No. 18-71766 (AST) |
| ALLEGIANCE BILLING & CONSULTING, LLC | Case No. 18-71767 (AST) |
| PHOENIX HEALTH, LLC | Case No. 18-71789 (AST) |
| NEW YORK NETWORK MANAGEMENT, L.L.C., | Case No. 18-74545 (AST) |
| Debtors. | (Jointly Administered) |

# CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2021, I caused a true and correct copy of the documents listed below to be served via First Class US Mail upon the parties set forth on the service list annexed hereto as Exhibit A.

- *Liquidating Trustee's Motion to Extend the Deadline to Object to Claims, proposed Order Granting Liquidating Trustee's Motion to Extend the Deadline to Object to Claims (Exhibit A), and Notice of Presentment of an Order Extending the Liquidating Trustee's Deadline to Object to Claims* (ECF No. 938)

Dated: April 13, 2021
New York, New York

DUANE MORRIS LLP

By: */s/ Pamela A. Bosswick*
    Christopher R. Belmonte
    Pamela A. Bosswick
    230 Park Avenue, 11th Floor
    New York, NY 10169
    Telephone: (212) 818-9200
    Facsimile: (212) 818-9606
    Email: CRBelmonte@duanemorris.com
           PABosswick@duanemorris.com

*and*

Daniel A. Lev (CA No. 129622)
Matthew P. Kelly (CA Bar No. 224297)
SULMEYERKUPETZ, A.P.C.
333 South Grand Avenue, Suite 3400
Los Angeles, CA 90071-1406
Telephone: (213) 626-2311
Facsimile: (213) 629-4520
Email:    dlev@sulmeyerlaw.com
          mkelly@sulmeyerlaw.com

***Counsel for Howard M. Ehrenberg, Liquidating Trustee***

## Exhibit A – Service List

Baker Botts L.L.P.
Attn: Christopher Newcomb
30 Rockefeller Plaza
New York, NY 10112

Bill Schuette, Attorney General
Juandisha M. Harris, Asst Attorney General
Cadillac Place
3030 W. Grand Blvd. Ste. 10-200
Detroit, MI 48202

Chapman and Cutler LLP
Attn: Stephen R. Tetro II, Esq.
111 West Monroe Street
Chicago, IL 60603

Commonwealth of Pennsylvania
Department of Labor And Industry
Office of Unemployment Compensation Tax Svcs
Attn: Deb Secrest
651 Boas St., Room 702
Harrisburg, PA 17121

Internal Revenue Service
Centralized Insolvency Operation
2970 Market Street
Philadelphia, PA 19101-7346

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

KeyBank National Association
Attn: Robert J. Burns, Esq.
127 Public Square, 2nd Floor
Cleveland, OH 44114

L'Abbate, Balkan, Colavita & Contini, L.L.P.
Attn: Marian C. Rice, Esq.
1001 Franklin Avenue
Garden City, NY 11530

LaMonica Herbst & Maniscalco, LLP
Attn: Salvatore Lamonica, Esq.
Attn: Adam P. Wofse, Esq.
3305 Jerusalem Avenue, Suite 201
Wantagh, NY 11793

Law Office of Charles A. Gruen
Attn: Charles A. Gruen
381 Broadway, Suite 300
Westwood, NJ 07675

Linebarger Goggan Blair & Sampson, LLP
Attn: John P. Dillman
P.O. Box 3064
Houston, TX 77253-3064

Macco & Stern LLP
Attn: Cooper J. Macco
2950 Express Drive South, Suite 109
Islandia, NY 11749

Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, PC
Attn: Francis J. Earley, Dominic J. Picca,
Paul J. Ricotta, Kaitlin R. Walsh, Esqs.
The Chrysler Building
666 Third Avenue New
York, NY 10017

Moore & Van Allen PLLC
Attn: Zachary H. Smith, James R. Langdon,
Gabriel L. Mathless, David Eades,
Charles R. Rayburn III, Esqs.
100 North Tyron St., Suite 4700
Charlotte, NC 28202

Moritt Hock & Hamroff LLP
Attn: Theresa A. Driscoll, Leslie A. Berkoff, Esqs.
400 Garden City Plaza
Garden City, NY 1153

Muchmore & Associates PLLC
Attn: Maximilian Travis
217 Havemeyer Street, 4th Floor
Brooklyn, NY 11211

Office of the Attorney General
for the State of New York
Attn: Letitia James
The Capitol
Albany, NY 12224-0341

Office of the United States Attorney for EDNY
Attn: Bonni Perlin, Bankruptcy Coordinator
Civil Division, EDNY, Bankruptcy Processing
271-A Cadman Plaza East
Brooklyn, NY 11201

Office of the United States Trustee
Eastern District of New York
Long Island Federal Plaza Courthouse
Attn: Alfred M. Dimino
560 Federal Plaza Central
Islip, NY 11722

Quinn Emanuel Urquhart & Sullivan LLP
Attn: Alex Spiro, Andrew Marks,
Colin Gillespie, Lindsay Weber, Esqs.
51 Madison Avenue, 22nd Floor
New York, NY 10010

Reed Smith LLP
Attn: Christopher O. Rivas, Esq.
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071

Reed Smith LLP
Attn: Kurt F. Gwynne, Esq.
1202 Market Street, Suite 1500
Wilmington, DE 19801

Reed Smith LLP
Attn: Christopher A. Lynch
599 Lexington Avenue
New York, NY 10022

Reed Smith LLP
Attn: Chrystal P. Mauro
599 Lexington Avenue
New York, NY 10022

Rookminee Singh-Narayan Jairaj Yamrajthank
2295 Lancaster Ave
Baldwin, NY 11510

Rosen & Associates, P.C.
Attn: Sanford P. Rosen, Esq.
747 Third Avenue
New York, NY 10017-2803

Rosenberg Rich Baker Berman & Co.
Attn: Managing Partner
265 Davidson Avenue, Suite 210
Somerset, NJ 08873

Securities Exchange Commission
100 F Street, NE
Washington, DC 20549

Securities Exchange Commission New
York Regional Office
Andrew Calamari, Regional Director
Brookfield Place; 200 Vesey St., Ste. 400
New York, NY 10281-1022

Sprouse Law Firm
901 Mopac Expressway South
Building 1
Suite 300,
Austin, Texas 78746

Thaler Law Firm PLLC
Attn: Andrew M. Thaler, Esq.
675 Old Country Road
Westbury, NY 11590

Troutman Sanders LLP
Attn: Mitchel H. Perkiel, Brett D. Goodman,
Esqs.
875 Third Avenue
New York, NY 10022

Troutman Sanders LLP
Attn: J. David Dantzler
600 Peachtree Street NE, Suite 3000
Atlanta, GA 30308

U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

U.S. Department of Justice
Attn: Seth Shapiro
Civil Division, Commercial Litigation
  Branch
P.O. Box 875
Branch Franklin Station
Washington, DC 20044

U.S. Department of Justice - Civil Division
Attn: Seth B. Shapiro, Senior Trial Counsel
1100 L Street, N.W., Room 10012
Washington, DC 20005

Wilmer Cutler Pickering Hale and Dorr LLP
Attn: Lauren R. Lifland
7 World Trade Center
250 Greenwich Street
New York, NY 10007

Windels Marx Lane & Mittendorf, LLP
Attn: Charles E. Simpson; Jeffrey C. Hoffman,
Esqs.
156 West 56th Street
New York, NY 10019

Winston & Strawn LLP
Attn: Chris Zochowski
1700 K Street, N.W.
Washington, DC 20006-3817