UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
                                                              :

In re:                                       :        Chapter 11

Orion HealthCorp, Inc., *et al.*        :        Case No. 18-71748-67 (AST)
                                        :        Case No. 18-71789 (AST)
                                        :        Case No. 18-74545 (AST)
                          Debtors.     :        (Jointly Administered)
                                             :
---------------------------------------------------------------x

## ORDER SETTING STATUS CONFERENCE BY VIDEO CONFERENCE AND ESTABLISHING RELATED DEADLINES

In accordance with Eastern District of New York Administrative Order No. 2020-22 et seq. re: Restrictions on Visitors to Courthouses, and in order to protect the health and safety of the public, Judge Trust is adopting the following video conference procedures, and **ORDERS** as follows:

Pending before the Court is the Status Conference in the above captioned cases ("the Matter").

1. **MEDIATION**. [NOT APPLICABLE].

2. **HEARING AND ALLOCATION OF TIME**. The Court will hold the status hearing on the Matter by video conference on **May 26, 2021 commencing at 10:00 a.m. (the "Hearing")** at United States Bankruptcy Court, Eastern District of New York, Courtroom 960, 290 Federal Plaza, Central Islip, New York 11722.

3. **VIDEO CONFERENCE**. The Hearing will take place on the Cisco WebEx ("WebEx") platform, which provides for full video conference capacity as well as for separate audio only capacity. The following is the registration link for the Hearing:
Wednesday, May 26, 2021
10:00 am | Eastern Daylight Time (New York, GMT-04:00) | 4 hrs

Registration link for video appearances:

https://us-courts.webex.com/us-courts/j.php?RGID=re1415c9725eca15261308e7ca3f7c476

Join by meeting number

Meeting number (access code): 160 428 3999
Meeting password: 05262021

----------------

Join by phone for audio only:

+1-206-207-1700 United States Toll (Seattle)
+1-646-992-2010 United States Toll (New York City)

All counsel shall register for the Hearing and conduct a pre-hearing test of the WebEx platform using the same equipment that they intend to use during the Hearing, no later than **two (2) business days** before the Hearing; this test shall not be with the Court. In addition, all parties are to log in or dial in to the Hearing no less than **thirty (30) minutes** prior to the Hearing, and place their audio lines on mute. Please consult your IT personnel if you have any problems registering or logging in for the Hearing. For additional help go to http://help.webex.com and see information posted on Judge Trust's procedures web page.

4. **PRIOR NOTICE OF INTENT TO PARTICIPATE; LIMIT ON PARTICIPATION BY VIDEO; TELEPHONE PARTICIPATION**. In addition to registering for the Hearing, all persons wishing to participate in the Hearing by video shall send an email to ast_hearings@nyeb.uscourts.gov at least **two (2) business days** in advance of the Hearing to identify the parties that will appear. Such email shall state in the Re section the adversary and/or main case number(s) in which the party(s) shall participate, and the date of the Hearing; the body of the email shall include the full name and electronic mail address of the proposed participant(s) and the party(s) represented, and whether the party shall appear by audio only or by audio and video. The parties are directed to limit video conference participation to those who are necessary to address the Matters. If the number of persons wishing to participate in the video conference, in the Court's view, exceeds the number which would permit the efficient, stable, and reliable transmission of the Hearing by video conference, the Court may require that certain persons be permitted to participate in the Hearing only by audio. **Only the Parties who have timely filed papers in connection with the Matter and who timely and fully comply with this Order may participate in the Hearing.**

5. **PUBLIC ACCESS**. The Hearing scheduled by this Order is a public matter. Parties-in-interest and the general public are invited to listen to the Hearing by audio only in listen only mode. Any person wishing to listen to the Hearing shall follow the instructions posted pursuant to paragraphs 5 and 7 hereof and dial in using the following numbers:
Join by phone for audio only:

   +1-206-207-1700 United States Toll (Seattle)
   +1-646-992-2010 United States Toll (New York City)

6. **CONDUCT DURING HEARING**.
Although conducted using video conferencing technology, the Hearing is a court proceeding. The formalities of the courtroom shall be strictly observed. Counsel who appear on the video shall dress appropriately, exercise civility, and otherwise conduct themselves in a manner consistent with the dignity of the Court. In the interest of public safety, counsel are directed to refrain from participating either by audio or video while operating a vehicle. At all times when not addressing the Court, counsel are directed to place the connection on "mute" to prevent background noise from being heard. When speaking, you must announce who you are each time before speaking, speak up and enunciate so that you can be heard and understood. In addition, the parties are to avoid the use of a speaker phone (use a landline if possible).
The Court reserves the right to remove from the Hearing any participant who fails to observe the formalities and decorum of the courtroom by disconnecting his or her line and/or video feed after due warning by either Judge Trust or his Courtroom Deputy. Such person will not be permitted reentry for the remainder of the Hearing.

7. **RECORDING PROHIBITED; OFFICIAL RECORD**. No person may record the proceedings from any location by any means. The audio recording maintained by the Court shall be the sole basis for creation of a transcript that constitutes the official record of the Hearing.

8. **SETTLEMENT**. [NOT APPLICABLE].

9. **SANCTIONS**.  [NOT APPLICABLE]

10. **CONTINUANCES**.  Continuances of the Hearing or any deadlines set forth in this Order must be requested by written motion.  Any request for continuance or amendment to this order shall set forth the status of discovery and shall state the reasons why the party or parties seek a continuance.

11. **SERVICE:** The Liquidating Trustee shall serve a copy of this Order on all appropriate parties within **two (2) business days** following entry of this Order, and file a certificate of service thereof within **two (2) business days** thereafter, as required by this Court's Local Rules.



**Dated: April 27, 2021**
**Central Islip, New York**

_____
**Alan S. Trust**
**Chief United States Bankruptcy Judge**