UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
: Chapter 11
:
In re: : Case No. 18-71748-67 (AST)
: Case No. 18-71789 (AST)
Orion HealthCorp, Inc., *et al.,* : Case No. 18-74545 (AST)
:
Debtors. : (Jointly Administered)
:
: **Ref. Docket Nos. 985-1007**
:
---------------------------------------------------------------- x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                      ) ss.:
COUNTY OF NEW YORK   )

CASSANDRA MURRAY, being duly sworn, deposes and says:

1. I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC[1], located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 26, 2021, I caused to be served the:

   a. "Post-Confirmation Report," *related to Case No. 18-71748*, dated July 21, 2021 [Docket No. 985],

   b. "Post-Confirmation Report," *related to Case No. 18-71767*, dated July 21, 2021 [Docket No. 986],

   c. "Post-Confirmation Report," *related to Case No. 18-71766*, dated July 21, 2021 [Docket No. 987],

   d. "Post-Confirmation Report," *related to Case No. 18-71749*, dated July 21, 2021 [Docket No. 988],

   e. "Post-Confirmation Report," *related to Case No. 18-71759*, dated July 21, 2021 [Docket No. 989],

---

[1] Epiq Bankruptcy Solutions, LLC, is now known as Epiq Corporate Restructuring, LLC.

f. "Post-Confirmation Report," *related to Case No. 18-71764*, dated July 21, 2021 [Docket No. 990],

g. "Post-Confirmation Report," *related to Case No. 18-71755*, dated July 21, 2021 [Docket No. 991],

h. "Post-Confirmation Report," *related to Case No. 18-71750*, dated July 21, 2021 [Docket No. 992],

i. "Post-Confirmation Report," *related to Case No. 18-71752*, dated July 21, 2021 [Docket No. 993],

j. "Post-Confirmation Report," *related to Case No. 18-74545*, dated July 21, 2021 [Docket No. 994],

k. "Post-Confirmation Report," *related to Case No. 18-71751*, dated July 21, 2021 [Docket No. 995],

l. "Post-Confirmation Report," *related to Case No. 18-71761*, dated July 21, 2021 [Docket No. 996],

m. "Post-Confirmation Report," *related to Case No. 18-71762*, dated July 21, 2021 [Docket No. 997],

n. "Post-Confirmation Report," *related to Case No. 18-71760*, dated July 21, 2021 [Docket No. 998],

o. "Post-Confirmation Report," *related to Case No. 18-71789*, dated July 21, 2021 [Docket No. 999],

p. "Post-Confirmation Report," *related to Case No. 18-71753*, dated July 21, 2021 [Docket No. 1000],

q. "Post-Confirmation Report," *related to Case No. 18-71754*, dated July 21, 2021 [Docket No. 1001],

r. "Post-Confirmation Report," *related to Case No. 18-71756*, dated July 21, 2021 [Docket No. 1002],

s. "Post-Confirmation Report," *related to Case No. 18-71757*, dated July 21, 2021 [Docket No. 1003],

t. "Post-Confirmation Report," *related to Case No. 18-71763*, dated July 21, 2021 [Docket No. 1004],

   u. "Post-Confirmation Report," *related to Case No. 18-71765*, dated July 21, 2021 [Docket No. 1005],

   v. "Post-Confirmation Report," *related to Case No. 18-71758*, dated July 21, 2021 [Docket No. 1006], and

   w. "Amended Post-Confirmation Report," *related to Case No. 18-71767*, dated July 21, 2021 [Docket No. 1007],

by causing true and correct copies to be:

   i. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A, and

   ii. delivered via electronic mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Cassandra Murray*
Cassandra Murray

Sworn to before me this
26th day of July, 2021
/s/ *Regina Amporfro*
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Commission Expires September 24, 2021

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION 2970 MARKET STREET PHILADELPHIA PA 19101-7346 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION P.O. BOX 7346 PHILADELPHIA PA 19101-7346 |
| JQ 1 | (OFFICIAL COMMITEE OF UNSECURED CREDITORS) 100 JERICHO QUADRANGLE, SUITE 106 JERICHO NY 11753 |
| LAW OFFICE OF CHARLES A. GRUEN | ATTN: CHARLES A. GRUEN (COUNSEL TO U.S. BANK NATIONAL ASSOCIATION D/B/A U.S. BANK EQUIPMENT FINANCE) 381 BROADWAY, SUITE 300 WESTWOOD NJ 07675 |
| MACCO & STERN LLP | ATTN: COOPER J. MACCO (COUNSEL FOR EDGE BUSINESS ALLIANZ & MEDLINK COMPUTER SCIENCES) 2950 EXPRESS DRIVE SOUTH, SUITE 109 ISLANDIA NY 11749 |
| OFFICE OF THE ATTORNEY GENERAL | FOR THE STATE OF NEW YORK ATTN: ERIC T. SCHNEIDERMAN THE CAPITOL ALBANY NY 12224-0341 |
| OFFICE OF THE UNITED STATES ATTORNEY FOR EDNY | ATTN: BONNI PERLIN, BANKRUPTCY COORDINATOR CIVIL DIVISION, EDNY, BANKRUPTCY PROCESSING 271-A CADMAN PLAZA EAST BROOKLYN NY 11201 |
| OFFICE OF THE UNITED STATES TRUSTEE | EASTERN DISTRICT OF NEW YORK LONG ISLAND FEDERAL PLAZA COURTHOUSE ATTN: ALFRED M. DIMINO 560 FEDERAL PLAZA CENTRAL ISLIP NY 11722 |
| REED SMITH LLP | ATTN: CHRYSTAL P. MAURO (COUNSEL TO STEEL VALLEY EMERGENCY PHYSICIANS, INC. ("SVEP") 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| ROSENBERG RICH BAKER BERMAN AND COMPANY | ATTN: MANAGING PARTNER 265 DAVIDSON AVENUE, SUITE 210 SOMERSET NJ 08873 |
| SECURITIES EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE ANDREW CALAMARI, REGIONAL DIRECTOR BROOKFIELD PLACE; 200 VESEY ST, STE 400 NEW YORK NY 10281-1022 |
| SECURITIES EXCHANGE COMMISSION | 100 F STREET, NE WASHINGTON DC 20549 |
| U.S. DEPARTMENT OF JUSTICE | ATTN: SETH SHAPIRO CIVIL DIVISION, COMMERICAL LITIGATION BRANCH P.O. BOX 875 BRANCH FRANKLIN STATION WASHINGTON DC 20044 |
| U.S. DEPARTMENT OF JUSTICE | 950 PENNSYLVANIA AVENUE, NW WASHINGTON DC 20530-0001 |

**Total Creditor count  14**

| Claim Name | Address Information |
|---|---|
| ALABAMA DEPT OF REVENUE | 50 N RIPLEY ST MONTGOMERY AL 36104 |
| ALIEF INDEPENDENT SCHOOL DISTRICT | PO BOX 368 ALIEF TX 77411 |
| ALIEF ISD TAX OFFICE | PO BOX 368 ALIEF TX 77411 |
| ANN HARRIS BENNETT, HARRIS COUNTY TAX | ASSESSOR-COLLECTOR VOTER REGISTRAR P. O. BOX 4622 HOUSTON TX 77210-4622 |
| ANN HARRIS BENNETT, HARRIS COUNTY TAX | ASSESSOR COLLECTOR VOTER REGISTRAR 1001 PRESTON ST HOUSTON TX 77210-4622 |
| BOARD OF EQUALIZATION | 3321 POWER INN RD STE 210 SALINAS CA 93901 |
| BUTLER COUNTY TREASURE | GOVERNMENT SVC CENTER 315 HIGH STREET, 10TH FLOOR HAMILTON OH 45011 |
| BUTLER COUNTY TREASURERS OFFICE | GOVERNMENT SERVICES CENTER 315 HIGH STREET, 10TH FLOOR HAMILTON OH 45011 |
| CALIFORNIA FRANCHISE TAX BOARD | CHIEF COUNSEL C/O GENERAL COUNSEL SECTION PO BOX 1720, MS: A-26 RANCHO CORDOVA CA 95741-1720 |
| CALIFORNIA FRANCHISE TAX BOARD | BANKRUPTCY SECTION, MS: A340 PO BOX 2953 SACRAMENTO CA 95812-2952 |
| CITY OF ALLIANCE INCOME TAX | 504 EAST MAIN STREET P O BOX 2025 ALLIANCE OH 44601-0025 |
| CITY OF MARIETTA INCOME TAX DEPT | 308 PUTNAM STREET MARIETTA OH 45750-1627 |
| CITY OF PARKERSBURG | FINANCE DEPARTMENT PO BOX 1627 PARKERSBURG WV 26102 |
| CITY OF SIMI VALLEY | 2929 TAPO CANYON ROAD P.O. BOX 1680 SIMI VALLEY CA 93062-1680 |
| COLORADO DEPARTMENT OF REVENUE | PO BOX 17087 DENVER CO 80217-0087 |
| COLORADO DEPARTMENT OF REVENUE | 1375 SHERMAN ST. DENVER CO 80261-0005 |
| COMMONWEALTH OF PENNSYLVANIA | BUREAU OF MOTOR VEHICLES HARRISBURG PA 17104-2516 |
| DELAWARE DIV OF REVENUE/BANKRUPTCY SVCS | ATTN: ZILLAH A. FRAMPTON, BANKRUPTCY ADMINISTRATOR CARVEL STATE OFFICE BLDG 8TH FL WILMINGTON DE 19801 |
| DELAWARE DIVISION OF REVENUE | P.O. BOX 2044 WILMINGTON DE 19899-2044 |
| DELAWARE DIVISION OF REVENUE | 820 N FRENCH ST WILMINGTON DE 19899-2044 |
| DELAWARE SECRETARY OF STATE | DIVISION OF CORPORATIONS PO BOX 5509 BINGHAMTON NY 13902-5509 |
| DON SUMNERS CPA RTA | HOUSTON TX 77002 |
| DOUGLAS COUNTY TREASURER | CO UNITED RESOURCE SYSTEMS 3501TELLER STREET LAKEWOOD CO 80235 |
| FLORIDA DEPT OF REVENUE | BANKRUPTCY UNIT PO BOX 6668 TALLAHASSEE FL 32314-6668 |
| FRANCHISE TAX BOARD | P. O. BOX 942857 SACRAMENTO CA 94257-0500 |
| FRANCHISE TAX BOARD | 9646 BUTTERFIELD WAY SACRAMENTO CA 94257-0500 |
| GEORGIA DEPARTMENT OF REVENUE | PROCESSING CENTER P.O. BOX 740397 ATLANTA GA 30374-0397 |
| GEORGIA DEPARTMENT OF REVENUE | 1800 CENTURY BLVD.NE ATLANTA GA 30374-0397 |
| GEORGIA DEPT OF REVENUE | COMPLIANCE DIVISION ARCS - BANKRUPTCY 1800 CENTURY BLVD NE STE 9100 ATLANTA GA 30345-3202 |
| GWINNETT COUNTY ASSESSORS' OFFICE | PERSONAL PROPERTY DIVISION 75 LANGLEY DRIVE LAWRENCEVILLE GA 30046 |
| HARRIS COUNTY | 1001 PRESTON ST HOUSTON TX 77002 |
| HARRIS COUNTY DEPARTMENT OF EDUCATION | HCDE ADMINISTRATION 6300 IRVINGTON BLVD HOUSTON TX 77002 |
| HARRIS COUNTY EMERGENCY SERVICES | DISTRICT #28 17061 ROLLING CREEK DR HOUSTON TX 77090 |
| HARRIS COUNTY EMERGENCY SERVICES | DISTRICT #11 7111 FIVE FORKS DR SPRING TX 77379 |
| HARRIS COUNTY FLOOD CONTROL DISTRICT | 9900 NORTHWEST FWY HOUSTON TX 77092 |
| HARRIS COUNTY HOSPITAL DISTRICT | (HARRIS COUNTY) 2525 HOLLY HALL SUITE 187E HOUSTON TX 77054 |
| ILLINOIS DEPARTMENT OF REVENUE | P.O. BOX 19008 SPRINGFIELD IL 62794-9008 |
| ILLINOIS DEPARTMENT OF REVENUE | 101 W JEFFERSON ST SPRINGFIELD IL 62794-9008 |
| INTERNAL REVENUE SERIVCE 941 | INTERNAL REVENUE SERIVICE P O BOX 7329 CHICAGO IL 60680-7329 |
| KETTERING BOARD OF EDUCATION | KETTERING OH 45429 |
| LONE STAR COLLEGE SYSTEM | 5000 RESEARCH FOREST DR THE WOODLANDS TX 77381 |
| MICHIGAN DEPARTMENT OF TREASURY | P.O. BOX 30803 LANSING MI 48909 |
| MICHIGAN DEPARTMENT OF TREASURY | 940 LONG BLVD LANSING MI 48909 |
| MICHIGAN DEPT OF TREASURY | TAX POLICY DIVISION ATTN: LITIGATION LIAISON 430 W ALLEGAN ST, 2ND FL AUSTIN BLDG LANSING MI 48922 |
| MICHIGAN DEPT. OF TREASURY - COLLECTIONS | P.O. BOX 30199 LANSING MI 48909 |

| Claim Name | Address Information |
|---|---|
| MISSOURI TAXATION DIVISION | 301 W HIGH ST ROOM 102 JEFFERSON CITY MO 65101 |
| MONROEVILLE TAX OFFICE | 2700 MONROEVILLE BLVD. MONROEVILLE PA 15146 |
| MONTANA DEPT OF REVENUE | PO BOX 5805 HELENA MT 59604-5805 |
| MUNICIPALITY OF MONROEVILLE | BUSINESS TAX OFFICE 2700 MONROEVILLE BLVD MONROEVILLE PA 15146-2388 |
| NEW JERSEY DEPT OF REVENUE | NJ DIV OF TAXATION BANKRUPTCY SECTION PO BOX 245 TRENTON NJ 08695-0245 |
| NEW MEXICO DEPT OF REVENUE | TAX COMPLIANCE BUREAU PO BOX 8575 ALBUQUERQUE NM 87198-8575 |
| NEW MEXICO DEPT OF REVENUE | TAXATION & REVENUE DEPT ATTN: PUBLIC RECORDS CUSTODIAN/IPRA PO BOX 630 SANTA FE NM 87504-0630 |
| NEW MEXICO DEPT OF REVENUE | 1100 S ST FRANCIS DR SANTA FE NM 87505 |
| NEW YORK CITY TAXATION & REVENUE DEPT | NYC DEPT OF FINANCE 66 JOHN ST ROOM 104 NEW YORK NY 10038 |
| NEW YORK NETWORK MANAGEMENT, LLC | CASH BALANCE PLAN HAMILTON FINANCIAL CENTER 9201 4TH AVE., 4TH FLOOR BROOKLYN NY 11209 |
| NEW YORK STATE DEPT OF TAXATION & | FINANCE ATTN: OFFICE OF COUNSEL BLDG 9 W A HARRIMAN CAMPUS ALBANY NY 12227 |
| NYS CORPORATION TAX | P.O. BOX 15181 ALBANY NY 12212-5181 |
| NYS CORPORATION TAX | STATE PROCESSING CENTER ALBANY NY 12212-5181 |
| OFFICE OF OHIO ATTORNEY GENERAL | COLLECTION ENFORCEMENT SECTION 150 E GAY STREET COLUMBUS OH 43215-3191 |
| OGDEN SERVICE CENTER | P.O. BOX 409101 OGDEN UT 84409 |
| OGDEN SERVICE CENTER | 324 25TH ST OGDEN UT 84409 |
| OHIO ATTORNEY GENERAL | PO BOX 89471 CLEVELAND OH 44101-6471 |
| OHIO DEPARTMENT OF TAXATION | P.O. BOX 27 COLUMBUS OH 43216-0027 |
| OHIO DEPARTMENT OF TAXATION | OFFICE OF THE STATE TAX COMMISSIONER 4485 NORTHLAND RIDGE BLVD COLUMBUS OH 43216-0027 |
| OHIO DEPT OF JOB AND FAMILY SERVICES | PO BOX 182413 COLUMBUS OH 43218-2413 |
| OHIO DEPT OF TAXATION | PO BOX 1090 COLUMBUS OH 43216 |
| OHIO STATE OF OHIO TREASURER | PO BOX 444 COLUMBUS OH 43216-0444 |
| OREGON DEPT OF REVENUE | ATTN: BEVERLY RATHELEGURCHE, BANKRUPTCY UNIT 955 CENTER ST NE SALEM OR 97301-2555 |
| PA DEPARTMENT OF REVENUE | P.O. BOX 280708 HARRISBURG PA 17128-0708 |
| PA DEPARTMENT OF REVENUE | 1854 BROOKWOOD ST HARRISBURG PA 17128-0708 |
| PA DEPT OF LABOR AND INDUSTRY | OFFICE OF UC TAX 651 BOAS STREET HARRISBURG PA 17121 |
| PENNSYLVANIA DEPT OF REVENUE | DEPARTMENT 280946 HARRISBURG PA 17128-0946 |
| PENSION BENEFIT GUARANTY CORPORATION | 1220 K STREET, NW WASHINGTON DC 20005 |
| PORT OF HOUSTON AUTHORITY OF | HARRIS COUNTY 111 EAST LOOP NORTH HOUSTON TX 77029 |
| PROPERTY TAX DIVISION | P.O. BOX 2389 CHARLESTON WV 25328-2389 |
| PROPERTY TAX DIVISION | 1124 SMITH ST CHARLESTON WV 25328-2389 |
| RITA | PO BOX 94736 CLEVELAND OH 44101 |
| SECRETARY OF STATE | BLDG 1 SUITE 157K 1900 KANAWHA BLVD EAST CHARLESTON WV 25305 |
| SPECIAL TAXES AND FEES, MIC:88 | CALIFORNIA DEPARTMENT OF TAX AND FEE ADMINISTRATION PO BOX 942879 SACRAMENTO CA 94279-0088 |
| SPECIAL TAXES AND FEES, MIC:88 | CALIFORNIA DEPARTMENT OF TAX AND FEE ADMINISTRATION 3321 POWER INN RD SACRAMENTO CA 94279-0088 |
| SPRING ISD TAX OFFICE | MARIANNE C SMITH ASSESSORCOLLECTOR PO BOX 4826 HOUSTON TX 77210-4826 |
| STATE OF NEW JERSEY – DEPT OF TREASURY | DIVISION OF REV & ENTERPRISE SERVICES PO BOX 302 TRENTON NJ 08646-0302 |
| STATE OF NEW JERSEY DIVISION OF | TAXATION REVENUE PROCESSING CENTER P.O. BOX 666 TRENTON NJ 08646-0666 |
| STATE OF NEW JERSEY DIVISION OF | TAXATION REVENUE PROCESSING CENTER 50 BARRACK ST TRENTON NJ 08646-0666 |
| STATE OF WEST VIRGINIA | REVENUE DIVISION PO BOX 2745 CHARLESTON WV 25330-2745 |
| STATE OF WEST VIRGINIA | DEPARTMENT OF HEALTH AND HUMAN RESOURCES PO BOX 11073 CHARLESTON WV 25339 |
| STATE OF WV STATE TAX COMPLIANCE | STATE TAX DEPT COMPLIANCE DIVISION 400 5TH STREET PARKERSBURG WV 26101 |
| STEVEN HINTZ, TREASURER-TAX COLLECTOR | 800 SOUTH VICTORIA AVENUE VENTURA CA 93009-1290 |
| SUMNERS DON CPA RTA | HOUSTON TX 77002 |

| Claim Name | Address Information |
|---|---|
| TEXAS COMPTROLLER OF PUBLIC ACCOUNTS | LYNDON B JOHNSON STATE OFFICE BUILDING 111 EAST 17TH STREET AUSTIN TX 78774 |
| TEXAS COMPTROLLER OF PUBLIC ACCOUNTS, | P.O. BOX 149348 AUSTIN TX 78714-9348 |
| U.S. DEPARTMENT OF LABOR | 200 CONSTITUTION AVE, NW WASHINGTON DC 20210 |
| VENTURA COUNTY TAX COLLECTOR | PO BOX 845642 LOS ANGELES CA 90084 |
| WEST VIRGINIA DEPT OF REVENUE | LEGAL DIVISION - BANKRUPTCY UNIT PO BOX 766 CHARLESTON WV 25323-0766 |
| WEST VIRGINIA DEPT OF TAX AND REVENUE | STATE TAX DEPARTMENT P O BOX 2666 CHARLESTON WV 25330-2666 |
| WEST VIRGINIA STATE TAX DEPARTMENT TAX | ACCOUNT ADMINISTRATION DIVISION CORPORATE TAX UNIT P. O. BOX 1202 CHARLESTON WV 25324-1202 |
| WEST VIRGINIA STATE TAX DEPARTMENT TAX | ACCOUNT ADMINISTRATION DIVISION CORPORATE TAX UNIT 1124 SMITH ST CHARLESTON WV 25324-1202 |
| WESTADOR MUD | PO BOX 73109 HOUSTON TX 77273 |
| WOOD COUNTY SHERIFF | ATTN TREASURER OFFICE PO BOX 1985 PARKERSBURG WV 26102 |
| WV DEPT OF TAX REV CONSUMERS SALES | INTERNAL AUDITING DIVISION P O BOX 1826 CHARLESTON WV 25327 |
| WV STATE TAX DEPARTMENT | PO BOX 11425 CHARLESTON WV 25339 |

**Total Creditor count  101**

**EXHIBIT B**

**Constellation Health**
**Electronic Mail Master Service List**

| | |
|---|---|
| ALLIANCE HEALTH SCIENCES | info@alliancediagnostics.com |
| CHAPMAN AND CUTLER FOR BMO HARRIS BANK | stetro@chapman.com |
| CHRISTINE COHEN | chriscohen55@yahoo .com |
| COMMONWEALTH OF PA, OFFICE OF UCTS, DOL & INDUSTRY | ra-li-ucts-bankrupt@state.pa.us |
| KEYBANK NATIONAL ASSOCIATION | bob_j_burns@keybank.com |
| KOLB RADIOLOGY, PC | tkolbmd@yahoo.com |
| L'ABBATE BALKAN FOR ROBINSON BROG, ET AL | mrice@lbcclaw.com |
| LINEBARGER GOGGAN FOR HARRIS COUNTY, CYPRESS-FAIRBANKS ISD | houston_bankruptcy@publicans.com |
| MOORE & VAN ALLEN FOR BANK OF AMERICA | davideades@mvalaw.com; treyrayburn@mvalaw.com; zacharysmith@mvalaw.com; jimlangdon@mvalaw.com; gabrielmathless@mvalaw.com |
| PACHULSKI STANG FOR UNSECURED CREDITORS COMMITTEE | ischarf@pszjlaw.com; rmikels@pszjlaw.com |
| QUINN EMANUEL FOR ROBINSON BROG; AND PAVANDEEP BAKHSKI | alexspiro@quinnemanuel.com; lindsayweber@quinnemanuel.com |
| REED SMITH LLP FOR WOODFOREST & STIFEL | clynch@reedsmith.com; kgwynne@reedsmith.com; crivas@reedsmith.com |
| TROUTMAN SANDERS FOR CC CAPITAL MGMT, LLC | mitchel.perkiel@troutmansanders.com; brett.goodman@troutmansanders.com |
| U.S. DEPT OF JUSTICE - CIVIL DIVISION | seth.shapiro@usdoj.gov |
| U.S. DEPT OF JUSTICE - TAX DIVISION | steven.tennyson@usdoj.gov |
| LAMONICA HERBST & MANISCALCO, LLP | sl@lhmlawfirm.com; awofse@lhmlawfirm.com |
| HAHN & HESSEN LLP | JAmato@hahnhessen.com; JOrbach@hahnhessen.com; BRose@hahnhessen.com; akubic@hahnhessen.com; mpower@hahnhessen.com |
| MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, PC | fearley@mintz.com; djpicca@mintz.com; pjricotta@mintz.com; krwalsh@mintz.com |
| SPROUSE LAW FIRM | msprouse@sprousepllc.com |
| WINDELS MARX LANE & MITTENDORF, LLP FOR PARMAR & NON-DEBTORS | csimpson@windelsmarx.com; jhoffman@windelsmarx.com |
| HAHN & HESSEN LLP | jamato@hahnhessen.com |
| MORITT HOCK & HAMROFF LLP | tdriscoll@moritthock.com |

| | |
|---|---|
| MORITT HOCK & HAMROFF LLP | lberkoff@moritthock.com |
| THALER LAW FIRM PLLC | athaler@athalerlaw.com |
| MUCHMORE & ASSOCIATES PLLC | mtravis@muchmorelaw.com |
| QUINN EMANUEL FOR PAVANDEEP BAKHSKI | andrewmarks@quinnemanuel.com; colingillespie@quinnemanuel.com; |
| BAKER BOTTS L.L.P.  FOR HEALTHTEK SOLUTIONS | chris.newcomb@bakerbotts.com |
| WILMER CUTLER PICKERING HALE AND DORR LLP | lauren.lifland@wilmerhale.com |
| ROSEN & ASSOCIATES, P.C. | srosen@rosenpc.com |
| STATE OF MICHIGAN ATTORNEY GENERAL | harrisj12@michigan.gov |
| TROUTMAN SANDERS FOR CC CAPITAL MGMT, LLC | david.dantzler@troutman.com |
| SATERLEE STEVENS LLP | cbelmonte@ssbb.com; pbosswick@ssbb.com; asnow@ssbb.com |
| SILVERMAN ACAMPORA | AAcampora@SilvermanAcampora.com; RFriedman@SilvermanAcampora.com; BPowers@SilvermanAcampora.com |