John P. Amato, Esq.
Mark T. Power, Esq.
**THOMPSON COBURN HAHN & HESSEN LLP**
488 Madison Ave.
New York, New York 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400
jamato@hahnhessen.com

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Orion Healthcorp, Inc., *et al.* | Case Nos. 18-71748 -67 (AST) |
| | Case No. 18-71789 (AST) |
| Debtors. | Case No. 18-74545 (AST) |
| | (Jointly Administered) |
| Howard M. Ehrenberg in his capacity as Liquidating Trustee of Orion Healthcorp, Inc., *et al.*, | |
| Plaintiffs, | Adv. Pro. No. 18-08053 (AST) |
| v. | |
| Parmjit Singh Parmar (a/k/a Paul Parmar), *et al.*, | |
| Defendants. | |
| Howard M. Ehrenberg in his capacity as Liquidating Trustee of Orion Healthcorp, Inc., *et al.*, | |
| Plaintiff, | |
| v. | Adv. Pro. No. 18-08048 (AST) |
| Richard Ian Griffiths, *et al.* | |
| Defendants. | |

## **NOTICE OF CHANGE OF FIRM NAME**

**PLEASE TAKE NOTICE,** effective July 1, 2021, the law firm Hahn & Hessen LLP has changed its name to Thompson Coburn Hahn & Hessen LLP. The firm and its lawyers' addresses, phone numbers, and fax numbers have not been affected by this change. Please take notice of this change and update your records accordingly.

*(Remainder of page intentionally left blank)*

New York, New York
Dated:  July 29, 2021

Respectfully submitted,

**THOMPSON COBURN HAHN & HESSEN LLP**

 /s/  John P. Amato
John P. Amato
Mark T. Power
Joseph Orbach
488 Madison Ave.
New York, New York 10022
Telephone: (212) 478-7200
Facsimile:  (212) 478-7400
E-mail:  jamato@hahnhessen.com
            mpower@hahnhessen.com
            jorbach@hahnhessen.com

*Counsel to the Liquidating Trustee*