John P. Amato, Esq.
Mark T. Power, Esq.
**THOMPSON COBURN HAHN & HESSEN LLP**
488 Madison Ave.
New York, New York 10022
Telephone: (212) 478-7200
Facsimile:  (212) 478-7400
jamato@thompsoncoburn.com
mpower@thompsoncoburn.com

*Counsel to the Liquidating Trustee*

------------------------------------------------------------------ X
| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| Orion Healthcorp, Inc., *et al.* | : Case Nos. 18-71748 -67(AST) |
| | : Case No. 18-71789 (AST) |
| Debtors. | : Case No. 18-74545 (AST) |
| | : |
| | : (Jointly Administered) |

------------------------------------------------------------------ X
| | |
|---|---|
| Orion Healthcorp, Inc., *et al.*, | : |
| | : |
| Plaintiffs, | : |
| v. | : Adv. Pro. No. 18-08053 (AST) |
| | : |
| Parmjit Singh Parmar (a/k/a Paul Parmar), *et al.*, | : |
| | : |
| Defendants. | : |

------------------------------------------------------------------ X
| | |
|---|---|
| Howard M. Ehrenberg in his capacity as Liquidating Trustee of Orion Healthcorp, Inc., *et al.*, | : |
| | : |
| Plaintiff, | : |
| v. | : |
| | : Adv. Pro. No. 18-08048 (AST) |
| Richard Ian Griffiths, *et al.* | : |
| | : |
| Defendants. | : |

------------------------------------------------------------------X

**AGENDA FOR AUGUST 5, 2021 HEARING**

| | |
|---|---|
| Time and Date of Hearing: | August 5, 2021 at 2:00 p.m. (prevailing Eastern Time) |
| Location of Hearing: | Pursuant to Court Order the Hearing will take place via teleconference. All parties, including attorneys, clients, and *pro se* parties, may appear telephonically in accordance with the instructions below. Parties do not need to contact the Courtroom Deputy to request prior authorization to appear telephonically. |
| | All parties must email the Courtroom Deputy at: ast_hearings@nyeb.uscourts.gov at least 24 hours in advance of the scheduled hearing to identify the parties that will appear. All attorneys must also identify the party the attorney represents. Please note that you should call in for the time in which your hearing is scheduled. Additionally, depending on where your case is on the calendar, you may have to wait a little while, so please put your phone on mute until your case is called. |
| Audio Participation: | **Below are the instructions to be used to dial in for the telephonic appearance:** |
| | **Dial in Number 888-808-6929** |
| | **Access Code – 2181522** |
| | **Announce who you are each time before speaking** |
| | **Avoid the use of a speaker phone (use a landline if possible)** |
| | **All persons not speaking should mute their phones** |
| | **Speak up and enunciate so that you can be heard and understood** |
| Copies of Motions: | Copies of the pleadings below may be obtained from the Court's website at http://www.nyeb.uscourts.gov/ by obtaining a PACER login and password from the Court's website (a PACER password is obtained by accessing the PACER website at: http://pacer.psc.uscourts.gov). The pleadings are also available at no cost on the following website maintained by the Liquidating Trustee: http://dm.epiq11.com/orionhealthcorp. |

**MAIN CASE:**

    **I.**    **Orion Healthcorp., Inc.** *et al.* **Case No. 18-71748**

        1. Status Conference

        **Status: The Status Conference is going forward.**

**ADVERSARY PROCEEDINGS:**

    **II.**    **Orion Healthcorp., Inc. v. Parmjit Singh Parmar, Adv. Pro. No. 18-08053**

        1. Pretrial Status Conference

        **Related Documents:**

            A. Letter of Adjournment [Docket No. 329]

        **Status: This matter is adjourned to November 16, 2021 at 2:00 p.m. (ET).**

    **III.**    **Ehrenberg v. Griffiths, Adv. Pro. No. 18-08048**

        2. Pre-Trial Status Conference

        **Related Documents:**

            A. Status Report dated July 9, 2021 [Doc. No. 528]

            B. Third Mediator's Report [Docket No. 529]

            C. Letter of Adjournment [Docket No. 531]

        **Status: Mediation is ongoing and this matter is adjourned to November 16, 2021 at 2:00 p.m. (ET).**

Dated: August 2, 2021  
New York, New York

Respectfully submitted,

**THOMPSON COBURN HAHN & HESSEN LLP**

 /s/  John P. Amato
John P. Amato
Mark T. Power
Joseph Orbach
Hahn & Hessen LLP
488 Madison Ave.
New York, New York 10022
Telephone: (212) 478-7200
Facsimile:  (212) 478-7400
E-mail:  jamato@thompsoncoburn.com
         mpower@thompsoncoburn.com
         jorbach@thompsoncoburn.com

*Counsel to the Liquidating Trustee*