Christopher R. Belmonte, Esq.
Pamela A. Bosswick, Esq.
DUANE MORRIS LLP
230 Park Avenue, Suite 1130
New York, New York 10169
Telephone: (212) 818-9200

and

Daniel A. Lev, Esq. (CA No. 129622)
Matthew P. Kelly, Esq. (CA Bar No. 224297)
**SULMEYER**KUPETZ, A.P.C.
333 South Grand Avenue, Suite 3400
Los Angeles, California 90071-1406
Telephone:  (213) 626-2311

*Attorneys for Howard M. Ehrenberg,
Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK**

| In re: | Chapter 11 |
|---|---|
| ORION HEALTHCORP, INC. | Case No. 18-71748 (AST) |
| CONSTELLATION HEALTHCARE TECHNOLOGIES, INC. | Case No. 18-71749 (AST) |
| NEMS ACQUISITION, LLC | Case No. 18-71750 (AST) |
| NORTHEAST MEDICAL SOLUTIONS, LLC | Case No. 18-71751 (AST) |
| NEMS WEST VIRGINIA, LLC | Case No. 18-71752 (AST) |
| PHYSICIANS PRACTICE PLUS, LLC | Case No. 18-71753 (AST) |
| PHYSICIANS PRACTICE PLUS HOLDINGS, LLC | Case No. 18-71754 (AST) |
| MEDICAL BILLING SERVICES, INC. | Case No. 18-71755 (AST) |
| RAND MEDICAL BILLING, INC. | Case No. 18-71756 (AST) |
| RMI PHYSICIAN SERVICES CORPORATION | Case No. 18-71757 (AST) |
| WESTERN SKIES PRACTICE MANAGEMENT, INC. | Case No. 18-71758 (AST) |
| INTEGRATED PHYSICIAN SOLUTIONS, INC. | Case No. 18-71759 (AST) |
| NYNM ACQUISITION, LLC | Case No. 18-71760 (AST) |
| NORTHSTAR FHA, LLC | Case No. 18-71761 (AST) |
| NORTHSTAR FIRST HEALTH, LLC | Case No. 18-71762 (AST) |
| VACHETTE BUSINESS SERVICES, LTD. | Case No. 18-71763 (AST) |
| MDRX MEDICAL BILLING, LLC | Case No. 18-71764 (AST) |
| VEGA MEDICAL PROFESSIONALS, LLC | Case No. 18-71765 (AST) |
| ALLEGIANCE CONSULTING ASSOCIATES, LLC | Case No. 18-71766 (AST) |
| ALLEGIANCE BILLING & CONSULTING, LLC | Case No. 18-71767 (AST) |
| PHOENIX HEALTH, LLC | Case No. 18-71789 (AST) |
| NEW YORK NETWORK MANAGEMENT, L.L.C., | Case No. 18-74545 (AST) |
| Debtors. | (Jointly Administered) |

# DECLARATION OF HOWARD M. EHRENBERG IN SUPPORT OF ORDER APPROVING ENTRY OF FINAL DECREE CLOSING CERTAIN CHAPTER 11 CASES

I, Howard M. Ehrenberg, declare:

1. I am an attorney duly admitted to practice in the state of California and am the duly admitted, qualified, and acting Liquidating Trustee under that *Liquidating Trust Agreement* (the "Liquidating Trust") by and among Orion HealthCorp, Inc., Constellation Healthcare Technologies, Inc., and certain of their affiliates (collectively, the "Debtors" or "Debtor Entities").  I make this declaration in support of the Order approving the *Notice of Amended Motion and Amended Motion of Liquidating Trustee for Entry of Final Decree Closing Certain Chapter 11 Cases* (the "Motion").

2. Prior to my appointment, I learned that, on February 26, 2019, the Honorable Alan S. Trust, Chief United States Bankruptcy Judge for the Eastern District of New York, presiding, entered an order (the "Confirmation Order") [Docket No. 701] confirming the *Debtors' Third Amended Joint Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code*, dated January 6, 2019 [Docket No. 645] (including all exhibits thereto and as the same may be further amended, modified, or supplemented from time to time) (the "Plan").

3. On March 1, 2019, the Plan became effective (the "Effective Date").  The Plan provides, among other things, for the formation of the Liquidating Trust and the appointment of me as Liquidating Trustee on the Plan's Effective Date to oversee distributions to holders of Allowed Claims[1] and Allowed Interests and to pursue retained Causes of Action of the Debtors' Estates.  As noted, I was appointed to be the Liquidating Trustee on the Effective Date, and I continue to act in that capacity.

4. On July 28, 2021, the Court entered the Order approving Motion.  Pursuant to that Order, I provide this declaration in an effort to comply with the Court's requirement set forth therein.

---

[1] Unless otherwise defined, capitalized terms used herein have the meanings ascribed to them in the Plan.

5. Pursuant to the request of the Office of the United States Trustee, and prior to the entry of the Order, I reserved sufficient funds to pay the United States Trustee the appropriate amount of quarterly fees for the period from April 1, 2021, through and including the date of entry of the Final Decree. There were no cash disbursements in the cases subject to the Motion. *See* <u>Exhibit A</u> attached hereto which details the list of closed cases subject to the Court's Order. On July 21, 2021, I issued checks to the United States Trustee to pay full third quarter fees ($250 per case without pro-rated calculations) for the closed cases for the period from April 1, 2021, through the July 28, 2021, Order.

The foregoing is true and correct and that this declaration was executed on August 5, 2021, at Los Angeles, California.

_____
Howard M. Ehrenberg, Liquidating Trustee

**EXHIBIT A**
**(Closed Chapter 11 Cases)**

| | |
|---|---|
| In re CONSTELLATION HEALTHCARE TECH., INC. | Case No. 18-71749 (AST) |
| In re NEMS ACQUISITION, LLC | Case No. 18-71750 (AST) |
| In re NORTHEAST MEDICAL SOLUTIONS, LLC | Case No. 18-71751 (AST) |
| In re NEMS WEST VIRGINIA, LLC | Case No. 18-71752 (AST) |
| In re PHYSICIANS PRACTICE PLUS, LLC | Case No. 18-71753 (AST) |
| In re PHYSICIANS PRACTICE PLUS HOLDINGS, LLC | Case No. 18-71754 (AST) |
| In re MEDICAL BILLING SERVICES, INC. | Case No. 18-71755 (AST) |
| In re RAND MEDICAL BILLING, INC. | Case No. 18-71756 (AST) |
| In re RMI PHYSICIAN SERVICES CORPORATION | Case No. 18-71757 (AST) |
| In re WESTERN SKIES PRACTICE MANAGEMENT, INC. | Case No. 18-71758 (AST) |
| In re INTEGRATED PHYSICIAN SOLUTIONS, INC. | Case No. 18-71759 (AST) |
| In re NYNM ACQUISITION, LLC | Case No. 18-71760 (AST) |
| In re NORTHSTAR FHA, LLC | Case No. 18-71761 (AST) |
| In re NORTHSTAR FIRST HEALTH, LLC | Case No. 18-71762 (AST) |
| In re VACHETTE BUSINESS SERVICES, LTD. | Case No. 18-71763 (AST) |
| In re MDRX MEDICAL BILLING, LLC | Case No. 18-71764 (AST) |
| In re VEGA MEDICAL PROFESSIONALS, LLC | Case No. 18-71765 (AST) |
| In re ALLEGIANCE CONSULTING ASSOCIATES, LLC | Case No. 18-71766 (AST) |
| In re ALLEGIANCE BILLING & CONSULTING, LLC | Case No. 18-71767 (AST) |
| In re PHOENIX HEALTH, LLC | Case No. 18-71789 (AST) |
| In re NEW YORK NETWORK MANAGEMENT, L.L.C. | Case No. 18-74545 (AST) |