UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>ORION HEALTHCORP, INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 18-71748 (AST)<br><br>(Jointly Administered) |
| Howard M. Ehrenberg, as Trustee,<br>    Plaintiff<br>v.<br><br>John Johnston, *et al.*,<br>    Defendants | Adv. Pro. No. 20-08046 (AST) |
| Howard M. Ehrenberg, as Trustee,<br>    Plaintiff<br>v.<br><br>Richard Ian Griffiths, *et al.*,<br>    Defendants. | Adv. Pro. No. 18-08048 (AST) |
| Howard M. Ehrenberg, as Trustee,<br>    Plaintiff.<br>v.<br><br>Joel Plasco,<br>    Defendant. | Adv. Pro. No. 18-08053 (AST) |
| Howard M. Ehrenberg, as Trustee,<br>    Plaintiff.<br>v.<br><br>Elizabeth Kelly,<br>    Defendant. | Adv. Pro. No. 20-08048 (AST) |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

Christopher M. LauKamg, being duly sworn, deposes and says: I am not a party to this action, am over 18 years of age and reside in Brooklyn, New York.

On October 18, 2021, I served a copy of the Trustee's Motion Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure and Section 105 of the Bankruptcy Code for Entry of an Order Approving Settlement Agreement on the parties listed below by electronic mail:

| | |
|---|---|
| **THE FAUBUS FIRM**<br>Dax O. Faubus<br>1001 Texas Avenue, 11th Floor<br>Houston, TX 77002<br>Telephone: (713) 222-6400<br>Facsimile: (713) 222-7240<br>*dax-notice@faubusfirm.com*<br><br>*Counsel for Defendants Joseph A. Seale and Dale Brinkman* | **ROSEN & ASSOCIATES, P.C.**<br>Sanford P. Rosen<br>Paris Gyparakis<br>747 Third Avenue<br>New York, NY 10017-2803<br>Telephone: (212) 223-1100<br>Facsimile: (212) 223-1102<br>srosen@rosenpc.com<br>pgyparakis@rosenpc.com<br><br>*Counsel for Defendant Arvind Walia* |
| **OLSHAN FROME WOLOSKY LLP**<br>Jonathan T. Koevary<br>Michael J. Passarella<br>Amelia Hochman<br>1325 Avenue of the Americas<br>New York, NY 10019<br>Telephone: (212) 451-2300<br>Facsimile: (212) 451-2222<br>jkoevary@olshanlaw.com<br>mpassarella@olshanlaw.com<br>ahochman@olshanlaw.com<br><br>*Counsel for Defendant Melodie Kraljev* | **SILVERMANACAMPORA LLP**<br>Anthony C. Acampora<br>A Member of the Firm<br>100 Jericho Quadrangle, Suite 300<br>Jericho, NY 11753<br>Telephone: (516) 479-6300<br>Facsimile: (516) 479-6301<br>aacampora@silvermanacampora.com<br><br>*Counsel for Defendant Cliona Sotiropoulos And Elizabeth Kelly* |
| **MCGUIREWOODS LLP**<br>Shawn R. Fox<br>Stephen G. Foresta<br>1251 Avenue of the Americas<br>New York, NY 10020<br>Telephone: (212) 548-2100<br>Facsimile: (212) 548-2150<br>sfox@mcguirewoods.com<br>sforesta@mcguirewoods.com<br><br>*Counsel for Defendants John Johnston, David Andrew Clark, Moshe "Mark" Menachem Feuer, Sir Rodney Malcolm Aldridge and Shawn H. Zimberg* | **SIDLEY AUSTIN LLP**<br>John J. Kuster<br>787 Seventh Avenue<br>New York, NY 10019<br>Telephone: (212) 839-5300<br>Facsimile: (212) 839-5599<br>jkuster@sidley.com<br><br>Michael D. Warden<br>1501 K Street, N.W.<br>Washington, D.C. 20005<br>Telephone: (202) 736-8000<br>Facsimile: (202) 736-8711<br>mwarden@sidley.com<br><br>*Counsel for Defendant Truc To* |
| **CREEDON & GILL P.C.**<br>Peter J. Creedon<br>24 Woodbine Ave, Ste 8<br>Northport, NY 11768<br>Telephone: (631) 656-9220<br>Facsimile: (631) 686-6718<br>peter@creedongill.com<br><br>*Counsel for Defendant Alon P. Baram* | |

**Additional Electronic Mail Master Service List**

| | |
|---|---|
| ALLIANCE HEALTH SCIENCES | info@alliancediagnostics.com |
| CHAPMAN AND CUTLER FOR BMO HARRIS BANK | stetro@chapman.com |
| CHRISTINE COHEN | chriscohen55@yahoo.com |
| COMMONWEALTH OF PA, OFFICE OF UCTS, DOL & INDUSTRY | ra-li-ucts-bankrupt@state.pa.us |
| KEYBANK NATIONAL ASSOCIATION | bob_j_burns@keybank.com |
| KOLB RADIOLOGY, PC | tkolbmd@yahoo.com |
| L'ABBATE BALKAN FOR ROBINSON BROG | mrice@lbcclaw.com |
| LINEBARGER GOGGAN FOR HARRIS COUNTY, CYPRESS- FAIRBANKS ISD | houston_bankruptcy@publicans.com |
| MOORE & VAN ALLEN FOR BANK OF AMERICA | davideades@mvalaw.com; treyrayburn@mvalaw.com; zacharysmith@mvalaw.com; jimlangdon@mvalaw.com; gabrielmathless@mvalaw.com |
| PACHULSKI STANG FOR UNSECURED CREDITORS COMMITTEE | ischarf@pszjlaw.com; rmikels@pszjlaw.com |
| QUINN EMANUEL FOR ROBINSON BROG; AND PAVANDEEP BAKHSKI | alexspiro@quinnemanuel.com; lindsayweber@quinnemanuel.com |
| TROUTMAN SANDERS FOR CC CAPITAL MGMT, LLC | mitchel.perkiel@troutmansanders.com; brett.goodman@troutmansanders.com |
| U.S. DEPT OF JUSTICE - CIVIL DIVISION | seth.shapiro@usdoj.gov |
| U.S. DEPT OF JUSTICE - TAX DIVISION | steven.tennyson@usdoj.gov |
| LAMONICA HERBST & MANISCALCO, LLP | sl@lhmlawfirm.com; awofse@lhmlawfirm.com |
| HAHN & HESSEN LLP | JAmato@hahnhessen.com; JOrbach@hahnhessen.com; BRose@hahnhessen.com; akubic@hahnhessen.com; mpower@hahnhessen.com |
| MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, PC | fearley@mintz.com; djpicca@mintz.com; pjricotta@mintz.com; krwalsh@mintz.com |
| SPROUSE LAW FIRM | msprouse@sprousepllc.com |
| WINDELS MARX LANE & MITTENDORF, LLP FOR PARMAR & NON-DEBTORS | csimpson@windelsmarx.com; jhoffman@windelsmarx.com |
| HAHN & HESSEN LLP | jamato@hahnhessen.com |
| MORITT HOCK & HAMROFF LLP | tdriscoll@moritthock.com |

| | |
|---|---|
| MORITT HOCK & HAMROFF LLP | lberkoff@moritthock.com |
| THALER LAW FIRM PLLC | athaler@athalerlaw.com |
| MUCHMORE & ASSOCIATES PLLC | mtravis@muchmorelaw.com |
| QUINN EMANUEL FOR PAVANDEEP BAKHSKI | andrewmarks@quinnemanuel.com; colingillespie@quinnemanuel.com; |
| BAKER BOTTS L.L.P. FOR HEALTHTEK | chris.newcomb@bakerbotts.com |
| WILMER CUTLER PICKERING HALE AND DORR | lauren.lifland@wilmerhale.com |
| ROSEN & ASSOCIATES, P.C. | srosen@rosenpc.com |
| STATE OF MICHIGAN ATTORNEY GENERAL | harrisj12@michigan.gov |
| TROUTMAN SANDERS FOR CC CAPITAL MGMT, | david.dantzler@troutman.com |
| SATERLEE STEVENS LLP | cbelmonte@ssbb.com; pbosswick@ssbb.com; asnow@ssbb.com |
| SILVERMAN ACAMPORA | AAcampora@SilvermanAcampora.com; RFriedman@SilvermanAcampora.com; BPowers@SilvermanAcampora.com |
| asolomon@solomoncramer.com | Cassie.Mitchell@wilmerhale.com |
| ccarluccio@ctswlaw.com | christine.h.black@usdoj.gov |
| Clinton.Cameron@clydeco.us | CMullarney@brownrudnick.com |
| DMolton@brownrudnick.com | Henry.HUTTEN@freshfields.com |
| ishapiro@cooley.com | jporter@entwistle-law.com |
| KAulet@brownrudnick.com | Kevin.Haas@clydeco.us |
| kkennelly@cooley.com | Lauren.Lifland@wilmerhale.com |
| Meghan.Dalton@clydeco.us | mklein@cooley.com |
| Philip.Anker@wilmerhale.com | Ross.Firsenbaum@wilmerhale.com |
| Scott.TALMADGE@freshfields.com | sfox@mcguirewoods.com |
| Steven.M.Dean@usdoj.gov | swagner@ctswlaw.com |

On October 18, 2021, I served a copy of the Trustee's Motion Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure and Section 105 of the Bankruptcy Code for Entry of an Order Approving Settlement Agreement on the parties listed below by first class mail:

| | |
|---|---|
| JOEL PLASCO<br>40 WALKER STREET, APT. # 5<br>NEW YORK, NY 10013 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATION<br>2970 MARKET STREET<br>PHILADELPHIA PA 19101-7346 |

| | |
|---|---|
| INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATION<br>P.O. BOX 7346<br>PHILADELPHIA PA 19101-7346 | JQ 1<br>100 JERICHO QUADRANGLE, SUITE 106<br>JERICHO NY 11753 |
| LAW OFFICE OF CHARLES A. GRUEN<br>ATTN: CHARLES A. GRUEN<br>381 BROADWAY, SUITE 300<br>WESTWOOD NJ 07675 | MACCO & STERN LLP<br>ATTN: COOPER J. MACCO<br>2950 EXPRESS DRIVE SOUTH, SUITE 109<br>ISLANDIA NY 11749 |
| OFFICE OF THE ATTORNEY GENERAL<br>FOR THE STATE OF NEW YORK<br>ATTN: ERIC T. SCHNEIDERMAN<br>THE CAPITOL<br>ALBANY NY 12224-0341 | OFFICE OF THE UNITED STATES TRUSTEE<br>EASTERN DISTRICT OF NEW YORK<br>LONG ISLAND FEDERAL PLAZA COURTHOUSE<br>ATTN: ALFRED M. DIMINO<br>560 FEDERAL PLAZA<br>CENTRAL ISLIP NY 11722 |
| ROSENBERG RICH BAKER BERMAN AND COMPANY<br>ATTN: MANAGING PARTNER<br>265 DAVIDSON AVENUE, SUITE 210<br>SOMERSET NJ 08873 | SECURITIES EXCHANGE COMMISSION<br>NEW YORK REGIONAL OFFICE<br>ANDREW CALAMARI<br>REGIONAL DIRECTOR BROOKFIELD PLACE<br>200 VESEY ST, STE. 400<br>NEW YORK NY 10281-1022 |
| SECURITIES EXCHANGE COMMISSION<br>100 F STREET, NE<br>WASHINGTON DC 20549 | U.S. DEPARTMENT OF JUSTICE<br>ATTN: SETH SHAPIRO<br>CIVIL DIVISION<br>COMMERCIAL LITIGATION BRANCH<br>P.O. BOX 875<br>BRANCH FRANKLIN STATION<br>WASHINGTON DC 20044 |
| U.S. DEPARTMENT OF JUSTICE<br>950 PENNSYLVANIA AVENUE, NW<br>WASHINGTON DC 20530-0001 | OFFICE OF THE UNITED STATES ATTORNEY FOR EDNY<br>ATTN: BONNI PERLIN<br>BANKRUPTCY COORDINATOR CIVIL DIVISION, EDNY,<br>BANKRUPTCY PROCESSING<br>271-A CADMAN PLAZA EAST<br>BROOKLYN NY 11201 |
| BROWN RUDNICK LLP<br>SEVEN TIMES SQUARE<br>ATTN: KENNETH AULET<br>    DAVID J. MOLTON<br>NEW YORK NY 10036 | CLYDE & CO US LLP<br>200 CAMPUS DRIVE, SUITE 300<br>ATTN: CLINTON E. CAMERON<br>    KEVIN HAAS<br>FLORHAM PARK NJ 07932 |
| COHEN TAUBER SPIEVACK & WAGNER P.C.<br>420 LEXINGTON AVENUE, SUITE 2400<br>ATTN: STEPHEN WAGNER<br>NEW YORK NY 10170 | COOLEY LLP<br>55 HUDSON YARDS<br>ATTN: MICHAEL KLEIN<br>    IAN SHAPIRO<br>NEW YORK NY 10001-2157 |

| | |
|---|---|
| ENTWISTLE & CAPPUCCI LLP<br>299 PARK AVENUE, 20TH FLOOR<br>ATTN: ANDREW J. ENTWISTLE<br>  JOSHUA K. PORTER<br>NEW YORK NY 10171 | FRESHFIELDS BRUCKHAUS DERINGER US LLP<br>601 LEXINGTON AVENUE 31ST FLOOR<br>ATTN: HENRY HUTTEN,<br>  SCOTT TALMADGE<br>NEW YORK NY 10022 |
| MCGUIREWOODS LLP<br>1251 AVENUE OF THE AMERICAS, 20TH FLOOR<br>ATTN: SHAWN FOX<br>NEW YORK NY 10020-1104 | SOLOMON & CRAMER LLP<br>1441 BROADWAY, SUITE 6026<br>ATTN: ANDREW T. SOLOMON<br>NEW YORK NY 10018 |
| U.S. DEPARTMENT OF JUSTICE<br>POST OFFICE BOX 55<br>BEN FRANKLIN STATION<br>ATTN: STEVEN M. DEAN<br>WASHINGTON DC 20044 | WILMER CUTLER PICKERING HALE & DORR<br>7 WORLD TRADE CENTER<br>250 GREENWICH ST<br>ATTN: PHIL ANKER<br>  ROSS FIRSENBAUM<br>  LAUREN LIFLAND<br>NEW YORK NY 10007 |

_____
Christopher M. LauKamg

Sworn to before me this
19th day of October, 2021

_____

SANDRA ANCHUNDIA-RAMOS
Notary Public, State of New York
No. 01AN4919484
Qualified in Westchester County
Commission Expires June 22, 2022