## UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF NEW YORK

REGION 2

In re: ORION HEALTHCORP, INC, ET AL., § Case No. 18-71748
§ Lead Case No. 18-71748
§
Debtor(s) § ☒ Jointly Administered

# Post-confirmation Report

Chapter 11

Quarter Ending Date: 09/30/2021    Petition Date: 03/16/2018

Plan Confirmed Date: 02/26/2019    Plan Effective Date: 03/01/2019

This Post-confirmation Report relates to:  ○ Reorganized Debtor

⦿ Other Authorized Party or Entity: Howard M. Ehrenberg, Liquidating Tee
Name of Authorized Party or Entity

/s/ Christopher R. Belmonte    C.R. Belmonte, Attorney to Liquidating Trustee
Signature of Responsible Party    Printed Name of Responsible Party

10/19/2021    Duane Morris LLP
Date    230 Park Avenue
New York, N.Y. 10169
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name ORION HEALTHCORP, INC, ET AL.,    Case No. 18-71748

## Part 1: Summary of Post-confirmation Transfers

|  | Current Quarter | Total Since Effective Date |
|---|---:|---:|
| a. Total cash disbursements | $1,042,430 | $54,507,396 |
| b. Non-cash securities transferred | $0 | $0 |
| c. Other non-cash property transferred | $0 | $0 |
| d. Total transferred (a+b+c) | $1,042,430 | $54,507,396 |

## Part 2: Preconfirmation Professional Fees and Expenses

| | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---:|---:|---:|---:|
| a. | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor  *Aggregate Total* | | $2,964,548 | $11,824,353 | $2,964,549 | $11,825,499 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | Hahn & Hessen LLP | Local Counsel | $0 | $1,640,390 | $0 | $1,640,390 |
| ii | Pachulski Stang Ziehl & Jones L | Special Counsel | $1,709,091 | $1,844,490 | $1,709,091 | $1,844,490 |
| iii | DLA Piper LLP (US) | Other | $0 | $538,822 | $0 | $538,822 |
| iv | Howard M. Ehrenberg | Other | $45,000 | $240,000 | $45,000 | $240,000 |
| v | SulmeyerKupetz, APC | Local Counsel | $101,996 | $626,110 | $101,996 | $626,110 |
| vi | Duane Morris LLP | Local Counsel | $35,216 | $149,587 | $35,216 | $149,587 |
| vii | FTI Consulting, Inc. | Financial Professional | $53,679 | $526,201 | $53,679 | $526,201 |
| viii | Laglante PLLC | Special Counsel | $0 | $14,148 | $0 | $14,148 |
| ix | Reed Smith LLP | Local Counsel | $99,444 | $572,390 | $99,444 | $572,390 |
| x | Thomas, Alexander, Forrester & | Special Counsel | $0 | $4,699,862 | $0 | $4,699,862 |
| xi | Holthouse Carlin & Van Trigt L | Financial Professional | $5,511 | $44,616 | $5,511 | $44,616 |
| xii | Schnader Harrison Segal & Lew | Other | $0 | $14,271 | $0 | $14,271 |
| xiii | Thompson Coburn | Other | $913,467 | $913,467 | $913,467 | $913,467 |
| xiv | Potter Anderson Corroon, LLP | Special Counsel | $1,145 | $0 | $1,145 | $1,145 |

| | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---:|---:|---:|---:|
| b. | Professional fees & expenses (nonbankruptcy) incurred by or on behalf of the debtor  *Aggregate Total* | | $0 | $0 | $0 | $0 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | $0 | $0 | $0 | $0 |
| ii | | | $0 | $0 | $0 | $0 |
| c. | All professional fees and expenses (debtor & committees) | | $0 | $0 | $0 | $0 |

## Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan

| | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
|---|---:|---:|---:|---:|---:|
| a. Administrative claims | $0 | $542,201 | $8,860,950 | $8,860,950 | 100% |
| b. Secured claims | $50,000,000 | $3,000,000 | $39,000,000 | $50,000,000 | 78% |
| c. Priority claims | $0 | $0 | $0 | $0 | 0% |

Debtor's Name ORION HEALTHCORP, INC, ET AL.,                                   Case No. 18-71748

|   |   |   |   |   |   |
|---|---|---|---|---|---|
| d. General unsecured claims | $30,000,000 | $0 | $0 | $30,000,000 | 0% |
| e. Equity interests | $0 | $0 | $0 | | |

### Part 4: Questionnaire

a. Is this a final report?                                                              Yes ◯   No ⦿

    If yes, give date Final Decree was entered: _____

    If no, give date when the application for Final Decree is anticipated:   12/31/2022

b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?   Yes ⦿   No ◯

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information and provision of this information is mandatory. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6) and to otherwise evaluate whether a reorganized chapter 11 debtor is performing as anticipated under a confirmed plan. Disclosure of this information may be to a bankruptcy trustee when the information is needed to perform the trustee's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case, or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Post-confirmation Report and its attachments, if any, are true and correct and that I have been authorized to sign this report.**

/s/ Howard M. Ehrenberg                                             Howard M. Ehrenberg
Signature of Responsible Party                                        Printed Name of Responsible Party

Liquidating Trustee                                                         10/19/2021
Title                                                                                 Date

Debtor's Name ORION HEALTHCORP, INC, ET AL.,　　　　　　　　　　　　　　　　Case No. 18-71748

Debtor's Name ORION HEALTHCORP, INC, ET AL.,　　　　　　　　　　　　　　　　Case No. 18-71748