# UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF NEW YORK

REGION 2

In re: ORION HEALTHCORP, INC., ET AL.,   §   Case No. 18-71748
§
§
Debtor(s)   §   ☐ Jointly Administered

## Post-confirmation Report

Chapter 11

Quarter Ending Date: 12/31/2021         Petition Date: 03/16/2018

Plan Confirmed Date: 02/26/2019         Plan Effective Date: 03/01/2019

This Post-confirmation Report relates to:  ○ Reorganized Debtor

⦿ Other Authorized Party or Entity: Howard M. Ehrenberg, Liquidating Tee
Name of Authorized Party or Entity

/s/Christopher R. Belmonte            C.R. Belmonte, Counsel for Liquidation Trustee
Signature of Responsible Party        Printed Name of Responsible Party

01/05/2022                            Duane Morris LLP
Date                                  230 Park Avenue, Suite 1130
                                      New York, NY 10169-0079
                                      Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name ORION HEALTHCORP, INC., ET AL.,    Case No. 18-71748

## Part 1: Summary of Post-confirmation Transfers

|  | Current Quarter | Total Since Effective Date |
|---|---:|---:|
| a. Total cash disbursements | $3,245,080 | $57,752,476 |
| b. Non-cash securities transferred | $0 | $0 |
| c. Other non-cash property transferred | $0 | $0 |
| d. Total transferred (a+b+c) | $3,245,080 | $57,752,476 |

## Part 2: Preconfirmation Professional Fees and Expenses

| | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---:|---:|---:|---:|
| a. | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor  *Aggregate Total* | | $706,172 | $18,530,205 | $706,172 | $18,530,205 |

*Itemized Breakdown by Firm*

| | Firm Name | Role | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---:|---:|---:|---:|
| i | Hahn & Hessen LLP | Local Counsel | $0 | $2,700,772 | $0 | $2,700,772 |
| ii | Pachulski Stang Ziehl & Jones | Special Counsel | $0 | $1,844,491 | $0 | $1,844,491 |
| iii | DLA Piper LLP (US) | Other | $0 | $2,238,852 | $0 | $2,238,852 |
| iv | Howard M. Ehrenberg | Other | $45,000 | $600,000 | $45,000 | $600,000 |
| v | SulmeyerKupetz | Local Counsel | $65,977 | $1,360,378 | $65,977 | $1,360,378 |
| vi | Duane Morris LLP | Local Counsel | $24,582 | $192,330 | $24,582 | $192,330 |
| vii | FTI Consulting, Inc. | Financial Professional | $161,201 | $1,794,348 | $161,201 | $1,794,348 |
| viii | Laglante PLLC | Special Counsel | $0 | $31,473 | $0 | $31,473 |
| ix | Reed Smith LLP | Local Counsel | $72,587 | $778,332 | $72,587 | $778,332 |
| x | Thomas, Alexander, Forrester | Special Counsel | $0 | $4,699,862 | $0 | $4,699,862 |
| xi | Holthouse Carlin & Van Trigt | Financial Professional | $7,615 | $129,565 | $7,615 | $129,565 |
| xii | Schnader Harrison Segal & Lew | Other | $0 | $14,271 | $0 | $14,271 |
| xiii | Thompson Coburn | Other | $276,705 | $1,190,172 | $276,705 | $1,190,172 |
| xiv | Potter Anderson Corron, LLP | Special Counsel | $0 | $12,272 | $0 | $12,272 |
| xv | GlassRatner Advisory & Capita | Financial Professional | $30,678 | $103,678 | $30,678 | $103,678 |
| xvi | Baker & Hostetler LLP | | $0 | $3,321 | $0 | $3,321 |
| xvii | CBiz Accounting, Tax and Adv | Financial Professional | $0 | $37,238 | $0 | $37,238 |
| xviii | B. Riley Advisory Services | Other | $0 | $10,000 | $0 | $10,000 |
| xix | Epiq Corporate Restruction LLC | Other | $0 | $86,384 | $0 | $86,384 |
| xx | Grant Thornton LLP | | $20,000 | $20,000 | $20,000 | $20,000 |
| xxi | JAMS, Inc. | Other | $1,827 | $118,674 | $1,827 | $118,674 |
| xxii | Otterbourg | | $0 | $488,426 | $0 | $488,426 |
| xxiii | Phillips ADR, P.C. | | $0 | $6,600 | $0 | $6,600 |
| xxiv | Satterlee Stephens LLP | | $0 | $68,483 | $0 | $68,483 |
| xxv | KLDiscovery Ontrack | Other | $0 | $283 | $0 | $283 |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |

Debtor's Name ORION HEALTHCORP, INC., ET AL.,                                    Case No. 18-71748

| | | | | | | |
|---|---|---|---|---|---|---|
| | xxx | | | | | | |
| | xxxi | | | | | | |
| | xxxii | | | | | | |
| | xxxiii | | | | | | |
| | xxxiv | | | | | | |
| | xxxv | | | | | | |
| | xxxvi | | | | | | |
| | xxxvii | | | | | | |
| | xxxvii | | | | | | |
| | xxxix | | | | | | |
| | xl | | | | | | |
| | xli | | | | | | |
| | xlii | | | | | | |
| | xliii | | | | | | |
| | xliv | | | | | | |
| | xlv | | | | | | |
| | xlvi | | | | | | |
| | xlvii | | | | | | |
| | xlviii | | | | | | |
| | xlix | | | | | | |
| | l | | | | | | |
| | li | | | | | | |
| | lii | | | | | | |
| | liii | | | | | | |
| | liv | | | | | | |
| | lv | | | | | | |
| | lvi | | | | | | |
| | lvii | | | | | | |
| | lviii | | | | | | |
| | lix | | | | | | |
| | lx | | | | | | |
| | lxi | | | | | | |
| | lxii | | | | | | |
| | lxiii | | | | | | |
| | lxiv | | | | | | |
| | lxv | | | | | | |
| | lxvi | | | | | | |
| | lxvii | | | | | | |
| | lxviii | | | | | | |
| | lxix | | | | | | |
| | lxx | ORION HEALTHCORP, INC., ET AL., | | | | Case No. | 18-71748 |
| | lxxi | | | | | | |

Debtor's Name ORION HEALTHCORP, INC., ET AL.,   Case No. 18-71748

| | | | | | | |
|---|---|---|---|---|---|---|
| | lxxii | | | | | |
| | lxxiii | | | | | |
| | lxxiv | | | | | |
| | lxxv | | | | | |
| | lxxvi | | | | | |
| | lxxvii | | | | | |
| | lxxviii | | | | | |
| | lxxix | | | | | |
| | lxxx | | | | | |
| | lxxxi | | | | | |
| | lxxxii | | | | | |
| | lxxxiii | | | | | |
| | lxxxiv | | | | | |
| | lxxxv | | | | | |
| | lxxxvi | | | | | |
| | lxxxvi | | | | | |
| | lxxxvi | | | | | |
| | lxxxix | | | | | |
| | xc | | | | | |
| | xci | | | | | |
| | xcii | | | | | |
| | xciii | | | | | |
| | xciv | | | | | |
| | xcv | | | | | |
| | xcvi | | | | | |
| | xcvii | | | | | |
| | xcviii | | | | | |
| | xcix | | | | | |
| | c | | | | | |
| | ci | | | | | |

| | | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| b. | Professional fees & expenses (nonbankruptcy) incurred by or on behalf of the debtor   *Aggregate Total* | | | $0 | $0 | $0 | $0 |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | | | $0 | $0 | $0 | $0 |
| | ii | | | | | | |
| | iii | | | | | | |
| | iv | | | | | | |
| | v | | | | | | |
| | vi | | | | | | |

Debtor's Name ORION HEALTHCORP, INC., ET AL.,                                      Case No. 18-71748

| | | | | | | |
|---|---|---|---|---|---|---|
| | vii | | | | | |
| | viii | | | | | |
| | ix | | | | | |
| | x | | | | | |
| | xi | | | | | |
| | xii | | | | | |
| | xiii | | | | | |
| | xiv | | | | | |
| | xv | | | | | |
| | xvi | | | | | |
| | xvii | | | | | |
| | xviii | | | | | |
| | xix | | | | | |
| | xx | | | | | |
| | xxi | | | | | |
| | xxii | | | | | |
| | xxiii | | | | | |
| | xxiv | | | | | |
| | xxv | | | | | |
| | xxvi | | | | | |
| | xxvii | | | | | |
| | xxviii | | | | | |
| | xxix | | | | | |
| | xxx | | | | | |
| | xxxi | | | | | |
| | xxxii | | | | | |
| | xxxiii | | | | | |
| | xxxiv | | | | | |
| | xxxv | | | | | |
| | xxxvi | | | | | |
| | xxxvii | | | | | |
| | xxxvii | | | | | |
| | xxxix | | | | | |
| | xl | | | | | |
| | xli | | | | | |
| | xlii | | | | | |
| | xliii | | | | | |
| | xliv | | | | | |
| | xlv | | | | | |
| | xlvi | | | | | |
| | xlvii | ORION HEALTHCORP, INC., ET AL., | | | | Case No. 18-71748 |
| | xlviii | | | | | |

Debtor's Name ORION HEALTHCORP, INC., ET AL.,                                      Case No. 18-71748

| | | | | | |
|---|---|---|---|---|---|
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxviii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxiii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvii | | | | | |
| lxxxviii | | | | | |
| lxxxix | | | | | |
| xc | | | | | |

Debtor's Name ORION HEALTHCORP, INC., ET AL.,    Case No. 18-71748

|   |   |   |   |   |   |   |
|---|---|---|---|---|---|---|
|   | xci |   |   |   |   |   |
|   | xcii |   |   |   |   |   |
|   | xciii |   |   |   |   |   |
|   | xciv |   |   |   |   |   |
|   | xcv |   |   |   |   |   |
|   | xcvi |   |   |   |   |   |
|   | xcvii |   |   |   |   |   |
|   | xcviii |   |   |   |   |   |
|   | xcix |   |   |   |   |   |
|   | c |   |   |   |   |   |
|   | ci |   |   |   |   |   |
| c. | All professional fees and expenses (debtor & committees) |   | $706,173 | $18,568,548 | $706,173 | $18,568,548 |

**Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan**

|   | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
|---|---|---|---|---|---|
| a. Administrative claims | $0 | $706,173 | $18,568,548 | $18,568,548 | 100% |
| b. Secured claims | $50,000,000 | $2,500,000 | $41,500,000 | $50,000,000 | 83% |
| c. Priority claims | $0 | $0 | $0 | $0 | 0% |
| d. General unsecured claims | $30,000,000 | $0 | $0 | $30,000,000 | 0% |
| e. Equity interests | $0 | $0 | $0 |   |   |

**Part 4: Questionnaire**

a. Is this a final report?   Yes ○   No ⦿

    If yes, give date Final Decree was entered: _____

    If no, give date when the application for Final Decree is anticipated:   12/31/2022

b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?   Yes ⦿   No ○

Debtor's Name ORION HEALTHCORP, INC., ET AL.,   Case No. 18-71748

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information and provision of this information is mandatory. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6) and to otherwise evaluate whether a reorganized chapter 11 debtor is performing as anticipated under a confirmed plan. Disclosure of this information may be to a bankruptcy trustee when the information is needed to perform the trustee's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case, or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**<u>I declare under penalty of perjury that the foregoing Post-confirmation Report and its attachments, if any, are true and correct and that I have been authorized to sign this report.</u>**

/s/Howard M. Ehrenberg   Howard M. Ehrenberg
Signature of Responsible Party   Printed Name of Responsible Party

Liquidating Trustee   01/11/2022
Title   Date

Debtor's Name ORION HEALTHCORP, INC., ET AL.,                                   Case No. 18-71748


Page 1


Other Page 1


Page 2 Minus Tables

Bankruptcy Table 1-50

UST Form 11-PCR (12/01/2021)                 9

Debtor's Name ORION HEALTHCORP, INC., ET AL.,　　　　　　　　　　Case No. 18-71748



Bankruptcy Table 51-100

Non-Bankruptcy Table 1-50

Non-Bankruptcy Table 51-100

Part 3, Part 4, Last Page

UST Form 11-PCR (12/01/2021)　　　　10