UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------- x

| In re: | : | Chapter 11 |
|---|---|---|
| | : | |
| Orion HealthCorp, Inc. | : | Case No. 18-71748 (AST) |
| Constellation Healthcare Technologies, Inc. | : | Case No. 18-71749 (AST) |
| NEMS Acquisition, LLC | : | Case No. 18-71750 (AST) |
| Northeast Medical Solutions, LLC | : | Case No. 18-71751 (AST) |
| NEMS West Virginia, LLC | : | Case No. 18-71752 (AST) |
| Physicians Practice Plus, LLC | : | Case No. 18-71753 (AST) |
| Physicians Practice Plus Holdings, LLC | : | Case No. 18-71754 (AST) |
| Medical Billing Services, Inc. | : | Case No. 18-71755 (AST) |
| Rand Medical Billing, Inc. | : | Case No. 18-71756 (AST) |
| RMI Physician Services Corporation | : | Case No. 18-71757 (AST) |
| Western Skies Practice Management, Inc. | : | Case No. 18-71758 (AST) |
| Integrated Physician Solutions, Inc. | : | Case No. 18-71759 (AST) |
| NYNM Acquisition, LLC | : | Case No. 18-71760 (AST) |
| Northstar FHA, LLC | : | Case No. 18-71761 (AST) |
| Northstar First Health, LLC | : | Case No. 18-71762 (AST) |
| Vachette Business Services, LTD. | : | Case No. 18-71763 (AST) |
| MDRX Medical Billing, LLC | : | Case No. 18-71764 (AST) |
| Vega Medical Professionals, LLC | : | Case No. 18-71765 (AST) |
| Allegiance Consulting Associates, LLC | : | Case No. 18-71766 (AST) |
| Allegiance Billing & Consulting, LLC | : | Case No. 18-71767 (AST) |
| Phoenix Health, LLC | : | Case No. 18-71789 (AST) |
| New York Network Management, LLC, | : | Case No. 18-74545 (AST) |
| | : | |
| Debtors. | : | (Jointly Administered) |

------------------------------------------------------------- x

## AMENDED NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF NOTICES AND PAPERS

**PLEASE TAKE NOTICE** that, pursuant to 11 U.S.C. § 1109(b) and Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), CC Capital CHT Holdco LLC and CHT Holdco, LLC (together, the "CC Capital Parties"), through their counsel, Troutman Pepper Hamilton Sanders LLP, hereby appear in the above-captioned cases and request that all notices given or required to be given and all papers served or required to be served in these cases and/or related proceedings also be served at the following addresses:

>Alissa K. Piccione
>TROUTMAN PEPPER
>HAMILTON SANDERS LLP
>875 Third Avenue
>New York, New York 10022
>Tel: (212) 704-6000
>Fax: (212) 704-6288
>Email:  Alissa.Piccione@troutman.com
>
>-with a copy to-
>
>J. Timothy Mast
>Bianca DiBella
>TROUTMAN PEPPER
>HAMILTON SANDERS LLP
>600 Peachtree St. NE
>Suite 3000
>Atlanta, GA 30308
>Tel: (404) 885-3000
>Fax: (404) 885-3900
>Email: tim.mast@troutman.com
>           Bianca.DiBella@troutman.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request also includes, without limitation, any notice, application, proposed order, complaint, demand, hearing, motion, petition, pleading, or request, whether formal or informal, whether oral or written, and whether transmitted or conveyed by mail, delivery, telephone, telegraphic, telex, or otherwise filed that may affect or seek to affect the above-captioned Debtors or their property.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Service of Notices and Papers or any subsequent appearance, pleading, claim, or suit shall not be deemed or construed to be a waiver of (i) the right to have final orders in non-core matters entered only after a *de novo* review by a District Court Judge; (ii) the right to have all core matters heard and decided by a District Court Judge; (iii) the right to trial by jury in any proceeding so triable in these cases or any related matter; (iv) the right to have the reference withdrawn by the District

Court in any matter subject to mandatory or discretionary withdrawal; or (v) any other rights, claims, actions, defenses, setoffs, or recoupments to which the CC Capital Parties may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: New York, New York
       January 19, 2022

TROUTMAN PEPPER
HAMILTON SANDERS LLP

By: */s/ Alissa K. Piccione*
    Alissa K. Piccione
    875 Third Avenue
    New York, NY 10022
    Tel.: (212) 704-6000
    Fax: (212) 704-6288
    Email: Alissa.Piccione@troutman.com

-AND-

J. Timothy Mast
Bianca DiBella
600 Peachtree St. NE
Suite 3000
Atlanta, GA 30308
Tel: (404) 885-3000
Fax: (404) 885-3900
Email: tim.mast@troutman.com
       Bianca.DiBella@troutman.com

*Counsel to CC Capital CHT Holdco LLC and CHT Holdco, LLC*