

Reed Smith LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA 90071-1514
+1 213 457 8000
Fax +1 213 457 8080
reedsmith.com

**Benjamin R. Fliegel**
Direct Phone:  +1 213 457 8050
Email:  bfliegel@reedsmith.com

February 2, 2022

**VIA ECF**

Hon. Alan S. Trust, Chief Judge
United States Bankruptcy Court
Eastern District of New York
290 Federal Plaza
Central Islip, NY 11722

  **Re:** *In re Orion Healthcorp, Inc., et al.*, **Main Case Nos. 18-71748-67, 18-71789, 18-74545**
     **Matter of *Ehrenberg v. Kelly, et al.*, Adv. Proc. No. 20-08048 (AST)**

To the Court and All Interested Parties:

  This letter memorializes the issue raised at the January 26, 2022 pre-trial conference scheduled by the court for a number of adversary proceedings in the jointly administered In re Orion Healthcorp, Inc., et al., Main Case Nos. 18-71748-67, 18-71789, 18-74545.

  On January 26, 2022, Adversary Proceeding No. 20-8048 was closed by the Court.  This action appears to have been made in error because the Court did not issue an order of judgment or dismissal, and the parties had not filed a stipulation of dismissal.  Indeed, there are remaining open claims on that docket that Trustee has been and intends to continue pursuing.  At the January 26, 2022 conference, we raised this issue with the Court and requested that the Court instruct the clerk to re-open Adversary Proceeding No. 20-8048.

  For these reasons the Trustee requests the Court re-open Adversary Proceeding No. 20-8048 as administratively closed in error or otherwise advise the parties as to why this docket was administratively closed.

 Very truly yours,

 /s/  *Benjamin R. Fliegel*
Benjamin R. Fliegel
Reed Smith LLP

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦
LOS ANGELES ♦ MIAMI♦ MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦
SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON