**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------- x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| ORION HEALTHCORP, INC. | : | Case No. 18-71748 (AST) |
| CONSTELLATION HEALTHCARE TECHNOLOGIES, INC. | : | Case No. 18-71749 (AST) |
| NEMS ACQUISITION, LLC | : | Case No. 18-71750 (AST) |
| NORTHEAST MEDICAL SOLUTIONS, LLC | : | Case No. 18-71751 (AST) |
| NEMSWEST VIRGINIA, LLC | : | Case No. 18-71752 (AST) |
| PHYSICIANS PRACTICE PLUS, LLC | : | Case No. 18-71753 (AST) |
| PHYSICIANS PRACTICE PLUS HOLDINGS, LLC | : | Case No. 18-71754 (AST) |
| MEDICAL BILLING SERVICES, INC. | : | Case No. 18-71755 (AST) |
| RAND MEDICAL BILLING, INC. | : | Case No. 18-71756 (AST) |
| RMI PHYSICIAN SERVICES CORPORATION | : | Case No. 18-71757 (AST) |
| WESTERN SKIES PRACTICE MANAGEMENT, INC. | : | Case No. 18-71758 (AST) |
| INTEGRATED PHYSICIAN SOLUTIONS, INC. | : | Case No. 18-71759 (AST) |
| NYNMACQUISITION, LLC | : | Case No. 18-71760 (AST) |
| NORTHSTAR FHA, LLC | : | Case No. 18-71761 (AST) |
| NORTHSTAR FIRST HEALTH, LLC | : | Case No. 18-71762 (AST) |
| VACHETTE BUSINESS SERVICES, LTD. | : | Case No. 18-71763 (AST) |
| MDRXMEDICAL BILLING, LLC | : | Case No. 18-71764 (AST) |
| VEGA MEDICAL PROFESSIONALS, LLC | : | Case No. 18-71765 (AST) |
| ALLEGIANCE CONSULTING ASSOCIATES, LLC | : | Case No. 18-71766 (AST) |
| ALLEGIANCE BILLING &CONSULTING, LLC | : | Case No. 18-71767 (AST) |
| PHOENIX HEALTH, LLC | : | Case No. 18-71789 (AST) |
| NEW YORK NETWORK MANAGEMENT, L.L.C. | : | Case No: 18-74545 (AST) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

-------------------------------------------------------------------------- x    **Ref. Docket No. 1036**

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK   )

DAVID RODRIGUEZ, being duly sworn, deposes and says:

1.  I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC[1], located at
    777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am
    not a party to the above-captioned action.

---

[1] Epiq Bankruptcy Solutions, LLC, is now known as Epiq Corporate Restructuring, LLC.

2.  On April 11, 2022, I caused to be served the "Notice of Presentment of Stipulation and Agreed Order Between Liquidating Trustee and New Jersey Innovation Institute, Inc. Regarding Allowance and Payment of Administrative Expense Claim," dated April 11, 2022 [Docket No. 1036], by causing true and correct copies to be:

    a.  enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A, and

    b.  delivered via electronic mail to those parties listed on the annexed Exhibit B.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ David Rodriguez*
David Rodriguez

Sworn to before me this
11th day of April, 2022
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2022

**EXHIBIT A**

CONSTELLATION HEALTH

SERVICE LIST

| Claim Name | Address Information |
|---|---|
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION 2970 MARKET STREET PHILADELPHIA PA 19101-7346 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION P.O. BOX 7346 PHILADELPHIA PA 19101-7346 |
| JQ 1 | (OFFICIAL COMMITEE OF UNSECURED CREDITORS) 100 JERICHO QUADRANGLE, SUITE 106 JERICHO NY 11753 |
| LAW OFFICE OF CHARLES A. GRUEN | ATTN: CHARLES A. GRUEN (COUNSEL TO U.S. BANK NATIONAL ASSOCIATION D/B/A U.S. BANK EQUIPMENT FINANCE) 381 BROADWAY, SUITE 300 WESTWOOD NJ 07675 |
| MACCO & STERN LLP | ATTN: COOPER J. MACCO (COUNSEL FOR EDGE BUSINESS ALLIANZ & MEDLINK COMPUTER SCIENCES) 2950 EXPRESS DRIVE SOUTH, SUITE 109 ISLANDIA NY 11749 |
| OFFICE OF THE ATTORNEY GENERAL | FOR THE STATE OF NEW YORK ATTN: ERIC T. SCHNEIDERMAN THE CAPITOL ALBANY NY 12224-0341 |
| OFFICE OF THE UNITED STATES ATTORNEY FOR EDNY | ATTN: BONNI PERLIN, BANKRUPTCY COORDINATOR CIVIL DIVISION, EDNY, BANKRUPTCY PROCESSING 271-A CADMAN PLAZA EAST BROOKLYN NY 11201 |
| OFFICE OF THE UNITED STATES TRUSTEE | EASTERN DISTRICT OF NEW YORK LONG ISLAND FEDERAL PLAZA COURTHOUSE ATTN: ALFRED M. DIMINO 560 FEDERAL PLAZA CENTRAL ISLIP NY 11722 |
| REED SMITH LLP | ATTN: CHRYSTAL P. MAURO (COUNSEL TO STEEL VALLEY EMERGENCY PHYSICIANS, INC. ("SVEP") 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| ROSENBERG RICH BAKER BERMAN AND COMPANY | ATTN: MANAGING PARTNER 265 DAVIDSON AVENUE, SUITE 210 SOMERSET NJ 08873 |
| SECURITIES EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE ANDREW CALAMARI, REGIONAL DIRECTOR BROOKFIELD PLACE; 200 VESEY ST, STE 400 NEW YORK NY 10281-1022 |
| SECURITIES EXCHANGE COMMISSION | 100 F STREET, NE WASHINGTON DC 20549 |
| U.S. DEPARTMENT OF JUSTICE | ATTN: SETH SHAPIRO CIVIL DIVISION, COMMERICAL LITIGATION BRANCH P.O. BOX 875 BRANCH FRANKLIN STATION WASHINGTON DC 20044 |
| U.S. DEPARTMENT OF JUSTICE | 950 PENNSYLVANIA AVENUE, NW WASHINGTON DC 20530-0001 |

**Total Creditor count  14**

**Constellation Health**
**Additional Mail Service List**

THALER LAW FIRM PLLC
ATTN: ANDREW M. THALER, ESQ.
675 OLD COUNTRY ROAD
WESTBURY, NY 11590

**EXHIBIT B**

**Constellation Health**
**Electronic Mail Master Service List**

| | |
|---|---|
| ALLIANCE HEALTH SCIENCES | info@alliancediagnostics.com |
| CHAPMAN AND CUTLER FOR BMO HARRIS BANK | stetro@chapman.com |
| CHRISTINE COHEN | chriscohen55@yahoo .com |
| COMMONWEALTH OF PA, OFFICE OF UCTS, DOL & INDUSTRY | ra-li-ucts-bankrupt@state.pa.us |
| KEYBANK NATIONAL ASSOCIATION | bob_j_burns@keybank.com |
| KOLB RADIOLOGY, PC | tkolbmd@yahoo.com |
| L'ABBATE BALKAN FOR ROBINSON BROG, ET AL | mrice@lbcclaw.com |
| LINEBARGER GOGGAN FOR HARRIS COUNTY, CYPRESS-FAIRBANKS ISD | houston_bankruptcy@publicans.com |
| MOORE & VAN ALLEN FOR BANK OF AMERICA | davideades@mvalaw.com; treyrayburn@mvalaw.com; zacharysmith@mvalaw.com; jimlangdon@mvalaw.com; gabrielmathless@mvalaw.com |
| PACHULSKI STANG FOR UNSECURED CREDITORS COMMITTEE | ischarf@pszjlaw.com; rmikels@pszjlaw.com |
| QUINN EMANUEL FOR ROBINSON BROG; AND PAVANDEEP BAKHSKI | alexspiro@quinnemanuel.com; lindsayweber@quinnemanuel.com |
| REED SMITH LLP FOR WOODFOREST & STIFEL | clynch@reedsmith.com; kgwynne@reedsmith.com; crivas@reedsmith.com |
| TROUTMAN SANDERS FOR CC CAPITAL MGMT, LLC | mitchel.perkiel@troutmansanders.com; elinora.velazquez@troutmansanders.com |
| U.S. DEPT OF JUSTICE - CIVIL DIVISION | seth.shapiro@usdoj.gov |
| LAMONICA HERBST & MANISCALCO, LLP | sl@lhmlawfirm.com; awofse@lhmlawfirm.com |
| HAHN & HESSEN LLP | JAmato@hahnhessen.com; JOrbach@hahnhessen.com; BRose@hahnhessen.com; mpower@hahnhessen.com |
| MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, PC | fearley@mintz.com; djpicca@mintz.com; pjricotta@mintz.com; krwalsh@mintz.com |
| SPROUSE LAW FIRM | msprouse@sprousepllc.com |
| WINDELS MARX LANE & MITTENDORF, LLP FOR PARMAR & NON-DEBTORS | csimpson@windelsmarx.com; jhoffman@windelsmarx.com |
| HAHN & HESSEN LLP | jamato@hahnhessen.com |
| MORITT HOCK & HAMROFF LLP | tdriscoll@moritthock.com |
| MORITT HOCK & HAMROFF LLP | lberkoff@moritthock.com |
| THALER LAW FIRM PLLC | athaler@athalerlaw.com |
| MUCHMORE & ASSOCIATES PLLC | mtravis@muchmorelaw.com |

| | |
|---|---|
| QUINN EMANUEL FOR PAVANDEEP BAKHSKI | andrewmarks@quinnemanuel.com; colingillespie@quinnemanuel.com; |
| BAKER BOTTS L.L.P.  FOR HEALTHTEK SOLUTIONS | chris.newcomb@bakerbotts.com |
| WILMER CUTLER PICKERING HALE AND DORR LLP | lauren.lifland@wilmerhale.com |
| ROSEN & ASSOCIATES, P.C. | srosen@rosenpc.com |
| STATE OF MICHIGAN ATTORNEY GENERAL | harrisj12@michigan.gov |
| TROUTMAN PEPPER HAMILTON SANDERS LLP | Alissa.Piccione@troutman.com; tim.mast@troutman.com; Bianca.DiBella@troutman.com |
| TROUTMAN SANDERS FOR CC CAPITAL MGMT, LLC | david.dantzler@troutman.com |
| DUANE MORRIS LLP | cbelmonte@duanemorris.com; pbosswick@duanemorris.com |
| SILVERMAN ACAMPORA | AAcampora@SilvermanAcampora.com; RFriedman@SilvermanAcampora.com; BPowers@SilvermanAcampora.com |