# UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF NEW YORK

REGION 2

In re: ORION HEALTHCORP, INC., ET AL.,   §   Case No. 18-71748
§
§
Debtor(s)   §   ☐ Jointly Administered

## Post-confirmation Report

Chapter 11

Quarter Ending Date: 06/30/2022　　　　　　　　　　　　　　　Petition Date: 03/16/2018

Plan Confirmed Date: 02/26/2019　　　　　　　　　　　　　　　Plan Effective Date: 03/01/2019

This Post-confirmation Report relates to:  ○ Reorganized Debtor

⦿ Other Authorized Party or Entity: Howard M. Ehrenberg, Liquidating Trustee

Name of Authorized Party or Entity

/s/Christopher R. Belmonte　　　　　　　　　　C.R. Belmonte, Counsel for Liquidating Trustee
Signature of Responsible Party　　　　　　　　　Printed Name of Responsible Party

07/19/2022
Date

Duane Morris LLP
230 Park Avenue, Suite 1130
New York, NY 10169-0079
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name ORION HEALTHCORP, INC., ET AL.,    Case No. 18-71748

## Part 1: Summary of Post-confirmation Transfers

|  | Current Quarter | Total Since Effective Date |
|---|---:|---:|
| a. Total cash disbursements | $1,603,094 | $64,379,099 |
| b. Non-cash securities transferred | $0 | $0 |
| c. Other non-cash property transferred | $0 | $0 |
| d. Total transferred (a+b+c) | $1,603,094 | $64,379,099 |

## Part 2: Preconfirmation Professional Fees and Expenses

| | | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---:|---:|---:|---:|
| a. | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor | | *Aggregate Total* | $783,114 | $20,760,984 | $783,114 | $20,760,984 |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | DLA Piper LLC (US) | Other | $108,233 | $2,596,009 | $108,233 | $2,596,009 |
| | ii | Duane Morris LLP | Local Counsel | $9,670 | $210,206 | $9,670 | $210,206 |
| | iii | FTI Consulting, Inc. | Financial Professional | $95,422 | $2,037,834 | $95,422 | $2,037,834 |
| | iv | Holthouse Carlin & Van Tright | Financial Professional | $7,375 | $637,375 | $7,375 | $637,375 |
| | v | Howard M. Ehrenberg | Other | $30,000 | $660,000 | $30,000 | $660,000 |
| | vi | Reed Smith LLP | Local Counsel | $159,985 | $1,076,191 | $159,985 | $1,076,191 |
| | vii | SulmeyerKupetz | Local Counsel | $79,605 | $1,508,146 | $79,605 | $1,508,146 |
| | viii | Thompson Coburn | Other | $226,778 | $1,712,790 | $226,778 | $1,712,790 |
| | ix | Hahn & Hessen LLP | Local Counsel | $0 | $2,700,772 | $0 | $2,700,772 |
| | x | Pachulski Stang Ziehl & Jones | Special Counsel | $0 | $1,844,491 | $0 | $1,844,491 |
| | xi | Laglante PLLC | Special Counsel | $0 | $31,473 | $0 | $31,473 |
| | xii | Thomas, Alexander, Forrester | Special Counsel | $0 | $4,699,862 | $0 | $4,699,862 |
| | xiii | Schnader Harrison Segal & Lew | Other | $0 | $14,271 | $0 | $14,271 |
| | xiv | Potter Anderson Corron, LLP | Special Counsel | $0 | $12,272 | $0 | $12,272 |
| | xv | GlassRatner Advisory & Capita | Financial Professional | $0 | $103,678 | $0 | $103,678 |
| | xvi | Baker & Hosteler LLP | Other | $0 | $3,321 | $0 | $3,321 |
| | xvii | CBiz Accounting, Tax and Adv | Financial Professional | $0 | $37,238 | $0 | $37,238 |
| | xviii | B. Riley Advisory Services | Other | $0 | $10,000 | $0 | $10,000 |
| | xix | Grant Thornton LLP | Financial Professional | $38,040 | $58,040 | $38,040 | $58,040 |
| | xx | Otterbourg | Other | $0 | $490,118 | $0 | $490,118 |
| | xxi | Phillips ADR, P.C. | Local Counsel | $0 | $6,600 | $0 | $6,600 |
| | xxii | Satterlee Stephens LLP | Local Counsel | $0 | $68,483 | $0 | $68,483 |
| | xxiii | Jams | Other | $2,914 | $130,338 | $2,914 | $130,338 |
| | xxiv | Epiq Corporate Restructuring L | Other | $15,092 | $101,476 | $15,092 | $101,476 |
| | xxv | Lindabury, McCormick, Esabro | Local Counsel | $10,000 | $10,000 | $10,000 | $10,000 |
| | xxvi | | | | | | |
| | xxvii | | | | | | |
| | xxviii | | | | | | |
| | xxix | | | | | | |

Debtor's Name ORION HEALTHCORP, INC., ET AL.,                                                    Case No. 18-71748

| | | | | | | |
|---|---|---|---|---|---|---|
| | xxx | | | | | | |
| | xxxi | | | | | | |
| | xxxii | | | | | | |
| | xxxiii | | | | | | |
| | xxxiv | | | | | | |
| | xxxv | | | | | | |
| | xxxvi | | | | | | |
| | xxxvii | | | | | | |
| | xxxvii | | | | | | |
| | xxxix | | | | | | |
| | xl | | | | | | |
| | xli | | | | | | |
| | xlii | | | | | | |
| | xliii | | | | | | |
| | xliv | | | | | | |
| | xlv | | | | | | |
| | xlvi | | | | | | |
| | xlvii | | | | | | |
| | xlviii | | | | | | |
| | xlix | | | | | | |
| | l | | | | | | |
| | li | | | | | | |
| | lii | | | | | | |
| | liii | | | | | | |
| | liv | | | | | | |
| | lv | | | | | | |
| | lvi | | | | | | |
| | lvii | | | | | | |
| | lviii | | | | | | |
| | lix | | | | | | |
| | lx | | | | | | |
| | lxi | | | | | | |
| | lxii | | | | | | |
| | lxiii | | | | | | |
| | lxiv | | | | | | |
| | lxv | | | | | | |
| | lxvi | | | | | | |
| | lxvii | | | | | | |
| | lxviii | | | | | | |
| | lxix | | | | | | |
| | lxx | ORION HEALTHCORP, INC., ET AL., | | | | Case No. | 18-71748 |
| | lxxi | | | | | | |

Debtor's Name ORION HEALTHCORP, INC., ET AL.,                    Case No. 18-71748

|   |         |   |   |   |   |   |   |
|---|---------|---|---|---|---|---|---|
|   | lxxii   |   |   |   |   |   |   |
|   | lxxiii  |   |   |   |   |   |   |
|   | lxxiv   |   |   |   |   |   |   |
|   | lxxv    |   |   |   |   |   |   |
|   | lxxvi   |   |   |   |   |   |   |
|   | lxxvii  |   |   |   |   |   |   |
|   | lxxviii |   |   |   |   |   |   |
|   | lxxix   |   |   |   |   |   |   |
|   | lxxx    |   |   |   |   |   |   |
|   | lxxxi   |   |   |   |   |   |   |
|   | lxxxii  |   |   |   |   |   |   |
|   | lxxxiii |   |   |   |   |   |   |
|   | lxxxiv  |   |   |   |   |   |   |
|   | lxxxv   |   |   |   |   |   |   |
|   | lxxxvi  |   |   |   |   |   |   |
|   | lxxxvi  |   |   |   |   |   |   |
|   | lxxxvi  |   |   |   |   |   |   |
|   | lxxxix  |   |   |   |   |   |   |
|   | xc      |   |   |   |   |   |   |
|   | xci     |   |   |   |   |   |   |
|   | xcii    |   |   |   |   |   |   |
|   | xciii   |   |   |   |   |   |   |
|   | xciv    |   |   |   |   |   |   |
|   | xcv     |   |   |   |   |   |   |
|   | xcvi    |   |   |   |   |   |   |
|   | xcvii   |   |   |   |   |   |   |
|   | xcviii  |   |   |   |   |   |   |
|   | xcix    |   |   |   |   |   |   |
|   | c       |   |   |   |   |   |   |
|   | ci      |   |   |   |   |   |   |

|      |                                                                                           |           |           | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|------|-------------------------------------------------------------------------------------------|-----------|-----------|--------------------------|---------------------|----------------------|-----------------|
| b.   | Professional fees & expenses (nonbankruptcy) incurred by or on behalf of the debtor    *Aggregate Total* |           |           | $0                       | $0                  | $0                   | $0              |
|      | *Itemized Breakdown by Firm*                                                              |           |           |                          |                     |                      |                 |
|      |                                                                                           | Firm Name | Role      |                          |                     |                      |                 |
|      | i                                                                                         |           |           | $0                       | $0                  | $0                   | $0              |
|      | ii                                                                                        |           |           |                          |                     |                      |                 |
|      | iii                                                                                       |           |           |                          |                     |                      |                 |
|      | iv                                                                                        |           |           |                          |                     |                      |                 |
|      | v                                                                                         |           |           |                          |                     |                      |                 |
|      | vi                                                                                        |           |           |                          |                     |                      |                 |

Debtor's Name ORION HEALTHCORP, INC., ET AL.,                                                    Case No. 18-71748

| | | | | | | |
|---|---|---|---|---|---|---|
| | vii | | | | | |
| | viii | | | | | |
| | ix | | | | | |
| | x | | | | | |
| | xi | | | | | |
| | xii | | | | | |
| | xiii | | | | | |
| | xiv | | | | | |
| | xv | | | | | |
| | xvi | | | | | |
| | xvii | | | | | |
| | xviii | | | | | |
| | xix | | | | | |
| | xx | | | | | |
| | xxi | | | | | |
| | xxii | | | | | |
| | xxiii | | | | | |
| | xxiv | | | | | |
| | xxv | | | | | |
| | xxvi | | | | | |
| | xxvii | | | | | |
| | xxviii | | | | | |
| | xxix | | | | | |
| | xxx | | | | | |
| | xxxi | | | | | |
| | xxxii | | | | | |
| | xxxiii | | | | | |
| | xxxiv | | | | | |
| | xxxv | | | | | |
| | xxxvi | | | | | |
| | xxxvii | | | | | |
| | xxxvii | | | | | |
| | xxxix | | | | | |
| | xl | | | | | |
| | xli | | | | | |
| | xlii | | | | | |
| | xliii | | | | | |
| | xliv | | | | | |
| | xlv | | | | | |
| | xlvi | | | | | |
| | xlvii | | | | | |
| | xlviii | | | | | |

Debtor's Name ORION HEALTHCORP, INC., ET AL., Case No. 18-71748

| | | | | | | |
|---|---|---|---|---|---|---|
| | xlix | | | | | |
| | l | | | | | |
| | li | | | | | |
| | lii | | | | | |
| | liii | | | | | |
| | liv | | | | | |
| | lv | | | | | |
| | lvi | | | | | |
| | lvii | | | | | |
| | lviii | | | | | |
| | lix | | | | | |
| | lx | | | | | |
| | lxi | | | | | |
| | lxii | | | | | |
| | lxiii | | | | | |
| | lxiv | | | | | |
| | lxv | | | | | |
| | lxvi | | | | | |
| | lxvii | | | | | |
| | lxviii | | | | | |
| | lxix | | | | | |
| | lxx | | | | | |
| | lxxi | | | | | |
| | lxxii | | | | | |
| | lxxiii | | | | | |
| | lxxiv | | | | | |
| | lxxv | | | | | |
| | lxxvi | | | | | |
| | lxxvii | | | | | |
| | lxxviii | | | | | |
| | lxxix | | | | | |
| | lxxx | | | | | |
| | lxxxi | | | | | |
| | lxxxii | | | | | |
| | lxxxiii | | | | | |
| | lxxxiv | | | | | |
| | lxxxv | | | | | |
| | lxxxvi | | | | | |
| | lxxxvi | | | | | |
| | lxxxvi | | | | | |
| | lxxxix | | | | | |
| | xc | | | | | |

Debtor's Name ORION HEALTHCORP, INC., ET AL.,                    Case No. 18-71748

| | | | | | | |
|---|---|---|---|---|---|---|
| | xci | | | | | |
| | xcii | | | | | |
| | xciii | | | | | |
| | xciv | | | | | |
| | xcv | | | | | |
| | xcvi | | | | | |
| | xcvii | | | | | |
| | xcviii | | | | | |
| | xcix | | | | | |
| | c | | | | | |
| | ci | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | $783,114 | $20,760,984 | $783,114 | $20,760,984 |

**Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan**

| | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
|---|---|---|---|---|---|
| a. Administrative claims | $0 | $23,000 | $19,517,187 | $19,517,187 | 100% |
| b. Secured claims | $50,000,000 | $4,750,000 | $50,250,000 | $50,000,000 | 101% |
| c. Priority claims | $0 | $0 | $0 | $0 | 0% |
| d. General unsecured claims | $50,000,000 | $0 | $0 | $210,000,000 | 0% |
| e. Equity interests | $0 | $0 | $0 | | |

**Part 4: Questionnaire**

a. Is this a final report?                                                                                Yes ○  No ●

   If yes, give date Final Decree was entered: _____

   If no, give date when the application for Final Decree is anticipated:    12/31/2022

b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?    Yes ●  No ○

Debtor's Name ORION HEALTHCORP, INC., ET AL.,  Case No. 18-71748

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information and provision of this information is mandatory. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6) and to otherwise evaluate whether a reorganized chapter 11 debtor is performing as anticipated under a confirmed plan. Disclosure of this information may be to a bankruptcy trustee when the information is needed to perform the trustee's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case, or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Post-confirmation Report and its attachments, if any, are true and correct and that I have been authorized to sign this report.**

/s/Howard M. Ehrenberg  
Signature of Responsible Party  
Liquidating Trustee  
Title

Howard M. Ehrenberg  
Printed Name of Responsible Party  
07/19/2022  
Date

Debtor's Name ORION HEALTHCORP, INC., ET AL., Case No. 18-71748


Page 1


Other Page 1

Page 2 Minus Tables

Bankruptcy Table 1-50

UST Form 11-PCR (12/01/2021) 9

Debtor's Name ORION HEALTHCORP, INC., ET AL., Case No. 18-71748



Bankruptcy Table 51-100

Non-Bankruptcy Table 1-50

Non-Bankruptcy Table 51-100

Part 3, Part 4, Last Page

UST Form 11-PCR (12/01/2021) 10