**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

In re:

Orion HealthCorp, Inc., *et al.*,

                      Debtors.

------------------------------------------------------------x

Chapter 11

Case No. 18-71748-67 (AST)
Case No. 18-71789 (AST)
Case No. 18-74545 (AST)

Jointly Administered.

### ORDER GRANTING LIQUIDATING TRUSTEE'S MOTION OBJECTING TO CLAIM NO. 240 FILED BY CONSTELLATION HEALTH INVESTMENT, LLC

Howard M. Ehrenberg (the "Liquidating Trustee"), in his capacity as the Liquidating Trustee under that *Liquidating Trust Agreement* by and among Orion HealthCorp, Inc., Constellation Healthcare Technologies, Inc., and certain of their affiliates (collectively, the "Debtors" or "Debtor Entities"), by and through his attorneys, submitted the *Liquidating Trustee's Motion Objecting to Claim No. 240 Filed by Constellation Health Investment, LLC* (the "Claim Objection"). Based on the Claim Objection, and the evidence in support thereof, the Court finds that Claim No. 240 filed by Constellation Health Investment, LLC shall be disallowed in its entirety and expunged from the claims register.

The Court having further determined that the Claim Objection is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and due and sufficient notice of the Claim Objection having been given under the particular circumstances; and it appearing that no other or further notice need be provided; and after due deliberation thereon; and good and sufficient cause appearing therefor, it is hereby:

      **ORDERED, ADJUDGED, AND DECREED that:**

      1.    The Claim Objection is hereby sustained.

      2.    The Motion is GRANTED.

3. Claim No. 240 filed by Constellation Health Investment, LLC is disallowed in its entirety and ordered expunged from the claims register.

4. The Liquidating Trustee, the Clerk of this Court, and the Claims Agent, Epiq Bankruptcy Solutions, LLC, shall have the authority to take all actions necessary or appropriate to give effect to this Order.

5. The Liquidating Trustee retains any and all rights to object to Claim No. 240 filed by Constellation Health Investment, LLC on any other grounds as may become necessary.

6. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation or interpretation of this Order.



**Dated: October 4, 2022**
**Central Islip, New York**

_____
**Alan S. Trust**
**Chief United States Bankruptcy Judge**