**From:** ecf_bounces@nyed.uscourts.gov <ecf_bounces@nyed.uscourts.gov>
**Sent:** Wednesday, October 19, 2022 5:00:40 PM (UTC+00:00) Monrovia, Reykjavik
**To:** nobody@nyed.uscourts.gov <nobody@nyed.uscourts.gov>
**Subject:** Activity in Case 2:22-cv-06311-GRB Constellation Health Investment LLC v. Ehrenberg Bankruptcy Appeal

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

# U.S. District Court

# Eastern District of New York

## Notice of Electronic Filing

The following transaction was entered on 10/19/2022 at 1:00 PM EDT and filed on 10/18/2022

**Case Name:**     Constellation Health Investment LLC v. Ehrenberg
**Case Number:**   2:22-cv-06311-GRB
**Filer:**         Constellation Health Investment LLC
**Document Number:** 1

**Docket Text:**
**Notice of APPEAL FROM BANKRUPTCY COURT. Bankruptcy Court case number 8-18-71748-ast., filed by Constellation Health Investment LLC. (Attachments: # (1) USBC Transmittal, # (2) USBC Docket Sheet, # (3) USBC Documents, # (4) Civil Cover Sheet, # (5) USBC Notice of Recipients) (DF)**

**2:22-cv-06311-GRB Notice has been electronically mailed to:**

Anthony F. Giuliano     afg@glpcny.com, asm@pryormandelup.com

John P. Amato     jamato@hahnhessen.com, JSamper@hahnhessen.com, docketnyc@thompsoncoburn.com

Mark Thomas Power     mpower@hahnhessen.com

Stan Yuon Yang    stan.y.yang@usdoj.gov

**2:22-cv-06311-GRB Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP NYEDStamp_ID=875559751 [Date=10/19/2022] [FileNumber=17289526-0
] [7663a80089f770c2cfa38d31937c56361a858600da58c63b0e30fe8f092406b1dbf
28261dd6a1f15e95a51d15791589b414f5db35cf9790d90d6b57404bf01fe]]
**Document description:** USBC Transmittal
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP NYEDStamp_ID=875559751 [Date=10/19/2022] [FileNumber=17289526-1
] [ecbd0b9201b97f6c7eef4dbc3bd32306db5b3cbf6da048086350616566d0b2d898c
be9769f1c1c10a3a22770b6ed2ab3bc34b5a9d7d58b6e4c12807dca79d9ed]]
**Document description:** USBC Docket Sheet
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP NYEDStamp_ID=875559751 [Date=10/19/2022] [FileNumber=17289526-2
] [da6d9d5235f3e036342355e2c0605ea5084d280d08cd01d38b844d1a4206da8bd2f
99dd32371ad754f20da3563d00396b3808194344f6bab5f5c7e407ce73932]]
**Document description:** USBC Documents
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP NYEDStamp_ID=875559751 [Date=10/19/2022] [FileNumber=17289526-3
] [cf4fe5ed2d959a39f32230fbac92cfd8b727771e05eae8a1b7e4d1b342492181dab
25d3a2697152171ff12a20afac13367225e80f297e142db98604e9b22b63b]]
**Document description:**Civil Cover Sheet
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP NYEDStamp_ID=875559751 [Date=10/19/2022] [FileNumber=17289526-4
] [5cba9dcf84d3f392d7bd352bad9f2ecc7efed9776fc7380702bc3c78a7ad670d4f4
c2eeb21a8cd3556ba4eb834ce3fc4c6545bd533ba20b97544b0c8a0e5e45c]]
**Document description:** USBC Notice of Recipients
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP NYEDStamp_ID=875559751 [Date=10/19/2022] [FileNumber=17289526-5
] [ab1e3d6ddf7510a519a67fd997c00e1d4ba4d2d60700d629615847fda72aa774696
c419f3b18e7eb788fa4cee52777e709bfcd347d37f39a1ff26f8753411add]]