

445 Broadhollow Road
Suite 25
Melville, NY 11747
(516) 792-9800

Anthony F. Giuliano, Esq.
Direct: (516) 792-6977
Office: (516) 792-9800
afg@glpcny.com

November 6, 2022

**<u>VIA ECF</u>**
Clerk of the Bankruptcy Court
U.S. Bankruptcy Court,
Eastern District of N.Y.
Alfonse M. D'Amato U.S. Courthouse
290 Federal Plaza
Central Islip, NY 11722

      Re:   Orion Healthcorp, Inc. No. 18-71748
            Civ. Case No. 22-cv-06311

Dear Clerk of the Court:

    Giuliano Law PC represents Constellation Health Investments, LLC ("Appellant"), the Appellant in the above-referenced action. Please be advised that on November 2, 2022, the District Court entered an order extending Appellant's time to file the Statement of Issues on Appeal and Record on Appeal until November 18, 2022, in connection with an appeal of the Bankruptcy Courts Order expunging the claim of Appellant. Attached see docket of appeal.

    If you have any further questions feel free to contact me.

                            Respectfully submitted,

                            *<u>s/ Anthony F. Giuliano</u>*
                            Anthony F. Giuliano
                            445 Broadhollow Rd., Ste. 25
                            Melville, NY 11747
                            (516) 792-9800
                            afg@glpcny.com

AFG:gsw

# U.S. District Court
## Eastern District of New York (Central Islip)
### CIVIL DOCKET FOR CASE #: 2:22-cv-06311-GRB

| | |
|---|---|
| Constellation Health Investment LLC v. Ehrenberg<br>Assigned to: Judge Gary R. Brown<br>Case in other court: US Bankruptcy Court EDNY, 8-18-71748-ast<br>Cause: 28:1334 Bankruptcy Appeal | Date Filed: 10/18/2022<br>Jury Demand: None<br>Nature of Suit: 422 Bankruptcy Appeal (801)<br>Jurisdiction: Federal Question |

**In Re**

**Orion HealthCorp, Inc., et al.**
*Debtors*

**Appellant**

**Constellation Health Investment LLC**    represented by    **Anthony F. Giuliano**
Giuliano Law, P.C.
445 Broadhollow Road
Suite 25
Melville, NY 11747
(516) 792-9800
Email: afg@glpcny.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Appellee**

**Howard M. Ehrenberg**    represented by    **John P. Amato**
*Liquidating Trustee*
Thompson Coburn Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022
(212) 478-7380
Fax: (212) 478-7200
Email: jamato@hahnhessen.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark Thomas Power**
Thompson Coburn Hahn & Hessen LLP
488 Madison Avenue

New York, NY 10022
(212) 478-7350
Fax: (212) 478-7400
Email: mpower@hahnhessen.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Trustee**

| | | |
|---|---|---|
| **United States Trustee** | represented by | **Stan Yuon Yang** |

Office of US Trustee
560 Federal Plaza
Central Islip, NY 11722
(631) 715-7800
Fax: (631) 715-7777
Email: stan.y.yang@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/18/2022 | 1 | Notice of APPEAL FROM BANKRUPTCY COURT. Bankruptcy Court case number 8-18-71748-ast., filed by Constellation Health Investment LLC. (Attachments: # 1 USBC Transmittal, # 2 USBC Docket Sheet, # 3 USBC Documents, # 4 Civil Cover Sheet, # 5 USBC Notice of Recipients) (DF) (Entered: 10/19/2022) |
| 10/19/2022 | | Notice that appeal from the Bankruptcy Court has been docketed. Parties shall file with the Bankruptcy Clerk their designations of items to be included in the record and statement of issues to be presented pursuant to Federal Rule of Bankruptcy Procedure 8009. USBC Case No. 8-18-71748-ast. (DF) (Entered: 10/19/2022) |
| 11/01/2022 | 2 | Consent MOTION for Extension of Time to File *Designation of Issues and Record on Appeal* by Constellation Health Investment LLC. (Giuliano, Anthony) (Entered: 11/01/2022) |
| 11/02/2022 | | ORDER granting 2 Motion for Extension of Time to File. Application granted, on consent. Appellant's designation of issues and record on appeal is due November 18, 2022. Appellee's designation of additional items to be included in record is due December 2, 2022. Ordered by Judge Gary R. Brown on 11/2/2022. c/ecf (LJ) (Entered: 11/02/2022) |