UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
: Chapter 11
:
In re: : Case No. 18-71748 (AST)
:
ORION HEALTHCORP, INC., *ET AL.,* : (Jointly Administered)
:
Debtors. : **Ref. Docket No. 1068**
:
------------------------------------------------------------- x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                   ) ss.:
COUNTY OF NEW YORK )

SHARNA WILSON, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC[1], located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 11, 2022, I caused to be served the "Post-Confirmation Report," dated November 10, 2022 [Docket No. 1068], by causing true and correct copies to be:

   a. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit A</u>, and

   b. delivered via electronic mail to those parties listed on the annexed <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Sharna Wilson*
Sharna Wilson

Sworn to before me this
14th day of November, 2022
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2026

---

[1] Epiq Bankruptcy Solutions, LLC, is now known as Epiq Corporate Restructuring, LLC.

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| BAKER BOTTS L.L.P. | ATTN: CHRISTOPHER NEWCOMB (COUNSEL TO HEALTHTEK SOLUTIONS, LLC) 30 ROCKEFELLER PLAZA NEW YORK NY 10112 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION 2970 MARKET STREET PHILADELPHIA PA 19101-7346 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION P.O. BOX 7346 PHILADELPHIA PA 19101-7346 |
| JQ 1 | (OFFICIAL COMMITEE OF UNSECURED CREDITORS) 100 JERICHO QUADRANGLE, SUITE 106 JERICHO NY 11753 |
| LAW OFFICE OF CHARLES A. GRUEN | ATTN: CHARLES A. GRUEN (COUNSEL TO U.S. BANK NATIONAL ASSOCIATION D/B/A U.S. BANK EQUIPMENT FINANCE) 381 BROADWAY, SUITE 300 WESTWOOD NJ 07675 |
| MACCO & STERN LLP | ATTN: COOPER J. MACCO (COUNSEL FOR EDGE BUSINESS ALLIANZ & MEDLINK COMPUTER SCIENCES) 2950 EXPRESS DRIVE SOUTH, SUITE 109 ISLANDIA NY 11749 |
| OFFICE OF THE ATTORNEY GENERAL | FOR THE STATE OF NEW YORK ATTN: ERIC T. SCHNEIDERMAN THE CAPITOL ALBANY NY 12224-0341 |
| OFFICE OF THE UNITED STATES ATTORNEY FOR EDNY | ATTN: BONNI PERLIN, BANKRUPTCY COORDINATOR CIVIL DIVISION, EDNY, BANKRUPTCY PROCESSING 271-A CADMAN PLAZA EAST BROOKLYN NY 11201 |
| OFFICE OF THE UNITED STATES TRUSTEE | EASTERN DISTRICT OF NEW YORK LONG ISLAND FEDERAL PLAZA COURTHOUSE ATTN: ALFRED M. DIMINO 560 FEDERAL PLAZA CENTRAL ISLIP NY 11722 |
| REED SMITH LLP | ATTN: CHRYSTAL P. MAURO (COUNSEL TO STEEL VALLEY EMERGENCY PHYSICIANS, INC. ("SVEP") 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| ROSENBERG RICH BAKER BERMAN AND COMPANY | ATTN: MANAGING PARTNER 265 DAVIDSON AVENUE, SUITE 210 SOMERSET NJ 08873 |
| SECURITIES EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE ANDREW CALAMARI, REGIONAL DIRECTOR BROOKFIELD PLACE; 200 VESEY ST, STE 400 NEW YORK NY 10281-1022 |
| SECURITIES EXCHANGE COMMISSION | 100 F STREET, NE WASHINGTON DC 20549 |
| U.S. DEPARTMENT OF JUSTICE | ATTN: SETH SHAPIRO CIVIL DIVISION, COMMERICAL LITIGATION BRANCH P.O. BOX 875 BRANCH FRANKLIN STATION WASHINGTON DC 20044 |
| U.S. DEPARTMENT OF JUSTICE | 950 PENNSYLVANIA AVENUE, NW WASHINGTON DC 20530-0001 |

**Total Creditor count 15**

# CONSTELLATION HEALTH
## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| ALABAMA DEPT OF REVENUE | 50 N RIPLEY ST MONTGOMERY AL 36104 |
| ALIEF INDEPENDENT SCHOOL DISTRICT | PO BOX 368 ALIEF TX 77411 |
| ALIEF ISD TAX OFFICE | PO BOX 368 ALIEF TX 77411 |
| ANN HARRIS BENNETT, HARRIS COUNTY TAX | ASSESSOR-COLLECTOR VOTER REGISTRAR P. O. BOX 4622 HOUSTON TX 77210-4622 |
| ANN HARRIS BENNETT, HARRIS COUNTY TAX | ASSESSOR COLLECTOR VOTER REGISTRAR 1001 PRESTON ST HOUSTON TX 77210-4622 |
| BOARD OF EQUALIZATION | 3321 POWER INN RD STE 210 SALINAS CA 93901 |
| BUTLER COUNTY TREASURE | GOVERNMENT SVC CENTER 315 HIGH STREET, 10TH FLOOR HAMILTON OH 45011 |
| BUTLER COUNTY TREASURERS OFFICE | GOVERNMENT SERVICES CENTER 315 HIGH STREET, 10TH FLOOR HAMILTON OH 45011 |
| CALIFORNIA FRANCHISE TAX BOARD | CHIEF COUNSEL C/O GENERAL COUNSEL SECTION PO BOX 1720, MS: A-26 RANCHO CORDOVA CA 95741-1720 |
| CALIFORNIA FRANCHISE TAX BOARD | BANKRUPTCY SECTION, MS: A340 PO BOX 2953 SACRAMENTO CA 95812-2952 |
| CITY OF ALLIANCE INCOME TAX | 504 EAST MAIN STREET P O BOX 2025 ALLIANCE OH 44601-0025 |
| CITY OF MARIETTA INCOME TAX DEPT | 308 PUTNAM STREET MARIETTA OH 45750-1627 |
| CITY OF PARKERSBURG | FINANCE DEPARTMENT PO BOX 1627 PARKERSBURG WV 26102 |
| CITY OF SIMI VALLEY | 2929 TAPO CANYON ROAD P.O. BOX 1680 SIMI VALLEY CA 93062-1680 |
| COLORADO DEPARTMENT OF REVENUE | PO BOX 17087 DENVER CO 80217-0087 |
| COLORADO DEPARTMENT OF REVENUE | 1375 SHERMAN ST. DENVER CO 80261-0005 |
| COMMONWEALTH OF PENNSYLVANIA | BUREAU OF MOTOR VEHICLES HARRISBURG PA 17104-2516 |
| DELAWARE DIV OF REVENUE/BANKRUPTCY SVCS | ATTN: ZILLAH A. FRAMPTON, BANKRUPTCY ADMINISTRATOR CARVEL STATE OFFICE BLDG 8TH FL WILMINGTON DE 19801 |
| DELAWARE DIVISION OF REVENUE | P.O. BOX 2044 WILMINGTON DE 19899-2044 |
| DELAWARE DIVISION OF REVENUE | 820 N FRENCH ST WILMINGTON DE 19899-2044 |
| DELAWARE SECRETARY OF STATE | DIVISION OF CORPORATIONS PO BOX 5509 BINGHAMTON NY 13902-5509 |
| DON SUMNERS CPA RTA | HOUSTON TX 77002 |
| DOUGLAS COUNTY TREASURER | CO UNITED RESOURCE SYSTEMS 3501TELLER STREET LAKEWOOD CO 80235 |
| FLORIDA DEPT OF REVENUE | BANKRUPTCY UNIT PO BOX 6668 TALLAHASSEE FL 32314-6668 |
| FRANCHISE TAX BOARD | P. O. BOX 942857 SACRAMENTO CA 94257-0500 |
| FRANCHISE TAX BOARD | 9646 BUTTERFIELD WAY SACRAMENTO CA 94257-0500 |
| GEORGIA DEPARTMENT OF REVENUE | PROCESSING CENTER P.O. BOX 740397 ATLANTA GA 30374-0397 |
| GEORGIA DEPARTMENT OF REVENUE | 1800 CENTURY BLVD.NE ATLANTA GA 30374-0397 |
| GEORGIA DEPT OF REVENUE | COMPLIANCE DIVISION ARCS - BANKRUPTCY 1800 CENTURY BLVD NE STE 9100 ATLANTA GA 30345-3202 |
| GWINNETT COUNTY ASSESSORS' OFFICE | PERSONAL PROPERTY DIVISION 75 LANGLEY DRIVE LAWRENCEVILLE GA 30046 |
| HARRIS COUNTY | 1001 PRESTON ST HOUSTON TX 77002 |
| HARRIS COUNTY DEPARTMENT OF EDUCATION | HCDE ADMINISTRATION 6300 IRVINGTON BLVD HOUSTON TX 77002 |
| HARRIS COUNTY EMERGENCY SERVICES | DISTRICT #28 17061 ROLLING CREEK DR HOUSTON TX 77090 |
| HARRIS COUNTY EMERGENCY SERVICES | DISTRICT #11 7111 FIVE FORKS DR SPRING TX 77379 |
| HARRIS COUNTY FLOOD CONTROL DISTRICT | 9900 NORTHWEST FWY HOUSTON TX 77092 |
| HARRIS COUNTY HOSPITAL DISTRICT | (HARRIS COUNTY) 2525 HOLLY HALL SUITE 187E HOUSTON TX 77054 |
| ILLINOIS DEPARTMENT OF REVENUE | P.O. BOX 19008 SPRINGFIELD IL 62794-9008 |
| ILLINOIS DEPARTMENT OF REVENUE | 101 W JEFFERSON ST SPRINGFIELD IL 62794-9008 |
| INTERNAL REVENUE SERIVCE 941 | INTERNAL REVENUE SERIVICE P O BOX 7329 CHICAGO IL 60680-7329 |
| KETTERING BOARD OF EDUCATION | KETTERING OH 45429 |
| LONE STAR COLLEGE SYSTEM | 5000 RESEARCH FOREST DR THE WOODLANDS TX 77381 |
| MICHIGAN DEPARTMENT OF TREASURY | P.O. BOX 30803 LANSING MI 48909 |
| MICHIGAN DEPARTMENT OF TREASURY | 940 LONG BLVD LANSING MI 48909 |
| MICHIGAN DEPT OF TREASURY | TAX POLICY DIVISION ATTN: LITIGATION LIAISON 430 W ALLEGAN ST, 2ND FL AUSTIN BLDG LANSING MI 48922 |
| MICHIGAN DEPT. OF TREASURY - COLLECTIONS | P.O. BOX 30199 LANSING MI 48909 |

| Claim Name | Address Information |
| --- | --- |
| MISSOURI TAXATION DIVISION | 301 W HIGH ST ROOM 102 JEFFERSON CITY MO 65101 |
| MONROEVILLE TAX OFFICE | 2700 MONROEVILLE BLVD. MONROEVILLE PA 15146 |
| MONTANA DEPT OF REVENUE | PO BOX 5805 HELENA MT 59604-5805 |
| MUNICIPALITY OF MONROEVILLE | BUSINESS TAX OFFICE 2700 MONROEVILLE BLVD MONROEVILLE PA 15146-2388 |
| NEW JERSEY DEPT OF REVENUE | NJ DIV OF TAXATION BANKRUPTCY SECTION PO BOX 245 TRENTON NJ 08695-0245 |
| NEW MEXICO DEPT OF REVENUE | TAX COMPLIANCE BUREAU PO BOX 8575 ALBUQUERQUE NM 87198-8575 |
| NEW MEXICO DEPT OF REVENUE | TAXATION & REVENUE DEPT ATTN: PUBLIC RECORDS CUSTODIAN/IPRA PO BOX 630 SANTA FE NM 87504-0630 |
| NEW MEXICO DEPT OF REVENUE | 1100 S ST FRANCIS DR SANTA FE NM 87505 |
| NEW YORK CITY TAXATION & REVENUE DEPT | NYC DEPT OF FINANCE 66 JOHN ST ROOM 104 NEW YORK NY 10038 |
| NEW YORK NETWORK MANAGEMENT, LLC | CASH BALANCE PLAN HAMILTON FINANCIAL CENTER 9201 4TH AVE., 4TH FLOOR BROOKLYN NY 11209 |
| NEW YORK STATE DEPT OF TAXATION & | FINANCE ATTN: OFFICE OF COUNSEL BLDG 9 W A HARRIMAN CAMPUS ALBANY NY 12227 |
| NYS CORPORATION TAX | P.O. BOX 15181 ALBANY NY 12212-5181 |
| NYS CORPORATION TAX | STATE PROCESSING CENTER ALBANY NY 12212-5181 |
| OFFICE OF OHIO ATTORNEY GENERAL | COLLECTION ENFORCEMENT SECTION 150 E GAY STREET COLUMBUS OH 43215-3191 |
| OGDEN SERVICE CENTER | P.O. BOX 409101 OGDEN UT 84409 |
| OGDEN SERVICE CENTER | 324 25TH ST OGDEN UT 84409 |
| OHIO ATTORNEY GENERAL | PO BOX 89471 CLEVELAND OH 44101-6471 |
| OHIO DEPARTMENT OF TAXATION | P.O. BOX 27 COLUMBUS OH 43216-0027 |
| OHIO DEPARTMENT OF TAXATION | OFFICE OF THE STATE TAX COMMISSIONER 4485 NORTHLAND RIDGE BLVD COLUMBUS OH 43216-0027 |
| OHIO DEPT OF JOB AND FAMILY SERVICES | PO BOX 182413 COLUMBUS OH 43218-2413 |
| OHIO DEPT OF TAXATION | PO BOX 1090 COLUMBUS OH 43216 |
| OHIO STATE OF OHIO TREASURER | PO BOX 444 COLUMBUS OH 43216-0444 |
| OREGON DEPT OF REVENUE | ATTN: BEVERLY RATHELEGURCHE, BANKRUPTCY UNIT 955 CENTER ST NE SALEM OR 97301-2555 |
| PA DEPARTMENT OF REVENUE | P.O. BOX 280708 HARRISBURG PA 17128-0708 |
| PA DEPARTMENT OF REVENUE | 1854 BROOKWOOD ST HARRISBURG PA 17128-0708 |
| PA DEPT OF LABOR AND INDUSTRY | OFFICE OF UC TAX 651 BOAS STREET HARRISBURG PA 17121 |
| PENNSYLVANIA DEPT OF REVENUE | DEPARTMENT 280946 HARRISBURG PA 17128-0946 |
| PENSION BENEFIT GUARANTY CORPORATION | 1220 K STREET, NW WASHINGTON DC 20005 |
| PORT OF HOUSTON AUTHORITY OF | HARRIS COUNTY 111 EAST LOOP NORTH HOUSTON TX 77029 |
| PROPERTY TAX DIVISION | 1001 LEE ST E CHARLESTON WV 25301-1725 |
| PROPERTY TAX DIVISION | P.O. BOX 2389 CHARLESTON WV 25328-2389 |
| RITA | PO BOX 94736 CLEVELAND OH 44101 |
| SECRETARY OF STATE | BLDG 1 SUITE 157K 1900 KANAWHA BLVD EAST CHARLESTON WV 25305 |
| SPECIAL TAXES AND FEES, MIC:88 | CALIFORNIA DEPARTMENT OF TAX AND FEE ADMINISTRATION PO BOX 942879 SACRAMENTO CA 94279-0088 |
| SPECIAL TAXES AND FEES, MIC:88 | CALIFORNIA DEPARTMENT OF TAX AND FEE ADMINISTRATION 3321 POWER INN RD SACRAMENTO CA 94279-0088 |
| SPRING ISD TAX OFFICE | MARIANNE C SMITH ASSESSORCOLLECTOR PO BOX 4826 HOUSTON TX 77210-4826 |
| STATE OF NEW JERSEY – DEPT OF TREASURY | DIVISION OF REV & ENTERPRISE SERVICES PO BOX 302 TRENTON NJ 08646-0302 |
| STATE OF NEW JERSEY DIVISION OF | TAXATION REVENUE PROCESSING CENTER P.O. BOX 666 TRENTON NJ 08646-0666 |
| STATE OF NEW JERSEY DIVISION OF | TAXATION REVENUE PROCESSING CENTER 50 BARRACK ST TRENTON NJ 08646-0666 |
| STATE OF WEST VIRGINIA | REVENUE DIVISION PO BOX 2745 CHARLESTON WV 25330-2745 |
| STATE OF WEST VIRGINIA | DEPARTMENT OF HEALTH AND HUMAN RESOURCES PO BOX 11073 CHARLESTON WV 25339 |
| STATE OF WV STATE TAX COMPLIANCE | STATE TAX DEPT COMPLIANCE DIVISION 400 5TH STREET PARKERSBURG WV 26101 |
| STEVEN HINTZ, TREASURER-TAX COLLECTOR | 800 SOUTH VICTORIA AVENUE VENTURA CA 93009-1290 |
| SUMNERS DON CPA RTA | HOUSTON TX 77002 |

| Claim Name | Address Information |
|---|---|
| TEXAS COMPTROLLER OF PUBLIC ACCOUNTS | LYNDON B JOHNSON STATE OFFICE BUILDING 111 EAST 17TH STREET AUSTIN TX 78774 |
| TEXAS COMPTROLLER OF PUBLIC ACCOUNTS, | P.O. BOX 149348 AUSTIN TX 78714-9348 |
| U.S. DEPARTMENT OF LABOR | 200 CONSTITUTION AVE, NW WASHINGTON DC 20210 |
| WEST VIRGINIA DEPT OF REVENUE | LEGAL DIVISION - BANKRUPTCY UNIT PO BOX 766 CHARLESTON WV 25323-0766 |
| WEST VIRGINIA DEPT OF TAX AND REVENUE | STATE TAX DEPARTMENT P O BOX 2666 CHARLESTON WV 25330-2666 |
| WEST VIRGINIA STATE TAX DEPARTMENT TAX | ACCOUNT ADMINISTRATION DIVISION CORPORATE TAX UNIT P. O. BOX 1202 CHARLESTON WV 25324-1202 |
| WEST VIRGINIA STATE TAX DEPARTMENT TAX | ACCOUNT ADMINISTRATION DIVISION CORPORATE TAX UNIT 1124 SMITH ST CHARLESTON WV 25324-1202 |
| WESTADOR MUD | PO BOX 73109 HOUSTON TX 77273 |
| WOOD COUNTY SHERIFF | ATTN TREASURER OFFICE PO BOX 1985 PARKERSBURG WV 26102 |
| WV DEPT OF TAX REV CONSUMERS SALES | INTERNAL AUDITING DIVISION P O BOX 1826 CHARLESTON WV 25327 |
| WV STATE TAX DEPARTMENT | PO BOX 11425 CHARLESTON WV 25339 |

**Total Creditor count  100**

**EXHIBIT B**

ORION HEALTHCORP, INC., ET AL. 18-71748
Electronic Mail Master Service List

| Creditor Name | Email Address |
|---|---|
| ALLIANCE HEALTH SCIENCES | info@alliancediagnostics.com |
| CHAPMAN AND CUTLER FOR BMO HARRIS BANK | stetro@chapman.com |
| CHRISTINE COHEN | chriscohen55@yahoo .com |
| COMMONWEALTH OF PA, OFFICE OF UCTS, DOL & INDUSTRY | ra-li-ucts-bankrupt@state.pa.us |
| DUANE MORRIS LLP | cbelmonte@duanemorris.com; pbosswick@duanemorris.com |
| GOLDBERG WEPRIN FINKEL GOLDSTEIN, LLP | KNash@GWFGLaw.com |
| HAHN & HESSEN LLP | JOrbach@hahnhessen.com; BRose@hahnhessen.com; mpower@hahnhessen.com |
| HAHN & HESSEN LLP | jamato@hahnhessen.com |
| KEYBANK NATIONAL ASSOCIATION | bob_j_burns@keybank.com |
| KOLB RADIOLOGY, PC | tkolbmd@yahoo.com |
| L'ABBATE BALKAN FOR ROBINSON BROG, ET AL | mrice@lbcclaw.com |
| LAMONICA HERBST & MANISCALCO, LLP | sl@lhmlawfirm.com; awofse@lhmlawfirm.com |
| LINEBARGER GOGGAN FOR HARRIS COUNTY, CYPRESS-FAIRBANKS ISD | houston_bankruptcy@publicans.com |
| MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, PC | fearley@mintz.com; djpicca@mintz.com; pjricotta@mintz.com; krwalsh@mintz.com |
| MOORE & VAN ALLEN FOR BANK OF AMERICA | davideades@mvalaw.com; treyrayburn@mvalaw.com; zacharysmith@mvalaw.com; jimlangdon@mvalaw.com; gabrielmathless@mvalaw.com |
| MORITT HOCK & HAMROFF LLP | tdriscoll@moritthock.com |
| MORITT HOCK & HAMROFF LLP | lberkoff@moritthock.com |
| MUCHMORE & ASSOCIATES PLLC | mtravis@muchmorelaw.com |
| PACHULSKI STANG FOR UNSECURED CREDITORS COMMITTEE | ischarf@pszjlaw.com; rmikels@pszjlaw.com |
| QUINN EMANUEL FOR PAVANDEEP BAKHSKI | andrewmarks@quinnemanuel.com; colingillespie@quinnemanuel.com; |
| QUINN EMANUEL FOR ROBINSON BROG; AND PAVANDEEP BAKHSKI | alexspiro@quinnemanuel.com; lindsayweber@quinnemanuel.com |
| REED SMITH LLP FOR WOODFOREST & STIFEL | clynch@reedsmith.com; kgwynne@reedsmith.com; crivas@reedsmith.com |
| ROSEN & ASSOCIATES, P.C. | srosen@rosenpc.com |
| SILVERMAN ACAMPORA | AAcampora@SilvermanAcampora.com; RFriedman@SilvermanAcampora.com; BPowers@SilvermanAcampora.com |
| SPROUSE LAW FIRM | msprouse@sprousepllc.com |
| STATE OF MICHIGAN ATTORNEY GENERAL | harrisj12@michigan.gov |
| THALER LAW FIRM PLLC | athaler@athalerlaw.com |

ORION HEALTHCORP, INC., ET AL. 18-71748
Electronic Mail Master Service List

| Creditor Name | Email Address |
|---|---|
| TROUTMAN PEPPER HAMILTON SANDERS LLP | Alissa.Piccione@troutman.com; tim.mast@troutman.com; Bianca.DiBella@troutman.com; Joseph.DeFazio@troutman.com |
| TROUTMAN SANDERS FOR CC CAPITAL MGMT, LLC | mitchel.perkiel@troutmansanders.com; elinora.velazquez@troutmansanders.com |
| TROUTMAN SANDERS FOR CC CAPITAL MGMT, LLC | david.dantzler@troutman.com |
| U.S. DEPT OF JUSTICE - CIVIL DIVISION | seth.shapiro@usdoj.gov |
| WILMER CUTLER PICKERING HALE AND DORR LLP | lauren.lifland@wilmerhale.com |
| WINDELS MARX LANE & MITTENDORF, LLP FOR PARMAR & NON-DEBTORS | csimpson@windelsmarx.com; jhoffman@windelsmarx.com |