UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
In re:                                                         :   Chapter 11
                                                               :
                                                               :   Case No. 18-71748-67 (AST)
Orion HealthCorp, Inc., *et al.,*                              :   Case No. 18-71789 (AST)
                                                               :   Case No. 18-74545 (AST)
                 Debtors.                           :
                                                               :   (Jointly Administered)
---------------------------------------------------------------- x
                                                               :
Howard M. Ehrenberg in his capacity as                         :
Liquidating Trustee of Orion Healthcorp, Inc., *et*            :
*al.,*                                                         :   Adv. Pro. No. 18-08053 (AST)
                                                               :
                 Plaintiff,                          :
                                                               :
         v.                                                 :
                                                               :
Parmjit Singh Parmar a/k/a Paul Parmar, *et al.,*              :
                                                               :
                 Defendants.                        :   **Ref. Docket No. 436**
                                                               :
---------------------------------------------------------------- x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                              ) ss.:
COUNTY OF NEW YORK  )

SHARNA WILSON, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC[1], located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 17, 2022, I caused to be served the "Liquidating Trustee's Motion Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure and Section 105 of the Bankruptcy Code for Entry of an Order Approving Settlement Agreement with Harmohan Parmar (a/k/a Harry Parmar) and Dioskouroi Kastor Polydeuces, LLC," dated November 17, 2022, [Docket No. 436 in Adv. Pro. No. 18-08053], by causing true and correct copies to be:

---

[1] Epiq Bankruptcy Solutions, LLC, is now known as Epiq Corporate Restructuring, LLC.

a. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A, and

b. delivered via electronic mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Sharna Wilson*
Sharna Wilson

Sworn to before me this
18th day of November, 2022
*/s/ Diane M. Streany*
Notary Public, State of New York
No. 01ST5003825
Qualified in Westchester County
Commission Expires November 2, 2026

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| BAKER BOTTS L.L.P. | ATTN: CHRISTOPHER NEWCOMB (COUNSEL TO HEALTHTEK SOLUTIONS, LLC) 30 ROCKEFELLER PLAZA NEW YORK NY 10112 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION 2970 MARKET STREET PHILADELPHIA PA 19101-7346 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION P.O. BOX 7346 PHILADELPHIA PA 19101-7346 |
| JQ 1 | (OFFICIAL COMMITEE OF UNSECURED CREDITORS) 100 JERICHO QUADRANGLE, SUITE 106 JERICHO NY 11753 |
| LAW OFFICE OF CHARLES A. GRUEN | ATTN: CHARLES A. GRUEN (COUNSEL TO U.S. BANK NATIONAL ASSOCIATION D/B/A U.S. BANK EQUIPMENT FINANCE) 381 BROADWAY, SUITE 300 WESTWOOD NJ 07675 |
| MACCO & STERN LLP | ATTN: COOPER J. MACCO (COUNSEL FOR EDGE BUSINESS ALLIANZ & MEDLINK COMPUTER SCIENCES) 2950 EXPRESS DRIVE SOUTH, SUITE 109 ISLANDIA NY 11749 |
| OFFICE OF THE ATTORNEY GENERAL | FOR THE STATE OF NEW YORK ATTN: ERIC T. SCHNEIDERMAN THE CAPITOL ALBANY NY 12224-0341 |
| OFFICE OF THE UNITED STATES ATTORNEY FOR EDNY | ATTN: BONNI PERLIN, BANKRUPTCY COORDINATOR CIVIL DIVISION, EDNY, BANKRUPTCY PROCESSING 271-A CADMAN PLAZA EAST BROOKLYN NY 11201 |
| OFFICE OF THE UNITED STATES TRUSTEE | EASTERN DISTRICT OF NEW YORK LONG ISLAND FEDERAL PLAZA COURTHOUSE ATTN: ALFRED M. DIMINO 560 FEDERAL PLAZA CENTRAL ISLIP NY 11722 |
| REED SMITH LLP | ATTN: CHRYSTAL P. MAURO (COUNSEL TO STEEL VALLEY EMERGENCY PHYSICIANS, INC. ("SVEP") 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| ROSENBERG RICH BAKER BERMAN AND COMPANY | ATTN: MANAGING PARTNER 265 DAVIDSON AVENUE, SUITE 210 SOMERSET NJ 08873 |
| SECURITIES EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE ANDREW CALAMARI, REGIONAL DIRECTOR BROOKFIELD PLACE; 200 VESEY ST, STE 400 NEW YORK NY 10281-1022 |
| SECURITIES EXCHANGE COMMISSION | 100 F STREET, NE WASHINGTON DC 20549 |
| THE LAW OFFICE OF EUGENE R SCHEIMAN | (COUNSEL TO ARVIND WALIA & NIKNIM MANAGEMENT INC.,) 570 LEXINGTON AVE, STE 1600 NEW YORK NY 10022 |
| U.S. DEPARTMENT OF JUSTICE | ATTN: SETH SHAPIRO CIVIL DIVISION, COMMERICAL LITIGATION BRANCH P.O. BOX 875 BRANCH FRANKLIN STATION WASHINGTON DC 20044 |
| U.S. DEPARTMENT OF JUSTICE | 950 PENNSYLVANIA AVENUE, NW WASHINGTON DC 20530-0001 |

**Total Creditor count  16**

| Claim Name | Address Information |
|---|---|
| HUGHES HUBBARD & REED LLP | ERIN DIERS, DEREK J.T. ADLER & ELIZABETH BEITLER; COUNSEL TO AAKB INVESTMENTS LTD ONE BATTERY PARK PLAZA NEW YORK NY 10004 |
| JOEL PLASCO | 40 WALKER STREET APT. 5 NEW YORK NY 10013 |
| KIRAN SHARMA | 5 MUNCEE CT. HOLMDEL NJ 07733-1246 |
| MUKASEY FRENCHMAN & SKLAROFF LLP | 570 LEXINGTON AVE FL 35 NEW YORK NY 10022-6867 |
| RAVI CHIVUKULA | 119A JASON WAY NORTH ARLINGTON NJ 07031-5025 |
| RAVI CHIVUKULA | 111 ROUND HILL DR FREEHOLD NJ 07728 |
| RAVI CHIVUKULA | 3400 HIGHWAY 35 S SUITE 9 HAZLET NJ 07730 |
| RAVI CHIVUKULA | 765 BANYAN COURT MORGANVILLE NJ 07751-1762 |
| RAVI CHIVUKULA | 2 RIVER TERRACE APT. 12J NEW YORK NY 10282-1251 |
| ROBINSON BROG LEINWAND GREEN, ET AL. | ATTN: A. MITCHELL GREENE, ADAM GREENE & MATTHEW C. CAPOZZOLI 875 3RD AVENUE NEW YORK NY 10022 |
| SOTIRIOS ZAHARIS | 1304 PLAZA DRIVE WOODBRIDGE NJ 07095 |
| SOTIRIOS ZAHARIS | 19 COLTS GAIT LANE COLTS NECK NJ 07722 |
| SOTIRIOS ZAHARIS | 34001 ROUTE 35 SOUTH SUITE 9A HAZLET NJ 07730 |
| SOTIRIOS ZAHARIS | 2 RIVER TERRACE APT. 12J NEW YORK NY 10282-1251 |
| THE RED FRONTED MACAW TRUST | C/O KIRAN SHARMA, TRUSTEE 5 MUNCEE CT HOLMDEL NJ 07733-1246 |
| THOMPSON COBURN HAHN & HESSEN LLP | ATTN: JOHN P. AMATO AND MARK T. POWER 488 MADISON AVENUE NEW YORK NY 10022 |
| TROUTMAN PEPPER HAMILTON SANDERS LLP | ATTN: ALISSA K. PICCIONE 875 THIRD AVE NEW YORK NY 10022 |
| TROUTMAN PEPPER HAMILTON SANDERS LLP | ATTN: J. TIMOTHY MAST, BIANCA DIBELLA 600 PEACHTREE ST. NE, SUITE 3000 ATLANTA GA 30308 |
| WINDELS MARX LANE & MITTENDORF, LLP | ATTN: CHARLES E. SIMPSON, ESQ (COUNSEL TO PARMJIT SINGH PARMAR, ET AL) 156 WEST 56TH STREET NEW YORK NY 10019 |

**Total Creditor count  19**

Orion HealthCorp, Inc., et al.
Case No. 18-71748-67 (AST)
First Class Mail Additional Service

THE LAW OFFICES OF GUS MICHAEL FARINELLA PC
COUNSEL FOR HARMOHAN PARMAR (A/K/A HARRY PARMAR)
AND DIOSKOUROI KASTOR POLYDEUCES, LLC
110 JERICHO TURNPIKE, SUITE 100
FLORAL PARK, NY 11001

**EXHIBIT B**

Orion HealthCorp, Inc., et al. Case No. 18-71748-67 (AST)
Electronic Mail Master Service List

| Creditor Name | Email Address |
| --- | --- |
| CHAPMAN AND CUTLER FOR BMO HARRIS BANK | stetro@chapman.com |
| CHRISTINE COHEN | chriscohen55@yahoo .com |
| COMMONWEALTH OF PA, OFFICE OF UCTS, DOL & INDUSTRY | ra-li-ucts-bankrupt@state.pa.us |
| DUANE MORRIS LLP | cbelmonte@duanemorris.com; pbosswick@duanemorris.com |
| GOLDBERG WEPRIN FINKEL GOLDSTEIN, LLP | KNash@GWFGLaw.com |
| HAHN & HESSEN LLP | JOrbach@hahnhessen.com; BRose@hahnhessen.com; mpower@hahnhessen.com |
| HAHN & HESSEN LLP | jamato@hahnhessen.com |
| KEYBANK NATIONAL ASSOCIATION | bob_j_burns@keybank.com |
| KOLB RADIOLOGY, PC | tkolbmd@yahoo.com |
| L'ABBATE BALKAN FOR ROBINSON BROG, ET AL | mrice@lbcclaw.com |
| LAMONICA HERBST & MANISCALCO, LLP | sl@lhmlawfirm.com; awofse@lhmlawfirm.com |
| LINEBARGER GOGGAN FOR HARRIS COUNTY, CYPRESS-FAIRBANKS ISD | houston_bankruptcy@publicans.com |
| MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, PC | fearley@mintz.com; djpicca@mintz.com; krwalsh@mintz.com |
| MOORE & VAN ALLEN FOR BANK OF AMERICA | davideades@mvalaw.com; zacharysmith@mvalaw.com; jimlangdon@mvalaw.com; gabrielmathless@mvalaw.com |
| MORITT HOCK & HAMROFF LLP | tdriscoll@moritthock.com |
| MORITT HOCK & HAMROFF LLP | lberkoff@moritthock.com |
| MUCHMORE & ASSOCIATES PLLC | mtravis@muchmorelaw.com |
| PACHULSKI STANG FOR UNSECURED CREDITORS COMMITTEE | ischarf@pszjlaw.com; rmikels@pszjlaw.com |
| QUINN EMANUEL FOR PAVANDEEP BAKHSKI | andrewmarks@quinnemanuel.com; colingillespie@quinnemanuel.com; |
| QUINN EMANUEL FOR ROBINSON BROG; AND PAVANDEEP BAKHSKI | alexspiro@quinnemanuel.com; lindsayweber@quinnemanuel.com |
| REED SMITH LLP FOR WOODFOREST & STIFEL | clynch@reedsmith.com; kgwynne@reedsmith.com; crivas@reedsmith.com |
| ROSEN & ASSOCIATES, P.C. | srosen@rosenpc.com |
| SILVERMAN ACAMPORA | AAcampora@SilvermanAcampora.com; RFriedman@SilvermanAcampora.com; BPowers@SilvermanAcampora.com |
| SPROUSE LAW FIRM | msprouse@sprousepllc.com |
| STATE OF MICHIGAN ATTORNEY GENERAL | harrisj12@michigan.gov |
| THALER LAW FIRM PLLC | athaler@athalerlaw.com |
| THE LAW OFFICE OF EUGENE R SCHEIMAN | Eugene.scheiman@scheimanlaw.com |
| TROUTMAN PEPPER HAMILTON SANDERS LLP | tim.mast@troutman.com; Bianca.DiBella@troutman.com; Joseph.DeFazio@troutman.com |
| TROUTMAN SANDERS FOR CC CAPITAL MGMT, LLC | mitchel.perkiel@troutmansanders.com |
| TROUTMAN SANDERS FOR CC CAPITAL MGMT, LLC | david.dantzler@troutman.com |
| U.S. DEPT OF JUSTICE - CIVIL DIVISION | seth.shapiro@usdoj.gov |
| WILMER CUTLER PICKERING HALE AND DORR LLP | lauren.lifland@wilmerhale.com |
| WINDELS MARX LANE & MITTENDORF, LLP FOR PARMAR & NON-DEBTORS | csimpson@windelsmarx.com; jhoffman@windelsmarx.com |

Orion HealthCorp, Inc., et al. Adv. Pro. No. 18-08053 (AST)
Electronic Mail Additional Service

| Name | Email |
|---|---|
| Thompson Coburn Hahn & Hessen LLP | JAmato@hahnhessen.com; JOrbach@hahnhessen.com; BRose@hahnhessen.com; mpower@hahnhessen.com |
| Hughes Hubbard & Reed LLP | erin.diers@hugheshubbard.com; derek.adler@hugheshubbard.com; elizabeth.beitler@hugheshubbard.com |
| Robinson Brog Leinwand Greene, et al | amg@robinsonbrog.com; ajg@robinsonbrog.com; mcc@robinsonbrog.com |
| Troutman Pepper Hamilton Sanders LLP | tim.mast@troutman.com; bianca.dibella@troutman.com; alissa.piccione@troutman.com |
| Mukasey Frenchman & Sklaroff LLP | ken.caruso@mfsllp.com |
| Windels Marx Lane & Mittendorf | csimpson@windelsmarx.com |
| Giuliano Law, P.C. | afg@glpcny.com |
| Kiran Sharma | kiransharmanj01@gmail.com |