Mark T. Power, Esq.
John P. Amato, Esq.
Joseph Orbach, Esq.
**THOMPSON COBURN HAHN & HESSEN LLP**
488 Madison Avenue, Suite 1400
New York, New York 10022
Telephone:     (212) 478-7200
E-mail: mpower@thompsoncoburn.com
           jamato@thompsoncoburn.com
           jorbach@thompsoncoburn.com

*Counsel to the Appellee Liquidating Trustee*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ------------------------------------------------------------ x | : | Chapter 11 |
| In re: | : | |
| | : | Case No. 18-71748-67 (AST) |
| Orion HealthCorp, Inc., *et al*., | : | Case No. 18-71789 (AST) |
| | : | Case No. 18-74545 (AST) |
| Debtors. | : | |
| | x | (Jointly Administered) |
| ------------------------------------------------------------ | | |

## APPELLEE'S DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD

Appellee Howard M. Ehrenberg, in his capacity as Liquidating Trustee ("Appellee" or "Liquidating Trustee") of Orion HealthCorp, Inc. ("Orion"), Constellation Healthcare Technologies, Inc., and certain of their affiliated debtors and debtors-in-possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), by and through its undersigned counsel, hereby designates, pursuant to Rule 8009(a)(2) of the Federal Rules of Bankruptcy Procedure, the following additional items to be included in the record on appeal:

| Item Number | Docket No. (Case No. 18-71748 unless otherwise noted) | Filing Date | Description |
|---|---|---|---|
| 1. | 561 | 11/1/2018 | Notice Of Application Of Parmjit Singh Parmar And The Parmar Entities For An Order Appointing An Examiner Pursuant To 1104(a), (c) and (e) and 1106(a) (3), (4) and (6) Filed by Charles E Simpson on behalf of Alpha Cepheus, LLC, Constellation Health Investment, LLC, Constellation Health, LLC, First United Health, LLC, Naya Constellation Health, LLC, Parmjit Singh Parmar |
| 2. | 645 | 1/6/2019 | Third Amended Chapter 11 Plan |
| 3. | 701 | 2/26/2019 | Finding of Fact, Conclusion of Law and Order Confirming Debtors Third Amended Joint Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code |
| 4. | 703 | 3/1/2019 | Notice of Entry of Order Confirming the Debtors Third Amended Joint Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code and (II) Effective Date |
| 5. | 1049 | 7/19/2022 | Order Extending Claims Objection Deadline through October 28, 2022 |
| 6. | 287 (Adv. Proc. No. 18-8053) | 7/21/2020 | John Petrozza, Abruzzi Investments, LLC and Abruzzi Trust's Objection to Liquidating Trustee's Bankruptcy Rule 9019 Motion to Approve Settlement Agreement Among the Liquidating Trustee, the Destra Parties, CC Capital Parties, and the United States of America |
| 7. | 387 (Adv. Proc. No. 18-8053) | 3/3/2022 | Case Management Plan |
| 8. | 394 (Adv. Proc. 18-8053) | 4/1/2022 | Decision and Order Denying Motion to Vacate Default Judgment |
| 9. | 1071 | 11/18/2022 | Appellant Designation of Record on Appeal and Statement of Issues to be Presented on Appeal |

Dated:  December 2, 2022
        New York, New York

        **THOMPSON COBURN HAHN & HESSEN LLP**

By:   /s/ ***Joseph Orbach***
      Mark T. Power
      John P. Amato
      Joseph Orbach

488 Madison Avenue
New York, New York 10022
Telephone: (212) 478-7200
mpower@thompsoncoburn.com
jamato@thompsoncoburn.com
jorbach@thompsoncoburn.com

*Counsel to the Appellee Liquidating Trustee*