Mark T. Power, Esq.
John P. Amato, Esq.
Joseph Orbach, Esq.
**THOMPSON COBURN HAHN & HESSEN LLP**
488 Madison Avenue, Suite 1400
New York, New York 10022
Telephone:    (212) 478-7200
E-mail:        mpower@thompsoncoburn.com
                jamato@thompsoncoburn.com
                jorbach@thompsoncoburn.com

*Counsel to the Liquidating Trustee*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------x
In re:                                                      :        Chapter 11
                                                            :
Orion HealthCorp, Inc., *et al.*,                           :        Case No. 18-71748-67 (AST)
                                                            :        Case No. 18-71789 (AST)
                                    Debtors.                :        Case No. 18-74545 (AST)
                                                            :
-------------------------------------------------------------------------------x        (Jointly Administered)

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on December 2, 2022, a true and correct copy

of the *Appellee's Designation of Additional Items to be Included on the Record* [ECF No. 1073] was

served by electronic mail upon Anthony F. Guiliano, Esq. at afg@glpcny.com.

Dated: December 2, 2022
      New York, New York

Respectfully submitted,

**THOMPSON COBURN HAHN & HESSEN LLP**

By:   s/ ***Joseph Orbach***           
      Joseph Orbach

488 Madison Avenue
New York, New York 10022
Telephone: (212) 478-7200
jorbach@thompsoncoburn.com