**Presentment Date and Time of Motion [Doc. No. 1027]: December 29, 2022, 12:00 p.m.**
**REVISED Objection Date and Time: December 22, 2022,  4:00 p.m.**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

_____

In re:

                                   Chapter 11

ORION HEALTHCORP, INC., et al.,      Case No. 18-71748 (AST)

                                   (Jointly Administered)

                    Debtors.

_____

Howard M. Ehrenberg, as Trustee,

                    Plaintiff,        Adv. Pro. No. 20-08046 (AST)

          v.

John Johnston, et al.,

                    Defendants.

_____

Howard M. Ehrenberg, as Trustee,

                    Plaintiff,        Adv. Pro. No. 18-08048 (AST)

          v.

Richard Ian Griffiths, *et al.*,

                    Defendants.

_____

Howard M. Ehrenberg, as Trustee,

                    Plaintiff,        Adv. Pro. No. 18-08053 (AST)

          v.

Joel Plasco, *et al.*,

                    Defendants.

_____

**NOTICE OF REVISED RESPONSE DATE AS TO PRESENTMENT OF ORDER**
**GRANTING MOTION TO COMPEL COMPLIANCE WITH THE SETTLEMENT AGREEMENT**
**APPROVED BY THIS COURT'S ORDER DATED DECEMBER 16, 2021 [DOC. NO. 1076]**

     **PLEASE TAKE NOTICE**, that upon the motion (the "**Motion**") of Arvind Walia ("**Movant**"), party to

the settlement agreement (the "**Settlement Agreement**") approved by this Court's order dated December 16, 2021

[Doc. No. 1024], filed and assigned Document Number 1076, the order annexed to the Motion as Exhibit "B" will be presented before the Honorable Alan S. Trust, Chief United States Bankruptcy Judge, United States Bankruptcy Court for the Eastern District of New York, located at Alfonse M. D'Amato Federal Courthouse, 290 Federal Plaza, Central Islip, New York 11722, on December 29, 2022 at 12:00 p.m. [21 days after service] authorizing and directing Howard M. Ehrenberg, as liquidating Trustee of the jointly administered bankruptcy estates of Orion Health Corp, Inc. and Constellation Healthcare Technologies, Inc., and those Certain Underwriters at Lloyd's, London (as defined in the Settlement Agreement), parties to the Settlement Agreement, to comply with the terms of the Settlement Agreement by paying and/or causing to be paid those invoices for attorney's fees and costs which Movant incurred in defense of the Directors and Officers Adversary Proceeding (as defined in the Settlement Agreement), and which were duly submitted for payment pursuant to the terms of the Settlement Agreement.

**PLEASE TAKE FURTHER NOTICE**, that any objection or response (either, an "**Objection**") to the relief requested in the Motion must conform with the Bankruptcy Code and the Bankruptcy Rules, shall be in writing, and shall set forth the reasons and legal basis for the Objection, and be filed and served upon Rosen & Associates, P.C., attorneys for Movant, Attn.: Sanford P. Rosen, Esq., by regular and electronic mail, by **December 22, 2022 at 4:00 p.m.**, fourteen (14) days after the date of filing plus any extension of time pursuant to Bankruptcy Rule 9006 or E.D.N.Y. LBR 9006-1. **Please be advised that if an Objection is timely filed to the relief requested, or if the Court determines that a hearing is appropriate, the Court will schedule a hearing. Notice of such a hearing will be provided by Movant.**

Dated: December 6, 2022

Respectfully Submitted,

ROSEN & ASSOCIATES, P.C.


By: /s/ Sanford P. Rosen
         Sanford P. Rosen

747 Third Avenue
New York, New York 10017
(212) 223-1100
E-mail: srosen@rosenpc.com