**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>ORION HEALTHCORP, INC., et al.<br><br>Debtors. | Chapter 11<br><br>Case No. 18-71748 (AST) |
| Howard M. Ehrenberg, as Trustee,<br><br>Plaintiff,<br>v.<br><br>John Jonston, et al.,<br><br>Defendants. | Adv. Pro. No. 20-08046 (AST) |
| Howard M. Ehrenberg, as Trustee,<br><br>Plaintiff,<br>v.<br><br>Richard Ian Griffiths, et al.,<br><br>Defendants. | Adv. Pro. No. 18-08408 (AST) |
| Howard M. Ehrenberg, as Trustee,<br><br>Plaintiff,<br>v.<br><br>Joel Plasco, et al.,<br><br>Defendants. | Adv. Pro. No. 18-08053 (AST) |

**AFFIDAVIT OF SERVICE**

I, David Kitto, depose and say that I am employed by Reliable Companies who provided noticing services in the above-captioned case.

On December 5th, 2022, at my direction and under my supervision, employees of Reliable Companies caused to be served the following documents by electronic mail and first class mail on the service list attached hereto as Exhibit A & Exhibit B:

| | | |
|---|---|---|
| 12/05/2022 | 1075 | Incorrect Captions of Adversary Proceedings on Motion for #20-8048 & 208053 - Attorney to refile - Motion to Compel Compliance with Settlement Order Approved by this Court's Order Dated December 16, 2021 [Doc. No. 1024]. Objections to be filed on December 19, 2022. Filed by Sanford P Rosen on behalf of Arvind Walia. Order to be presented for signature on 12/29/2022. (Attachments: # 1 Exhibits with Proposed Order) (Rosen, Sanford) Modified on 12/6/2022 (amp). (Entered: 12/05/2022)Hayden, P.C.. Hearing scheduled for 1/10/2023 at 03:00 PM at US Bankruptcy Court, 824 Market St., 5th Fl., Courtroom #5, Wilmington, Delaware. Objections due by 12/14/2022. (Attachments: # 1 Exhibit A) (Barsalona II, Joseph) (Entered: 11/30/2022) |

X ______________________
David Kitto

Dated: December 6, 2022
State of Delaware
County of New Castle

Subscribed and sworn to (or affirmed) before me on this 6th day of December 2022, by David Kitto, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

X ______________________

JESSE L BLEVINS
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Sept. 30, 2024

# EXHIBIT A

**Via Electronic Mail:**
BILL SCHUETTE, ATTORNEY GENERAL
AND JUANDISHA M. HARRIS, ASST ATTORNEY GENERAL
(COUNSEL TO STATE OF MICHIGAN, DEPT OF TREASURY)
CADILLAC PLACE, 3030 W. GRAND BLVD. STE. 10-200
DETROIT MI 48202
HARRISJ12@MICHIGAN.GOV

**Via Electronic Mail:**
CHAPMAN AND CUTLER LLP
ATTN: STEPHEN R. TETRO II, ESQ.
(COUNSEL TO BMO HARRIS BANK, N.A.)
111 WEST MONROE STREET
CHICAGO IL 60603
stetro@chapman.com

**Via Electronic Mail:**
CHRISTINE COHEN
ATTN: CHRISTINE COHEN
(OFFICIAL COMMITTEE OF UNSECURED CREDITORS)
39 OCEAN AVENUE
CENTER MORICHES NY 11934
CHRISCOHEN55@YAHOO .COM

**Via Electronic Mail:**
COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF LABOR AND INDUSTRY
OFFICE OF UNEMPLOYMENT COMPENSATION TAX SVCS(UCTS)
ATTN: DEB SECREST
651 BOAS ST., ROOM 702
HARRISBURG PA 17121
RA-LI-UCTS-BANKRUPT@STATE.PA.US

**Via Electronic Mail:**
DUANE MORRIS LLP
ATTN: CHRISTOPHER R. BELMONTE, PAMELA A. BOSSWICK, ESQRS
(COUNSEL TO CHAPTER 11 LIQUIDATING TRUSTEE)
230 PARK AVENUE, SUITE 1130
NEW YORK NY 10169
crbelmonte@duanemorris.com; pabosswick@duanemorris.com

**Via Electronic Mail:**
GOLDBERG WEPRIN FINKEL GOLDSTEIN, LLP
(CO-COUNSEL FOR DEFENDANT KRISS & FEUERSTEIN LLP)
ATTN: KEVIN J. NASH, ESQ.
1501 BROADWAY, 22ND FLOOR
NEW YORK NY 10036
KNash@GWFGLaw.com

**Via Electronic Mail:**
KEYBANK NATIONAL ASSOCIATION
ATTN: ROBERT J. BURNS, ESQ.
127 PUBLIC SQUARE, 2ND FLOOR
CLEVELAND OH 44114
bob_j_burns@keybank.com

**Via Electronic Mail:**
KOLB RADIOLOGY, PC
ATTN: DR. THOMAS KOLB, MD
(OFFICIAL COMMITTEE OF UNSECURED CREDITORS)
307 E60TH STREET
NEW YORK NY 10022
TKOLBMD@YAHOO.COM

**Via Electronic Mail:**
L'ABBATE, BALKAN, COLAVITA & CONTINI, L.L.P.
ATTN: MARIAN C. RICE, ESQ.
(COUNSEL TO ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK PC, A. MITCHELL GREENE, ADAM GREENE AND MATTHEW C. CAPOZZOLI, ESQRS.)
GARDEN CITY NY 11530
MRICE@LBCCLAW.COM

**Via Electronic Mail:**
LAMONICA HERBST & MANISCALCO, LLP
ATTN: SALVATORE LAMONICA, ESQ.
ATTN: ADAM P. WOFSE, ESQ.
(COUNSEL TO ALLEGIANCE BILLING ASSOCIATES, INC.)
3305 JERUSALEM AVENUE, SUITE 201
WANTAGH NY 11793
SL@LHMLAWFIRM.COM; AWOFSE@LHMLAWFIRM.COM

**Via Electronic Mail:**
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
ATTN: JOHN P. DILLMAN
(COUNSEL FOR HARRIS COUNTY, CYPRESS-FAIRBANKS ISD)
P.O. BOX 3064
HOUSTON TX 77253-3064
HOUSTON_BANKRUPTCY@PUBLICANS.COM

**Via Electronic Mail:**
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY, AND POPEO, PC
ATTN: FRANCIS J. EARLEY, DOMINIC J. PICCA,
PAUL J. RICOTTA, KAITLIN R. WALSH, ESQRS
(COUNSEL TO ELIZABETH KELLY)
THE CHRYSLER BUILDING
NEW YORK NY 10017
FEARLEY@MINTZ.COM; DJPICCA@MINTZ.COM; KRWALSH@MINTZ.COM

**Via Electronic Mail:**
MOORE & VAN ALLEN PLLC
COUNSEL TO BANK OF AMERICA, N.A.
ATTN: ZACHARY H. SMITH
100 NORTH TYRON ST., SUITE 4700
CHARLOTTE NC 28202
ZACHARYSMITH@MVALAW.COM

**Via Electronic Mail:**
MOORE & VAN ALLEN PLLC
ATTN: JAMES R. LANGDON
(COUNSEL TO BANK OF AMERICA, N.A.)
100 NORTH TRYON STREET
SUITE 4700
CHARLOTTE NC 28202-4003
JIMLANGDON@MVALAW.COM

**Via Electronic Mail:**
MOORE & VAN ALLEN PLLC
ATTN: GABRIEL L. MATHLESS
(COUNSEL TO BANK OF AMERICA, N.A.)
100 NORTH TRYON STREET
SUITE 4700
CHARLOTTE NC 28202-4039
GABRIELMATHLESS@MVALAW.COM

**Via Electronic Mail:**
MOORE & VAN ALLEN, PLLC
ATTN: DAVID EADES, CHARLES R. RAYBURN III, ESQS
(COUNSEL TO BANK OF AMERICA, N.A.)
100 NORTH TYRON STREET, SUITE 4700
CHARLOTTE NC 28202
davideades@mvalaw.com

**Via Electronic Mail:**
MORITT HOCK & HAMROFF LLP
ATTN: THERESA A. DRISCOLL
(COUNSEL FOR TECHNOLOGY PARTNERS, LLC)
400 GARDEN CITY PLAZA
GARDEN CITY NY 11530
TDRISCOLL@MORITTHOCK.COM

**Via Electronic Mail:**
MORITT HOCK & HAMROFF LLP
ATTN: LESLIE A. BERKOFF
(COUNSEL FOR TECHNOLOGY PARTNERS, LLC)
400 GARDEN CITY PLAZA
GARDEN CITY NY 11530
LBERKOFF@MORITTHOCK.COM

**Via Electronic Mail:**
MUCHMORE & ASSOCIATES PLLC
ATTN: MAXIMILIAN TRAVIS
(COUNSEL TO KEVIN KELLY AND EDEL KELLY)
217 HAVEMEYER STREET, 4TH FLOOR
BROOKLYN NY 11211
MTRAVIS@MUCHMORELAW.COM

**Via Electronic Mail:**
PACHULSKI STANGE ZIEHL & JONES LLP
ATTN: ILAN D. SCHARF, ESQ.
(COUNSEL FOR OFFICIAL COMMITTEE OF
UNSECURED CREDITORS)
780 THIRD AVENUE, 34TH FLOOR
NEW YORK NY 10017-2024
ISCHARF@PSZJLAW.COM

**Via Electronic Mail:**
QUINN EMANUEL URQUHART & SULLIVAN LLP
ATTN: ALEX SPIRO, ANDREW MARKS, COLIN GILLESPIE
(COUNSEL TO PAVANDEEP BAKHSHI)
51 MADISON AVENUE, 22ND FLOOR
NEW YORK NY 10010
ALEXSPIRO@QUINNEMANUEL.COM; ANDREWMARKS@QUINNEMANUEL.COM;
COLINGILLESPIE@QUINNEMANUEL.COM

**Via Electronic Mail:**
QUINN EMANUEL URQUHART & SULLIVAN, LLP
ATTN: ALEX SPIRO
(COUNSEL TO ROBINSON BROG LEINWAND GREEN GENOVESE
& GLUCK PC, A. MITCHELL GREENE, ADAM GREENE, &
MATTHEW C. CAPOZZOLI)
NEW YORK NY 10010
ALEXSPIRO@QUINNEMANUEL.COM

**Via Electronic Mail:**
QUINN EMANUEL URQUHART & SULLIVAN, LLP
ATTN: LINDSAY M. WEBER
(COUNSEL TO ROBINSON BROG LEINWAND GREENE GENOVESE
& GLUCK PC, A. MITCHELL GREENE, ADAM GREENE &
MATTHEW C. CAPOZZOLI)
NEW YORK NY 10010
lindsayweber@quinnemanuel.com

**Via Electronic Mail:**
QUINN EMANUEL URQUHART & SULLIVAN, LLP
ATTN: LINDSAY WEBER
(COUNSEL TO PAVANDEEP BAKHSHI)
51 MADISON AVENUE, 22ND FLOOR
NEW YORK NY 10010
LINDSAYWEBER@QUINNEMANUEL.COM

**Via Electronic Mail:**
REED SMITH LLP
ATTN: CHRISTOPHER O. RIVAS, ESQ.
(COUNSEL TO STIFEL BANK & TRUST &
WOODFOREST NATIONAL BANK)
355 SOUTH GRAND AVENUE, SUITE 2900
LOS ANGELES CA 90071
crivas@reedsmith.com

**Via Electronic Mail:**
REED SMITH LLP
ATTN: KURT F. GWYNNE, ESQ.
(COUNSEL TO STIFEL BANK & TRUST AND
WOODFOREST NATIONAL BANK)
1202 MARKET STREET, SUITE 1500
WILMINGTON DE 19801
kgwynne@reedsmith.com

**Via Electronic Mail:**
REED SMITH LLP
ATTN: CHRISTOPHER A. LYNCH
(COUNSEL TO WOODFOREST NATIONAL BANK &
STIFEL BANK & TRUST)
599 LEXINGTON AVENUE
NEW YORK NY 10022
CLYNCH@REEDSMITH.COM

**Via Electronic Mail:**
ROOKMINEE SINGH-NARAYAN JAIRAJ YAMRAJTHANK
ATTN: ROOKMINEE SINGH-NARAYAN JAIRAJ YAMRAJTHANK
2295 LANCASTER AVE
BALDWIN NY 11510
LEGAL@ABDULHASSAN.COM

**Via Electronic Mail:**
ROSEN & ASSOCIATES, P.C.
ATTN: SANFORD P. ROSEN, ESQ.
(COUNSEL TO PORTECK INDIA INFOSERVICES PRIVATE LTD.)
747 THIRD AVENUE
NEW YORK NY 10017-2803
SROSEN@ROSENPC.COM

**Via Electronic Mail:**
SILVERMANACAMPORA LLP
ATTN: ANTHONY C. ACAMPORA, RONALD J. FRIEDMAN, BRIAN POWERS, ESQS
(COUNSEL TO ELIZABETH KELLY)
100 JERICHO QUADRANGLE, SUITE 300
JERICHO NY 11753
AAcampora@SilvermanAcampora.com; RFriedman@SilvermanAcampora.com; BPowers@SilvermanAcampora.com

**Via Electronic Mail:**
SPROUSE LAW FIRM
ATTN: MARVIN E. SPROUSE III
(COUNSEL TO CYRUSONE LLC)
401 CONGRESS AVENUE, SUITE 1540
AUSTIN TX 78701
MSPROUSE@SPROUSEPLLC.COM

**Via Electronic Mail:**
THALER LAW FIRM PLLC
ATTN: ANDREW M. THALER, ESQ.
(COUNSEL TO NEW JERSEY INNOVATION INSTITUTE, INC.)
675 OLD COUNTRY ROAD
WESTBURY NY 11590
ATHALER@ATHALERLAW.COM

**Via Electronic Mail:**
THE LAW OFFICE OF EUGENE R. SCHEIMAN
(COUNSEL TO ARVIND WALIA & NIKNIM MANAGEMENT INC.,)
570 LEXINGTON AVE, STE 1600
NEW YORK NY 10022
Eugene.scheiman@scheimanlaw.com

**Via Electronic Mail:**
THOMPSON COBURN HAHN & HESSEN LLP
ATTN: MARK T. POWER, ESQ. & JOSEPH ORBACH,ESQ.
(SPECIAL COUNSEL TO THE DEBTORS)
488 MADISON AVENUE
NEW YORK NY 10022
MPOWER@HAHNHESSEN.COM; JORBACH@HAHNHESSEN.COM

**Via Electronic Mail:**
THOMPSON COBURN HAHN & HESSEN LLP
ATTN: JOHN P. AMATO, ESQ.
(SPECIAL COUNSEL TO THE DEBTORS)
488 MADISON AVENUE
NEW YORK NY 10022
JAMATO@HAHNHESSEN.COM

**Via Electronic Mail:**
TROUTMAN PEPPER HAMILTON SANDERS LLP
(COUNSEL TO CC CAPITAL PARTIES)
ATTN: JOSEPH M. DEFAZIO
875 THIRD AVENUE
NEW YORK NY 10022
Joseph.DeFazio@troutman.com

**Via Electronic Mail:**
TROUTMAN PEPPER HAMILTON SANDERS LLP
(COUNSEL TO CC CAPITAL PARTIES)
ATTN: J. TIMOTHY MAST & BIANCA DIBELLA
600 PEACHTREE ST. NE
SUITE 3000
ATLANTA GA 30308
tim.mast@troutman.com; Bianca.DiBella@troutman.com

**Via Electronic Mail:**
TROUTMAN SANDERS LLP
ATTN: MITCHEL H. PERKIEL
(COUNSEL TO CC CAPITAL MANAGEMENT, LLC)
875 THIRD AVENUE
NEW YORK NY 10022
MITCHEL.PERKIEL@TROUTMANSANDERS.COM;

**Via Electronic Mail:**
TROUTMAN SANDERS LLP
ATTN: J. DAVID DANTZLER
(COUNSEL TO CC CAPITAL PARTIES)
600 PEACHTREE STREET NE
SUITE 3000
ATLANTA GA 30308
david.dantzler@troutman.com

**Via Electronic Mail:**
U.S. DEPARTMENT OF JUSTICE - CIVIL DIVISION
ATTN: SETH B. SHAPIRO, SENIOR TRIAL COUNSEL
(COUNSEL FOR THE UNITED STATES OF AMERICA)
1100 L STREET, N.W., ROOM 10012
WASHINGTON DC 20005
SETH.SHAPIRO@USDOJ.GOV

**Via Electronic Mail:**
WILMER CUTLER PICKERING HALE AND DORR LLP
ATTN: LAUREN R. LIFLAND
7 WORLD TRADE CENTER
250 GREENWICH STREET
NEW YORK NY 10007
LAUREN.LIFLAND@WILMERHALE.COM

**Via Electronic Mail:**
WINDELS MARX LANE & MITTENDORF, LLP
ATTN: CHARLES E. SIMPSON; JEFFREY C. HOFFMAN,ESQRS
(COUNSEL TO PARMJIT SINGH PARMAR)
156 WEST 56TH STREET
NEW YORK NY 10019
CSIMPSON@WINDELSMARX.COM; JHOFFMAN@WINDELSMARX.COM

**Via Electronic Mail:**
WINSTON & STRAWN LLP
ATTN: CHRIS ZOCHOWSKI
1700 K STREET, N.W.
WASHINGTON DC 20006-3817
CZOCHOWSKI@WINSTON.COM

**Via Electronic Mail:**
Alliance Health Sciences:
info@alliancediagnostics.com

**Via Electronic Mail:**
Andrew Solomon:
asolomon@solomoncramer.com

# EXHIBIT B

**Via First Class Mail:**
BAKER BOTTS L.L.P.
ATTN: CHRISTOPHER NEWCOMB
(COUNSEL TO HEALTHTEK SOLUTIONS, LLC)
30 ROCKEFELLER PLAZA
NEW YORK NY 10112

**Via First Class Mail:**
DLA PIPER LLP (US)
(COUNSEL TO THE DEBTORS)
ATTN: THOMAS R. CALIFANO, ESQ, RACHEL NANES, ESQ
1251 AVENUE OF THE AMERICAS
NEW YORK NY 10020-1104

**Via First Class Mail:**
INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
2970 MARKET STREET
PHILADELPHIA PA 19101-7346

**Via First Class Mail:**
INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
P.O. BOX 7346
PHILADELPHIA PA 19101-7346

**Via First Class Mail:**
JQ 1
(OFFICIAL COMMITEE OF UNSECURED CREDITORS)
100 JERICHO QUADRANGLE, SUITE 106
JERICHO NY 11753

**Via First Class Mail:**
LAW OFFICE OF CHARLES A. GRUEN
ATTN: CHARLES A. GRUEN
(COUNSEL TO U.S. BANK NATIONAL ASSOCIATION D/B/A
U.S. BANK EQUIPMENT FINANCE)
381 BROADWAY, SUITE 300
WESTWOOD NJ 07675

**Via First Class Mail:**
MACCO & STERN LLP
ATTN: COOPER J. MACCO
(COUNSEL FOR EDGE BUSINESS ALLIANZ &
MEDLINK COMPUTER SCIENCES)
2950 EXPRESS DRIVE SOUTH, SUITE 109
ISLANDIA NY 11749

**Via First Class Mail:**
OFFICE OF THE ATTORNEY GENERAL
FOR THE STATE OF NEW YORK
ATTN: ERIC T. SCHNEIDERMAN
THE CAPITOL
ALBANY NY 12224-0341

**Via First Class Mail:**
OFFICE OF THE UNITED STATES ATTORNEY FOR EDNY
ATTN: BONNI PERLIN, BANKRUPTCY COORDINATOR
CIVIL DIVISION, EDNY, BANKRUPTCY PROCESSING
271-A CADMAN PLAZA EAST
BROOKLYN NY 11201

**Via First Class Mail:**
OFFICE OF THE UNITED STATES TRUSTEE
EASTERN DISTRICT OF NEW YORK
LONG ISLAND FEDERAL PLAZA COURTHOUSE
ATTN: ALFRED M. DIMINO
560 FEDERAL PLAZA
CENTRAL ISLIP NY 11722

**Via First Class Mail:**
REED SMITH LLP
ATTN: CHRYSTAL P. MAURO
(COUNSEL TO STEEL VALLEY EMERGENCY PHYSICIANS,
INC. ("SVEP")
599 LEXINGTON AVENUE
NEW YORK NY 10022

**Via First Class Mail:**
ROSENBERG RICH BAKER BERMAN AND COMPANY
ATTN: MANAGING PARTNER
265 DAVIDSON AVENUE, SUITE 210
SOMERSET NJ 08873

**Via First Class Mail:**
SECURITIES EXCHANGE COMMISSION
100 F STREET, NE
WASHINGTON DC 20549

**Via First Class Mail:**
SECURITIES EXCHANGE COMMISSION
NEW YORK REGIONAL OFFICE
ANDREW CALAMARI, REGIONAL DIRECTOR
BROOKFIELD PLACE; 200 VESEY ST, STE 400
NEW YORK NY 10281-1022

**Via First Class Mail:**
THE LAW OFFICE OF EUGENE R SCHEIMAN
(COUNSEL TO ARVIND WALIA &
NIKNIM MANAGEMENT INC.,)
570 LEXINGTON AVE, STE 1600
NEW YORK NY 10022

**Via First Class Mail:**
U.S. DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVENUE, NW
WASHINGTON DC 20530-0001

**Via First Class Mail:**
U.S. DEPARTMENT OF JUSTICE
ATTN: SETH SHAPIRO
CIVIL DIVISION, COMMERICAL LITIGATION BRANCH
P.O. BOX 875
BRANCH FRANKLIN STATION
WASHINGTON DC 20044

**Via First Class Mail:**
THE FAUBUS FIRM Counsel for Defendants Joseph A. Seale and Dale Brinkman
1001 Texas Avenue, 11th Floor
Houston, TX 77002
Attn: Dax 0. Faubus, Esq.

**Via First Class Mail:**
OLSHAN FROME WOLOSKY LLP
Counsel for Defendant Melodie Kraljev
1325 Avenue of the Americas
New York, NY 10019
Attn: Jonathan T. Koevary, Esq.
Michael. J. Passarella, Esq.
Amelia Hochman, Esq

**Via First Class Mail:**
MCGUIREWOODS LLP
Counsel for Defendants John Johnston, David Andrew Clark Moshe "Mark" Menachem Feuer, Sir Rodney Malcolm Aldridge and Shawn H. Zimberg
1251 Avenue of the Americas
New York, NY 10020
Attn: Shawn R. Fox, Esq. & Stephen G. Foresta, Esq.

**Via First Class Mail:**
CREEDON & GILL P.C.
Counsel for Defendant Alon P. Baram
24 Woodbine Ave., Ste 8
Northport, NY 11768
Attn: Peter J. Creedon, Esq.

**Via First Class Mail:**
S1LVERMAN ACAMPORA LLP
Counsel for Defendant Cliona Sotiropoulos and Elizabeth Kelly
100 Jericho Quadrangle, Suite 300
Jericho, NY 11753
Attn: Anthony C. Acampora, Esq.

**Via First Class Mail:**
SIDLEY AUSTIN LLP
Counsel for Defendant Truc To
787 Seventh Avenue
New York, NY 10019
Attn: John J. Kuster, Esq.

**Via First Class Mail:**
Michael D. Warden, Esq.
1501 K Street, N.W.
Washington, D.C. 20005

**Via First Class Mail:**
BROWN RUDNICK LLP
Seven Times Square
New York, NY 10036
Attn: Kenneth Aulet, Esq.
David J. Molton, Esq.

**Via First Class Mail:**
COHEN TAUBER SPIEVACK & WAGNER P.C.
420 Lexington Avenue, Suite 2400
New York, NY 10170
Attn: Stephen Wagner, Esq.

**Via First Class Mail:**
CLYDE & CO US LLP
200 Campus Drive, Suite 300
Florham Park, NJ 07932
Attn: Clinton E. Cameron, Esq.
Kevin Haas, Esq.

**Via First Class Mail:**
COOLEY LLP
55 Hudson Yards
New York, NY 10001-2157
Attn: Michael Klein, Esq.
Ian Shapiro, Esq.

**Via First Class Mail:**
ENTWISTLE & CAPPUCCI LLP
299 Park Avenue, 20th Floor
New York, NY 10171
Attn: Andrew J. Entwistle, Esq.
Joshua K. Porter, Esq.

**Via First Class Mail:**
SOLOMON & CRAMER LLP
1441 Broadway, Suite 6026
New York, NY 10015
Attn: Andrew T. Solomon, Esq.

**Via First Class Mail:**
WILMER CUTLER PICKERING HALE
& DORR
7 World Trade Center
250 Greenwich St.
New York, NY 10007
Attn: Phil Anker Esq., Ross Firsenbaum, Esq. &
Lauren Lifland, Esq.

**Via First Class Mail:**
FRESHFIELDS BRUCKHAUS DERINGER US LLP
601 Lexington Avenue, 31st Floor
New York, NY 10022
Attn: Henry Hutten, Esq.
Scott Talmadge, Esq.

**Via First Class Mail:**
U.S. DEPARTMENT OF JUSTICE
Post Office Box 55
Ben Franklin Station
Washington, DC 20044
Attn: Steven M. Dean, Esq.

**Via First Class Mail:**
Joel Plasco
40 Walker Street, Apt. #5
New York, NY 10013