**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>ORION HEALTHCORP, INC., *et al.*,<br><br>        Debtors. | Chapter 11<br><br>Case No. 18-71748 (AST)<br><br>(Jointly Administered) |
| Howard M. Ehrenberg, as Trustee,<br>        Plaintiff<br>  v.<br><br>John Johnston, *et al.*,<br>        Defendants | Adv. Pro. No. 20-08046 (AST) |
| Howard M. Ehrenberg, as Trustee,<br>        Plaintiff<br>  v.<br><br>Richard Ian Griffiths, *et al.*,<br>        Defendants. | Adv. Pro. No. 18-08048 (AST) |
| Howard M. Ehrenberg, as Trustee,<br>        Plaintiff.<br>  v.<br><br>Joel Plasco,<br>        Defendant. | Adv. Pro. No. 18-08053 (AST) |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                ) ss.:
COUNTY OF NEW YORK  )

      Christopher M. LauKamg, being duly sworn, deposes and says: I am not a party to this action, am over 18 years of age and reside in Brooklyn, New York.

      On December 22, 2022, I served a copy of the Liquidating Trustee's Memorandum of Law in Opposition to Defendant Arvind Walia's Motion to Compel Compliance on the parties listed below by electronic mail:

| | |
|---|---|
| **THE FAUBUS FIRM**<br>Dax O. Faubus<br>1001 Texas Avenue, 11th Floor<br>Houston, TX 77002<br>Telephone: (713) 222-6400<br>Facsimile: (713) 222-7240<br>*dax-notice@faubusfirm.com*<br><br>*Counsel for Defendants Joseph A. Seale and Dale Brinkman* | **ROSEN & ASSOCIATES, P.C.**<br>Sanford P. Rosen<br>747 Third Avenue<br>New York, NY 10017-2803<br>Telephone: (212) 223-1100<br>Facsimile: (212) 223-1102<br>srosen@rosenpc.com<br><br>*Counsel for Defendant Arvind Walia* |
| **OLSHAN FROME WOLOSKY LLP**<br>Jonathan T. Koevary<br>Michael J. Passarella<br>Amelia Hochman<br>1325 Avenue of the Americas<br>New York, NY 10019<br>Telephone: (212) 451-2300<br>Facsimile: (212) 451-2222<br>jkoevary@olshanlaw.com<br>mpassarella@olshanlaw.com<br>ahochman@olshanlaw.com<br><br>*Counsel for Defendant Melodie Kraljev* | **SILVERMANACAMPORA LLP**<br>Anthony C. Acampora<br>A Member of the Firm<br>100 Jericho Quadrangle, Suite 300<br>Jericho, NY 11753<br>Telephone: (516) 479-6300<br>Facsimile: (516) 479-6301<br>aacampora@silvermanacampora.com<br><br>*Counsel for Defendant Cliona Sotiropoulos And Elizabeth Kelly* |
| **MCGUIREWOODS LLP**<br>Shawn R. Fox<br>Stephen G. Foresta<br>1251 Avenue of the Americas<br>New York, NY 10020<br>Telephone: (212) 548-2100<br>Facsimile: (212) 548-2150<br>sfox@mcguirewoods.com<br>sforesta@mcguirewoods.com<br><br>*Counsel for Defendants John Johnston, David Andrew Clark, Moshe "Mark" Menachem Feuer, Sir Rodney Malcolm Aldridge and Shawn H. Zimberg* | **SIDLEY AUSTIN LLP**<br>John J. Kuster<br>787 Seventh Avenue<br>New York, NY 10019<br>Telephone: (212) 839-5300<br>Facsimile: (212) 839-5599<br>jkuster@sidley.com<br><br>Michael D. Warden<br>1501 K Street, N.W.<br>Washington, D.C. 20005<br>Telephone: (202) 736-8000<br>Facsimile: (202) 736-8711<br>mwarden@sidley.com<br><br>*Counsel for Defendant Truc To* |
| **CREEDON & GILL P.C.**<br>Peter J. Creedon<br>24 Woodbine Ave, Ste 8<br>Northport, NY 11768<br>Telephone: (631) 656-9220<br>Facsimile: (631) 686-6718<br>peter@creedongill.com<br><br>*Counsel for Defendant Alon P. Baram* | |

| | |
|---|---|
| ALLIANCE HEALTH SCIENCES | info@alliancediagnostics.com |
| CHAPMAN AND CUTLER FOR BMO HARRIS BANK | stetro@chapman.com |
| CHRISTINE COHEN | chriscohen55@yahoo .com |
| COMMONWEALTH OF PA, OFFICE OF UCTS, DOL & INDUSTRY | ra-li-ucts-bankrupt@state.pa.us |
| KEYBANK NATIONAL ASSOCIATION | bob_j_burns@keybank.com |
| KOLB RADIOLOGY, PC | tkolbmd@yahoo.com |
| L'ABBATE BALKAN FOR ROBINSON BROG | mrice@lbcclaw.com |
| LINEBARGER GOGGAN FOR HARRIS COUNTY, CYPRESS- FAIRBANKS ISD | houston_bankruptcy@publicans.com |
| MOORE & VAN ALLEN FOR BANK OF AMERICA | davideades@mvalaw.com; treyrayburn@mvalaw.com; zacharysmith@mvalaw.com; jimlangdon@mvalaw.com; gabrielmathless@mvalaw.com |
| PACHULSKI STANG FOR UNSECURED CREDITORS COMMITTEE | ischarf@pszjlaw.com; rmikels@pszjlaw.com |
| QUINN EMANUEL FOR ROBINSON BROG; AND PAVANDEEP BAKHSKI | alexspiro@quinnemanuel.com; lindsayweber@quinnemanuel.com |
| TROUTMAN SANDERS FOR CC CAPITAL MGMT, LLC | mitchel.perkiel@troutmansanders.com; brett.goodman@troutmansanders.com |
| U.S. DEPT OF JUSTICE - CIVIL DIVISION | seth.shapiro@usdoj.gov |
| U.S. DEPT OF JUSTICE - TAX DIVISION | steven.tennyson@usdoj.gov |
| LAMONICA HERBST & MANISCALCO, LLP | sl@lhmlawfirm.com; awofse@lhmlawfirm.com |
| HAHN & HESSEN LLP | JAmato@hahnhessen.com; JOrbach@hahnhessen.com; BRose@hahnhessen.com; akubic@hahnhessen.com; mpower@hahnhessen.com |
| MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, PC | fearley@mintz.com; djpicca@mintz.com; pjricotta@mintz.com; krwalsh@mintz.com |
| SPROUSE LAW FIRM | msprouse@sprousepllc.com |
| WINDELS MARX LANE & MITTENDORF, LLP FOR PARMAR & NON-DEBTORS | csimpson@windelsmarx.com; jhoffman@windelsmarx.com |
| MORITT HOCK & HAMROFF LLP | tdriscoll@moritthock.com |

| | |
|---|---|
| MORITT HOCK & HAMROFF LLP | lberkoff@moritthock.com |
| THALER LAW FIRM PLLC | athaler@athalerlaw.com |
| MUCHMORE & ASSOCIATES PLLC | mtravis@muchmorelaw.com |
| QUINN EMANUEL FOR PAVANDEEP BAKHSKI | andrewmarks@quinnemanuel.com; colingillespie@quinnemanuel.com; |
| BAKER BOTTS L.L.P. FOR HEALTHTEK | chris.newcomb@bakerbotts.com |
| WILMER CUTLER PICKERING HALE AND DORR | lauren.lifland@wilmerhale.com |
| ROSEN & ASSOCIATES, P.C. | srosen@rosenpc.com |
| STATE OF MICHIGAN ATTORNEY GENERAL | harrisj12@michigan.gov |
| TROUTMAN SANDERS FOR CC CAPITAL MGMT, | david.dantzler@troutman.com |
| SILVERMAN ACAMPORA | AAcampora@SilvermanAcampora.com; RFriedman@SilvermanAcampora.com; BPowers@SilvermanAcampora.com |
| asolomon@solomoncramer.com | Cassie.Mitchell@wilmerhale.com |
| ccarluccio@ctswlaw.com | christine.h.black@usdoj.gov |
| Clinton.Cameron@clydeco.us | CMullarney@brownrudnick.com |
| DMolton@brownrudnick.com | Henry.HUTTEN@freshfields.com |
| ishapiro@cooley.com | jporter@entwistle-law.com |
| KAulet@brownrudnick.com | Kevin.Haas@clydeco.us |
| kkennelly@cooley.com | Lauren.Lifland@wilmerhale.com |
| Meghan.Dalton@clydeco.us | mklein@cooley.com |
| Philip.Anker@wilmerhale.com | Ross.Firsenbaum@wilmerhale.com |
| Scott.TALMADGE@freshfields.com | sfox@mcguirewoods.com |
| Steven.M.Dean@usdoj.gov | swagner@ctswlaw.com |
| crbelmonte@duanemorris.com | pabosswick@duanemorris.com |
| knash@gwfglaw.com | legal@abdulhassan.com |
| eugene.scheiman@scheimanlaw.com | joseph.defazio@troutman.com |
| tim.mast@troutman.com | bianca.dibella@troutman.com |
| czochowski@winston.com | rachel.nanes@dlapiper.com |

On December 22, 2022, I served a copy of the Liquidating Trustee's Memorandum of Law in Opposition to Defendant Arvind Walia's Motion to Compel Compliance on the parties listed below by first class mail:

| | |
|---|---|
| JOEL PLASCO<br>40 WALKER STREET, APT. # 5<br>NEW YORK, NY 10013 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATION<br>2970 MARKET STREET<br>PHILADELPHIA PA 19101-7346 |
| INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATION<br>P.O. BOX 7346<br>PHILADELPHIA PA 19101-7346 | JQ 1<br>100 JERICHO QUADRANGLE, SUITE 106<br>JERICHO NY 11753 |
| LAW OFFICE OF CHARLES A. GRUEN<br>ATTN: CHARLES A. GRUEN<br>381 BROADWAY, SUITE 300<br>WESTWOOD NJ 07675 | MACCO & STERN LLP<br>ATTN: COOPER J. MACCO<br>2950 EXPRESS DRIVE SOUTH, SUITE 109<br>ISLANDIA NY 11749 |
| OFFICE OF THE ATTORNEY GENERAL<br>FOR THE STATE OF NEW YORK<br>THE CAPITOL<br>ALBANY NY 12224-0341 | OFFICE OF THE UNITED STATES TRUSTEE<br>EASTERN DISTRICT OF NEW YORK<br>LONG ISLAND FEDERAL PLAZA COURTHOUSE<br>560 FEDERAL PLAZA<br>CENTRAL ISLIP NY 11722 |
| ROSENBERG RICH BAKER BERMAN AND COMPANY<br>ATTN: MANAGING PARTNER<br>265 DAVIDSON AVENUE, SUITE 210<br>SOMERSET NJ 08873 | SECURITIES EXCHANGE COMMISSION<br>NEW YORK REGIONAL OFFICE<br>ANDREW CALAMARI<br>REGIONAL DIRECTOR BROOKFIELD PLACE<br>200 VESEY ST, STE. 400<br>NEW YORK NY 10281-1022 |
| SECURITIES EXCHANGE COMMISSION<br>100 F STREET, NE<br>WASHINGTON DC 20549 | U.S. DEPARTMENT OF JUSTICE<br>ATTN: SETH SHAPIRO<br>CIVIL DIVISION<br>COMMERCIAL LITIGATION BRANCH<br>P.O. BOX 875<br>BRANCH FRANKLIN STATION<br>WASHINGTON DC 20044 |
| U.S. DEPARTMENT OF JUSTICE<br>950 PENNSYLVANIA AVENUE, NW<br>WASHINGTON DC 20530-0001 | OFFICE OF THE UNITED STATES ATTORNEY FOR EDNY<br>ATTN: BONNI PERLIN<br>BANKRUPTCY COORDINATOR CIVIL DIVISION, EDNY,<br>BANKRUPTCY PROCESSING<br>271-A CADMAN PLAZA EAST<br>BROOKLYN NY 11201 |
| U.S. DEPARTMENT OF JUSTICE<br>POST OFFICE BOX 55<br>BEN FRANKLIN STATION<br>ATTN: STEVEN M. DEAN<br>WASHINGTON DC 20044 | ROSEN & ASSOCIATES, P.C.<br>SANFORD P. ROSEN<br>747 THIRD AVENUE<br>NEW YORK, NY 10017 |

_____
Christopher M. LauKamg

Sworn to before me this
22nd day of December, 2022

_____
Jose A. Castillo, Jr.
Notary Public, State of New York
No. 01CA6356215
Qualified in New York County
Commission Expires March 27, 2025